IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | |
|---|---|
| MARY E. SHEPARD, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) No. 3:11-cv-00405-WDS-PMF |
| LISA M. MADIGAN, *et al.*, | ) |
| Defendants. | ) |

**MOTION FOR *PRO HAC VICE* ADMISSION**

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission *pro hac vice* to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Plaintiff, Mary E. Shepard and the Illinois State Rifle Association.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the States of Illinois and New York. The state and federal bar numbers issued to me are: 6190114 (IL) and 4858908 (NY).

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

3. I am lead counsel for Plaintiffs in this litigation.

Accordingly, I ask to be admitted *pro hac vice* before this Court.

Respectfully Submitted,

s/William N. Howard

William N. Howard
**FREEBORN & PETERS LLP**
311 S. Wacker Dr., Suite 3000
Chicago, Illinois  60606
(312) 360-6415