AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | | |
|---|---|---|
| MARY E. SHEPARD and the ILLINOIS STATE RIFLE ASSOCIATION <br> *Plaintiff* <br> v. <br> LISA M. MADIGAN, solely in her capacity as Attorney General of Illinois, et al. <br> *Defendant* | ) ) ) ) ) ) ) ) ) | Civil Action No. 3:11-CV-00405-WDS-PMF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Patrick J. Quinn
Governor
State of Illinois
State House
Springfield, IL 62706

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: William N. Howard
Jeffery M. Cross
Freeborn & Peters LLP
311 S. Wacker Dr., Suite 3000
Chicago, IL 60606
(312) 360-6415

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/13/11

*Signature of Clerk or Deputy Clerk*

# Affidavit of Process Server

Mary E. Shepard vs Lisa M. Madigan et al   Case # 311CV00405WDPMF
Plaintiff/Petitioner                Defendant/Respondent

Andrew Raphael

Being duly sworn, on my oath, I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served Patrick J. Quinn
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)   ☐ Subpoena with $ _____ witness fee and mileage

☒ Summons & Complaint

by serving (NAME) John Schomberg, Authorized to Accept
at ☐ Home
☒ Business   100 W. Randolph 16th Fl Chicago, IL
☒ on (DATE) 5/19/11   at (TIME) 9:30 am

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
From (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service
☒ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely, John Schomberg
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address   ☐ Evading   ☐ Other: _____
☐ Address does not exist   ☐ Service cancelled by litigant
☐ Moved, Left no forwarding   ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) _____ ,( ) _____ ,( ) _____
DATE TIME   DATE TIME   DATE TIME
( ) _____ ,( ) _____ ,( ) _____
DATE TIME   DATE TIME   DATE TIME

**Description:**
☒ Male    ☒ White Skin    ☐ Black Hair    ☐ White Hair    ☐ 14-20 Yrs.    ☐ Under 5'    ☐ Under 100 Lbs.
☐ Female  ☐ Black Skin    ☒ Brown Hair    ☐ Balding       ☐ 21-35 Yrs.    ☐ 5'-5'3"     ☐ 100-130 Lbs.
          ☐ Brown Skin    ☐ Blond Hair                    ☒ 36-50 Yrs.    ☐ 5'4"-5'8"   ☐ 131-160 Lbs.
☐ Glasses ☐ Yellow Skin   ☐ Gray Hair     ☐ Mustache      ☐ 51-65 Yrs.    ☒ 5'9"-6'     ☐ 161-200 Lbs.
          ☐ Red Skin      ☐ Red Hair      ☐ Beard         ☐ Over 65 Yrs.  ☐ Over 6'     ☒ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois  County of Cook

Subscribed and sworn to before me,
A notary public, this ____ day of May, 20 11

_____
Notary Public

OFFICIAL SEAL
BETHZAIDA PEREZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-22-2014

SERVED BY
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

## CERTIFICATE OF SERVICE

The undersigned attorney states that he caused a true and correct copy of this Notice and the instrument referenced herein, to be served upon the parties of record, as shown below, by depositing a copy of same, addressed to said parties, in the U.S. Mail, with postage pre-paid on the **24th** day of **May, 2011.**

BY:  s/ William N. Howard

## SERVICE LIST

| | |
|---|---|
| Lisa M. Madigan<br>Attorney General of Illinois<br>500 S. Second St.<br>Springfield, IL   62706 | Patrick . Quinn<br>Governor<br>State of Illinois<br>State House<br>Springfield, IL   62706 |
| Tyler R. Edmonds<br>Union County State's Attorney<br>309 W. Market St.<br>Jonesboro, IL   62952 | David Livesay<br>Sheriff of Union County Illinois<br>307 w. Market St.<br>Jonesboro, IL   62952 |

2296288v1