IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARY E. SHEPARD and the ILLINOIS STATE RIFLE ASSOCIATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| -vs- | ) ) | No. 11-405 |
| LISA M. MADIGAN, solely in her official capacity as ATTORNEY GENERAL OF ILLINOIS, GOVERNOR PATRICK J. QUINN, solely in his official capacity as Governor of the State of Illinois, TYLER R. EDMONDS, solely in his official capacity as the State's Attorney of Union County, Illinois, and SHERIFF DAVID LIVESAY, solely in his official capacity as Sheriff of Union County, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION FOR ENLARGEMENT OF TIME

Now come defendants, Lisa Madigan, Attorney General of the State of Illinois; Patrick J. Quinn, Governor of the State of Illinois; and Tyler R. Edmonds, State's Attorney of Union County, Illinois, by their attorney, Lisa Madigan, Attorney General of the State of Illinois, and, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, move this honorable Court for an enlargement of time of 30 days, until July 8, 2011, in which to answer plaintiff's complaint or otherwise plead.

In support thereof, it is stated:

1. The undersigned is one of the attorneys assigned to represent defendants in this matter.

2. The answer of defendant Edmonds is due on or about June 8, 2011.

3. The answers of defendants Madigan and Quinn are due on June 9, 2011.

4. Within the last year, the United States Supreme Court held that the Second Amendment was applicable to the state. *McDonald v. City of Chicago*, __ U.S. __, 130

S.Ct. 3020 (2010).

5. Prior to the time the law of this Court was that the Second Amendment was not applicable to the states. *National Rifle Association, Inc. v. City of Chicago*, 567 F.3d 856 (7th Cir. 2009).

6. Because the Second Amendment has not been held applicable to the states, the undersigned has little experience with Second Amendment issues.

7. The undersigned has been busy with a motion for summary judgment in another matter and has not had time to fully research the issues.

8. The undersigned and Karen L. McNaught, who is also assigned to this case, will each be taking vacations during June 2011.

9. Additional time is needed to complete research and prepare a proper response to plaintiff's complaint.

WHEREFORE, defendants respectfully request additional time of 30 days, up to and including July 8, 2011, within which to answer plaintiff's complaint or otherwise plead.

Respectfully submitted,

LISA MADIGAN, ATTORNEY GENERAL OF THE STATE OF ILLINOIS; PATRICK J. QUINN, GOVERNOR OF THE STATE OF ILLINOIS; and TYLER R. EDMONDS, STATE'S ATTORNEY OF UNION COUNTY, ILLINOIS,

Defendants,

Terence J. Corrigan, #6191237
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, IL 62706
Telephone: (217) 782-5819
Facsimile: (217) 524-5091
tcorrigan@atg.state.il.us

LISA MADIGAN, Attorney General
State of Illinois,

Attorney for Defendants.

By: /s/Terence J. Corrigan
Terence J. Corrigan
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2011, I electronically filed Defendants' Motion for Enlargement of Time with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

whoward@freebornpeters.com

and I hereby certify that on June 6, 2011, I mailed by United States Postal Service, the document to the following nonregistered participant:

None

Respectfully submitted,

By: /s/Terence J. Corrigan
    Terence J. Corrigan
    Assistant Attorney General
    Attorney for Defendant(s)
    500 South Second Street
    Springfield, IL  62706
    Telephone:  (217) 782-5819
    Facsimile:  (217) 524-5091
    tcorrigan@atg.state.il.us