IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | |
|---|---|
| MARY E. SHEPARD, *et al.* | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 3:11-cv-00405-WDS-PMF |
| LISA M. MADIGAN, *et al.* | ) ) Honorable Judge William D. Stiehl ) Magistrate Judge Philip M. Frazier |
| Defendants. | ) |

## **MOTION TO WITHDRAW**

Jeffery M. Cross hereby moves this Honorable Court for permission to withdraw as counsel of record for Plaintiffs, Mary E. Shepard and the Illinois State Rifle Association, in the captioned case, and in support of this Motion states as follows:

1. I am an attorney in good standing, admitted to practice in this court and the courts of this State.

2. I appeared in this case as an attorney of record for Plaintiffs, Mary E. Shepard and the Illinois State Rifle Association.

3. William N. Howard of Freeborn & Peters LLP filed a Motion for *Pro Hac Vice* Admission as counsel for Plaintiffs and same was granted by this Court on May 17, 2011.

4. William N. Howard is lead / trial counsel for Plaintiffs.

5. My withdrawal will not affect the posture of this case.

WHEREFORE, Jeffery M. Cross, hereby respectfully moves this Court to enter an Order granting him leave to withdraw as counsel of record for Plaintiffs, Mary E. Shepard and the Illinois State Rifle Association.

        Respectfully Submitted,

**MARY E. SHEPARD and THE ILLINOIS STATE RIFLE ASSOCIATION,**
Plaintiffs


BY: <u>s/Jeffery M. Cross</u>


Jeffery M. Cross
FREEBORN & PETERS LLP
311 S. Wacker Dr., Suite 3000
Chicago, Illinois   60606

## CERTIFICATE OF SERVICE

The undersigned attorney states that he caused a true and correct copy of **Jeffery M. Cross Motion to Withdraw,** to be served upon the parties of record, as shown below, via the Court's CM/ECF system on the **7th** day of **June, 2011.**

BY:   s/ Jeffery M. Cross

### SERVICE LIST

Terence J. Corrigan
Assistant Attorney General
500 S. Second St.
Springfield, IL  62706
Tel:  (217) 782-5819
Fax:  (217) 524-5091
*tcorrigan@atg.state.il.us*
**Atty. For Lisa Madigan, Pat Quinn and Tyler Edmonds**

The undersigned attorney states that he caused a true and correct copy of **Jeffery M. Cross Motion to Withdraw,** to be served upon the parties of record, as shown below, by depositing a copy of same, addressed to said parties, in the U.S. Mail, with postage pre-paid on the **7th** day of **June, 2011.**

David Livesay
Sheriff of Union County Illinois
307 W. Market St.
Jonesboro, IL  62952

BY:   s/ Jeffery M. Cross

2300653v1