IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARY E. SHEPARD and the ILLINOIS STATE RIFLE ASSOCIATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| -vs- | ) ) | No. 11-405 |
| LISA M. MADIGAN, solely in her official capacity as ATTORNEY GENERAL OF ILLINOIS, GOVERNOR PATRICK J. QUINN, solely in his official capacity as Governor of the State of Illinois, TYLER R. EDMONDS, solely in his official capacity as the State's Attorney of Union County, Illinois, and SHERIFF DAVID LIVESAY, solely in his official capacity as Sheriff of Union County, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

Lisa Madigan, Attorney General of the State of Illinois, by Karen L. McNaught, Assistant Attorney General, State of Illinois, hereby enters her appearance on behalf of defendants Lisa Madigan, Attorney General of the State of Illinois; Patrick J. Quinn, Governor of the State of Illinois; and Tyler R. Edmonds, State's Attorney of Union County, Illinois in the above cause.

Respectfully submitted,

LISA MADIGAN, ATTORNEY GENERAL OF THE STATE OF ILLINOIS; PATRICK J. QUINN, GOVERNOR OF THE STATE OF ILLINOIS; and TYLER R. EDMONDS, STATE'S ATTORNEY OF UNION COUNTY, ILLINOIS,
    Defendants,

| | |
|---|---|
| Karen L. McNaught #6200462 | LISA MADIGAN, Attorney General |
| Assistant Attorney General | State of Illinois, |
| 500 South Second Street |     Attorney for Defendants. |
| Springfield, IL  62706 | |
| Telephone:  (217) 782-1841 | By: s/Karen L. McNaught |
| Facsimile:  (217) 524-5091 |     Karen L. McNaught |
| kmcnaught@atg.state.il.us |     Assistant Attorney General |

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2011, I electronically filed Defendants' Entry of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

whoward@freebornpeters.com

and I hereby certify that on June 15, 2011, I mailed by United States Postal Service, the document to the following nonregistered participant:

None

Respectfully submitted,

By: s/Karen L. McNaught
Karen L. McNaught
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-1841
Facsimile:  (217) 524-5091
kmcnaught@atg.state.il.us