IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | |
|---|---|
| MARY E. SHEPARD AND THE ILLINOIS STATE RIFLE ASSOCIATION,<br><br>    Plaintiffs<br><br>vs.<br><br>LISA M. MADIGAN, solely in her official capacity as ATTORNEY GENERAL OF ILLINOIS, GOVERNOR PATRICK J. QUINN, solely in his official capacity as Governor of the State of Illinois, TYLER EDMONDS, solely in his official capacity as the State's Attorney of Union County, Illinois, and SHERIFF DAVID LIVESAY, solely in his official capacity as Sheriff of Union County, Illinois,<br><br>    Defendants. | No. 3:11-cv-00405-WDS-PMF |

**ENTRY OF APPEARANCE AND DEMAND FOR JURY**

NOW Comes Attorney Joseph A. Bleyer of the Law Firm of Bleyer and Bleyer and enters his appearance as counsel of record for the Defendant, Sheriff David Livesay, solely in his official capacity as Sheriff of Union County, Illinois and demands Trial by Jury.

                                              BLEYER and BLEYER

                                              S/Joseph A. Bleyer
                                              Attorney Registration No. 6193192
                                              Attorneys for Defendant, Sheriff David Livesay

BLEYER AND BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone:	(618)997-1331
Facsimile:	(618)997-6559
e-mail:	jableyer@bleyerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2011, I electronically filed an Entry of Appearance on behalf of Sheriff David Livesay, solely in his official capacity as Sheriff of Union County, with the Clerk of the Court using CM/ECF System which will send notifications of such filing to the following:

>William N. Howard
>Freeborn & Peters LLP
>311 S. Wacker Drive, Suite 3000
>Chicago, IL 60606
>
>Karen McNaught
>Assistant Attorney General
>Lisa Madigan, Attorney General
>500 South Second
>Springfield, IL 62706-0001

I hereby certify that on June 20, 2011, I mailed by United States Postal Service, the documents to the following nonregistered participants:

>None

>S/JOSEPH A. BLEYER

BLEYER AND BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone:   (618)997-1331
Facsimile:   (618)997-6559
e-mail:      jableyer@bleyerlaw.com