IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | | |
|---|---|---|
| MARY E. SHEPARD AND THE ILLINOIS STATE RIFLE ASSOCIATION, | ) ) ) | |
| Plaintiffs | ) ) ) | |
| vs. | ) ) | No. 3:11-cv-00405-WDS-PMF |
| LISA M. MADIGAN, solely in her official capacity as ATTORNEY GENERAL OF ILLINOIS, GOVERNOR PATRICK J. QUINN, solely in his official capacity as Governor of the State of Illinois, TYLER EDMONDS, solely in his official capacity as the State's Attorney of Union County, Illinois, and SHERIFF DAVID LIVESAY, solely in his official capacity as Sheriff of Union County, Illinois, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE
A RESPONSIVE PLEADING PURSUANT TO RULE 6(b)
OF THE FEDERAL RULES OF CIVIL PROCEDURE**

NOW Comes the Defendant, Sheriff David Livesay, solely in his official capacity as Sheriff of Union County, by Joseph A. Bleyer of Bleyer and Bleyer, his attorneys, and for his Motion for Extension of Time to File a Responsive Pleading to Plaintiff's Complaint Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, say:

    1.    The Plaintiff's Complaint was filed herein on May 13, 2011.

    2.    That Attorney Joseph A. Bleyer has received the assignment to defend Sheriff David Livesay, solely in his official capacity as Sheriff of Union County, Illinois,

and needs additional time in order to investigate the facts to file a responsive pleading to the Plaintiff's Complaint.

WHEREFORE, the Defendant, Sheriff David Livesay, solely in his official capacity as Sheriff of Union County, Illinois, prays that this Court enter an Order allowing the Defendant to have up to and including July 15, 2011, to file a responsive pleading to Plaintiffs' Complaint.

        BLEYER and BLEYER

        S/Joseph A. Bleyer
        Attorney Registration No. 6193192
        Attorneys for Defendant, Sheriff David Livesay

BLEYER AND BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone:   (618)997-1331
Facsimile:   (618)997-6559
e-mail:   jableyer@bleyerlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2011, I electronically filed an Motion for Extension of Time on behalf of Sheriff David Livesay, solely in his official capacity as Sheriff of Union County, with the Clerk of the Court using CM/ECF System which will send notifications of such filing to the following:

>William N. Howard
>Freeborn & Peters LLP
>311 S. Wacker Drive, Suite 3000
>Chicago, IL 60606
>
>Karen McNaught
>Assistant Attorney General
>Lisa Madigan, Attorney General
>500 South Second
>Springfield, IL 62706-0001

I hereby certify that on June 20, 2011, I mailed by United States Postal Service, the documents to the following nonregistered participants:

>None

S/JOSEPH A. BLEYER

BLEYER AND BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone:   (618)997-1331
Facsimile:   (618)997-6559
e-mail:   jableyer@bleyerlaw.com