IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | |
|---|---|
| MARY E. SHEPARD AND THE ILLINOIS STATE RIFLE ASSOCIATION, | ) ) ) |
| Plaintiffs | ) ) ) |
| vs. | ) No.  3:11-cv-00405-WDS-PMF ) |
| LISA M. MADIGAN, solely in her official capacity as ATTORNEY GENERAL OF ILLINOIS, GOVERNOR PATRICK J. QUINN, solely in his official capacity as Governor of the State of Illinois, TYLER EDMONDS, solely in his official capacity as the State's Attorney of Union County, Illinois, and SHERIFF DAVID LIVESAY, solely in his official capacity as Sheriff of Union County, Illinois, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## SECOND MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING PURSUANT TO RULE 6(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE

NOW Comes the Defendant, Sheriff David Livesay, solely in his official capacity as Sheriff of Union County, by Joseph A. Bleyer of Bleyer and Bleyer, his attorneys, and for his Second Motion for Extension of Time to File a Responsive Pleading to Plaintiff's Complaint Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, say:

1.     That Sheriff David Livesay has previously filed an Entry of Appearance and Motion for Extension of Time to File a Response to the Plaintiffs' Complaint

2. That this Honorable Court has granted the Motion and allowed the Defendant, David Livesay up to and including July 8, 2011, to file a Response to the Plaintiffs' Complaint.

3. That the Defendant was preparing for filing by the deadline of July 8, 2011.

4. That the United States District Court of Appeals for the Seventh Circuit on July 6, 2011, issued the following Opinion:

*Ezell et al v. City of Chicago*, No. 10-3525

5. That the Seventh Circuit Court of Appeals Opinion may have a substantial impact on the response that this Defendant was filing and the Opinion being fifty-nine pages requires that the Defendant give additional time and consideration to his response.

6. That the Second Motion for Extension of Time by no means is meant to delay this case nor to impede the Plaintiffs' lawsuit but simply is to give the Defendant an opportunity to review and consider the most recent case law from the Seventh Circuit that may be considered and may be addressed in the Defendant, David Livesay's Response to the Plaintiffs' Complaint.

WHEREFORE, the Defendant, David Livesay prays this Court grant him an additional two weeks or up to and including July 22, 2011, to file his Response to the Plaintiffs' Complaint.

BLEYER and BLEYER

S/Joseph A. Bleyer
Attorney Registration No. 6193192
Attorneys for Defendant, Sheriff David Livesay

BLEYER AND BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone:	(618)997-1331
Facsimile:	(618)997-6559
e-mail:	jableyer@bleyerlaw.com

## CERTIFICATE OF SERVICE

  I hereby certify that on July 8, 2011, I electronically filed a Second Motion for Extension of Time on behalf of Sheriff David Livesay, solely in his official capacity as Sheriff of Union County, with the Clerk of the Court using CM/ECF System which will send notifications of such filing to the following:

   William N. Howard
   Freeborn & Peters LLP
   311 S. Wacker Drive, Suite 3000
   Chicago, IL 60606

   Terence Corrigan
   Karen McNaught
   Assistant Attorney General
   Lisa Madigan, Attorney General
   500 South Second
   Springfield, IL 62706-0001

  I hereby certify that on July 8, 2011, I mailed by United States Postal Service, the documents to the following nonregistered participants:

   None

            S/JOSEPH A. BLEYER

BLEYER AND BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone: (618)997-1331
Facsimile: (618)997-6559
e-mail: jableyer@bleyerlaw.com