IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | | |
|---|---|---|
| MARY E. SHEPARD and the<br>ILLINOIS STATE RIFLE ASSOCIATION, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | No. 3:11-cv-00405-WDS-PMF |
| LISA M. MADIGAN, solely in her official capacity<br>as ATTORNEY GENERAL OF ILLINOIS,<br>GOVERNOR PATRICK J. QUINN, solely in his<br>official capacity as Governor of the State<br>of Illinois | )<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | )<br>) | |

## **PLAINTIFFS' MOTION FOR ORAL ARGUMENT**

NOW COME Plaintiffs, MARY E. SHEPARD and the ILLINOIS STATE RIFLE ASSOCIATION, by and through their attorneys of record and request oral argument in support of their motion for a preliminary and/or permanent injunction and state as follows:

1. On May 13, 2011, Plaintiffs filed a complaint against Tyler R. Edmonds, David Livesay, Lisa M. Madigan and Patrick J. Quinn (Document #2).

2. No rulings have been made on this complaint.

3. On July 8, 2011, Plaintiffs filed a motion for a preliminary injunction. That motion also requests, pursuant to Fed. R. Civ. P. 65(a)(2), that the court consolidate consideration of the request for preliminary injunction with consideration of the merits and permanently enjoin enforcement of the challenged laws.

4. Plaintiffs submit that oral argument would assist the Court in its decision on the motion. This motion touches on a matter of great importance, the Second Amendment rights of the citizens of Illinois. If granted, this motion will protect the civil rights of gun owners and

future gun owners across the State. Given the fundamental rights at stake, the issues here merit being heard at oral argument.

WHEREFORE, Plaintiff requests this court to set the above referenced motion for oral argument.

                                                        Respectfully Submitted,

                                                        **MARY E. SHEPARD and THE ILLINOIS STATE RIFLE ASSOCIATION,**
                                                        Plaintiffs

                                                        By:    s/ William N. Howard
                                                               One of their attorneys

William N. Howard
FREEBORN & PETERS LLP
311 S. Wacker Dr., Suite 3000
Chicago, Illinois 60606
Tel: (312) 360-6415
Fax: (312) 360-6996
Email: whoward@freebornpeters.com

2

## CERTIFICATE OF SERVICE

The undersigned attorney states that he caused a true and correct copy of **Plaintiff's Motion for Oral Argument,** to be served upon the parties of record, as shown below, via the Court's CM/ECF system on the **8th** day of **July, 2011**.

By:   s/ William N. Howard

## SERVICE LIST

| | |
|---|---|
| Terence J. Corrigan | Joseph A. Bleyer |
| Illinois Attorney General's Office | Bleyer & Bleyer |
| 500 S. Second St. | 601 West Jackson |
| Springfield, IL  62706 | P.O. Box 487 |
| Tel:  (217) 782-5819 | Marion, IL 62959-0487 |
| Fax:  (217) 524-5091 | Tel: (618) 997-1331 |
| tcorrigan@atg.state.il.us | jableyer@bleyerlaw.com |
| *Atty. for Lisa Madigan, Pat Quinn and Tyler Edmonds* | *Atty. for David Livesay* |