IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | | |
|---|---|---|
| MARY E. SHEPARD AND THE ILLINOIS STATE RIFLE ASSOCIATION, | ) ) ) | |
| Plaintiffs | ) ) | |
| vs. | ) ) | No. 3:11-cv-00405-WDS-PMF |
| LISA M. MADIGAN, solely in her official capacity as ATTORNEY GENERAL OF ILLINOIS, GOVERNOR PATRICK J. QUINN, solely in his official capacity as Governor of the State of Illinois, TYLER EDMONDS, solely in his official capacity as the State's Attorney of Union County, Illinois, and SHERIFF DAVID LIVESAY, solely in his official capacity as Sheriff of Union County, Illinois, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE
A RESPONSIVE PLEADING PURSUANT TO RULE 6(b)
OF THE FEDERAL RULES OF CIVIL PROCEDURE**

NOW Comes the Defendant, Sheriff David Livesay, solely in his official capacity as Sheriff of Union County, by Joseph A. Bleyer of Bleyer and Bleyer, his attorneys, and for his Motion for Extension of Time to File a Responsive Pleading to Plaintiffs' Motion for Preliminary or Permanent Injunction (Doc 20) Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, say:

1.   That the Defendant, Sheriff David Livesay has filed his Motion Attacking Plaintiff's Complaint (Doc 24).

2.     That on July 8, 2011, the Plaintiff filed herein a Motion for Preliminary or Permanent Injunction being (Doc. 20) along with her Memorandum in Support of Motion for Preliminary or Permanent Injunction (Doc. 21).

3.     That the Defendant, Sheriff David Livesay is the acting Sheriff for Union County and is not responsible for the passing of the law which the Plaintiffs are seeking to enjoin and the Defendant, Sheriff David Livesay needs additional time to confer with the other Defendants in order to prepare a proper response to Plaintiffs' Preliminary or Permanent Injunction.

4.     That the Plaintiff has until August 25, 2011, to respond to this Defendant's Motion to Dismiss.

5.     That the Defendant, Sheriff David Livesay is asking for an additional ten days or until August 24, 2011, to file a response to the Plaintiffs' Motion for Preliminary or Permanent Injunction.

WHEREFORE, Defendant, Sheriff David Livesay, prays that this Court enter an Order granting the Defendant Sheriff David Livesay an additional ten days or up to and including August 24, 2011, to file a response to the Plaintiffs' Motion for Preliminary or Permanent Injunction.

                                                       BLEYER and BLEYER

                                                       S/Joseph A. Bleyer
                                                       Attorney Registration No. 6193192
                                                       Attorneys for Defendant, Sheriff David Livesay

BLEYER AND BLEYER  
Attorneys at Law  
601 West Jackson Street  
Post Office Box 487  
Marion, IL 62959-0487  
Telephone:    (618)997-1331  
Facsimile:    (618)997-6559  
e-mail:         jableyer@bleyerlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2011, I electronically filed a Motion for Extension of Time on behalf of Sheriff David Livesay, solely in his official capacity as Sheriff of Union County, with the Clerk of the Court using CM/ECF System which will send notifications of such filing to the following:

>William N. Howard
>Freeborn & Peters LLP
>311 S. Wacker Drive, Suite 3000
>Chicago, IL 60606
>
>Terence Corrigan
>Karen McNaught
>Assistant Attorney General
>Lisa Madigan, Attorney General
>500 South Second
>Springfield, IL 62706-0001

I hereby certify that on July 22, 2011, I mailed by United States Postal Service, the documents to the following nonregistered participants:

>None

S/JOSEPH A. BLEYER

BLEYER AND BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone:   (618)997-1331
Facsimile:   (618)997-6559
e-mail:      jableyer@bleyerlaw.com