IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | | |
|---|---|---|
| MARY E. SHEPARD AND THE ILLINOIS STATE RIFLE ASSOCIATION, | ) ) ) | |
| Plaintiffs | ) ) | |
| vs. | ) ) | No.  3:11-cv-00405-WDS-PMF |
| LISA M. MADIGAN, solely in her official capacity as ATTORNEY GENERAL OF ILLINOIS, GOVERNOR PATRICK J. QUINN, solely in his official capacity as Governor of the State of Illinois, TYLER EDMONDS, solely in his official capacity as the State's Attorney of Union County, Illinois, and SHERIFF DAVID LIVESAY, solely in his official capacity as Sheriff of Union County, Illinois, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANT, SHERIFF DAVID LIVESAY'S,
RESPONSE and OBJECTION TO MOTION FOR PRELIMINARY
AND/OR PERMANENT INJUNCTION FILED
HEREIN BY PLAINTIFFS (DOC 20)**

NOW Comes the Defendant Sheriff David Livesay, solely in his official capacity as Sheriff of Union County, by Joseph A. Bleyer of Bleyer and Bleyer, his attorneys, and withdraws his Motion for Extension of Time to Response the Preliminary Injurciton (Doc 25) and for his Response and Objection to the Plaintiff's Preliminary and or Permanent Injunction (Doc 20) the Defendant, Sheriff David Livesay hereby adopts the Response to the Motion for Preliminary Injunction (Doc 28) and the Objection to Motion for

Preliminary Injunction (Doc 29) filed herein by the Co-Defendants as his Response to the

Motion for Preliminary Injunction and/or Permanent Injunction of the Plaintiff (Doc 20).

            BLEYER and BLEYER

            S/Joseph A. Bleyer
            Attorney Registration No. 6193192
            Attorneys for Defendant, Sheriff David Livesay

BLEYER AND BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone: (618)997-1331
Facsimile: (618)997-6559
e-mail: jableyer@bleyerlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2011, I electronically filed a Response to and Objection to the Motion for Preliminary Injunction and/or Permanent Injunction on behalf of Sheriff David Livesay, solely in his official capacity as Sheriff of Union County, with the Clerk of the Court using CM/ECF System which will send notifications of such filing to the following:

> William N. Howard
> Freeborn & Peters LLP
> 311 S. Wacker Drive, Suite 3000
> Chicago, IL 60606
>
> Terrance Corrigan
> Karen McNaught
> Assistant Attorney General
> Lisa Madigan, Attorney General
> 500 South Second
> Springfield, IL 62706-0001

I hereby certify that on July 22, 2011, I mailed by United States Postal Service, the documents to the following nonregistered participants:

> None

S/JOSEPH A. BLEYER

BLEYER AND BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone:   (618)997-1331
Facsimile:   (618)997-6559
e-mail:       jableyer@bleyerlaw.com