# UNITED STATES DISTRICT COURT
## for the
### Southern District of Illinois

| | |
|---|---|
| __Shepard, et al__ ) | |
| *Plaintiff(s)* ) | |
| v. ) | Case Number: __3:11-cv-00405-WDS-PMF__ |
| __Madigan, et al__ ) | |
| *Defendant(s)* ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of __Brady Center to Prevent Gun Violence__.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of __Colorado and Washington, DC__. The state and federal bar numbers issued to me are: __CO: 017786; DC: 423753__.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Jul 25, 2011
Date

Signature of Movant

555 13th Street, N.W.
Street Address

Jonathan L. Diesenhaus
Printed Name

Washington, DC  20004
City, State, Zip