# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Shepard, et al.<br>*Plaintiff(s)*<br>v.<br>Madigan, et al.<br>*Defendant(s)* | )<br>)<br>)  Case Number:  3:11-cv-00405-WDS-PMF<br>)<br>) |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for
Brady Center to Prevent Gun Violence

DATED: 7/25/11

_____
Signature

Jonathan L. Diesenhaus
Name

555 13th St., NW
Address

(202) 637-5416
Phone Number

(202) 637-5910
Fax Number

jonathan.diesenhaus@hoganlovells.co
E-Mail Address

Rev. 2/11

**CERTIFICATE OF SERVICE**

        I hereby certify that on July 25, 2011, I filed the foregoing Notice of Appearance through the Court's CM/ECF system, which will electronically serve this document on both Plaintiffs' and Defendants' attorneys as follows:

Joseph A. Bleyer
Bleyer & Bleyer
601 West Jackson
P.O. Box 487
Marion, IL 62959-0487
E-mail: jableyer@bleyerlaw.com

Terence Corrigan
Illinois Attorney General's Office - Springfield
500 South Second Street
Springfield, IL 62706
E-mail: tcorrigan@atg.state.il.us

Karen L. McNaught
Illinois Attorney General's Office - Springfield
500 South Second Street
Springfield, IL 62706
E-mail: kmcnaught@atg.state.il.us

William N. Howard
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606
E-mail: whoward@freebornpeters.com

                         /s/ Jonathan L. Diesenhaus
                         Jonathan L. Diesenhaus