IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARY E. SHEPARD and the ILLINOIS STATE RIFLE ASSOCIATION, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 11-405 |
| LISA M. MADIGAN, solely in her official capacity as ATTORNEY GENERAL OF ILLINOIS, GOVERNOR PATRICK J. QUINN, solely in his official capacity as Governor of the State of Illinois, TYLER R. EDMONDS, solely in his official capacity as the State's Attorney of Union County, Illinois, and SHERIFF DAVID LIVESAY, solely in his official capacity as Sheriff of Union County, | ) ) ) ) ) ) ) ) ) ) ) ) | The Honorable |
| Defendants. | ) ) | William D. Stiehl, Senior Judge Presiding. |

### ENTRY OF APPEARANCE

David A. Simpson enters his appearance on behalf of defendants Lisa M. Madigan, Patrick J. Quinn, and Tyler R. Edmonds.

July 27, 2011

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

By:   /s/ David A. Simpson
DAVID A. SIMPSON, IL Bar #6300876
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
PHONE: (312) 814-3419
FAX: (312) 814-5166
EMAIL: dasimpson@atg.state.il.us

## **CERTIFICATE OF SERVICE**

      I certify that on July 27, 2011, I electronically filed the foregoing **Notice of Attorney Appearance** with the Clerk of the United States District Court for the Southern District of Illinois using the CM/ECF system, which will send electronic notice to the following CM/ECF users:

      whoward@freebornpeters.com

      jableyer@bleyerlaw.com


                    /s/ David A. Simpson
                DAVID A. SIMPSON, IL Bar #6300876
                Assistant Attorney General
                100 West Randolph Street, 12th Floor
                Chicago, Illinois 60601-3218
                PHONE: (312) 814-3419
                FAX: (312) 814-5166
                EMAIL: dasimpson@atg.state.il.us