# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | | |
|---|---|---|
| Shepard, et al | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Case Number: 3:11-cv-00405-WDS-PMF |
| Madigan, et al | ) | |
| *Defendant(s)* | ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of National Rifle Association of America, Inc.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of Alabama, Georgia, and District of Columbia. The state and federal bar numbers issued to me are: AL: 2244-P64C, GA:185287; and DC 248070.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Aug 26, 2011
Date

Signature of Movant

1523 New Hampshire Avenue, NW
Street Address

Charles J. Cooper
Printed Name

Washington, DC 20036
City, State, Zip