# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| Shepard, et al )<br>*Plaintiff(s)* )<br>v. )<br>Madigan, et al )<br>*Defendant(s)* ) | Case Number: 3:11-cv-00405-WDS-PMF |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for
National Rifle Association of America, Inc.

DATED: August 26, 2011

Signature

Charles J. Cooper
Name

1523 New Hampshire Avenue NW
Address

(202) 220-9660
Phone Number

(202) 220-9661
Fax Number

ccooper@cooperkirk.com
E-Mail Address

Rev. 2/11