IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MARY E. SHEPARD and the ILLINOIS STATE RIFLE ASSOCIATION,** )<br>)<br>)<br>    **Plaintiffs,** )<br>)<br>    v. )<br>)<br>**LISA M. MADIGAN, solely in her official capacity as ATTORNEY GENERAL OF ILLINOIS, GOVERNOR PATRICK L. QUINN, solely in his official capacity as Governor of the State of Illinois, TYLER R. EDMONDS, solely in his official capacity as the State's Attorney of Union County, Illinois, and SHERIFF DAVID LIVESAY, solely in his official capacity as Sheriff of Union County,** )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>    **Defendant.** ) | NO. 11-CV-405-WDS |

### ORDER

**STIEHL, District Judge:**

    This matter is before the Court for docket control. Upon review of the record, the Court rules as follows:

    1.    Plaintiffs' motion for a hearing (Doc. 22) on the motion for preliminary injunction is **DENIED** as moot. Plaintiffs have advised the Court that a hearing is no longer sought and the matters may proceed on the pleadings.

    2.    Defendant Livesay's motion for an extension of time (Doc. 25) is **DENIED** as moot, defendant having now filed his response to the motion to dismiss by adopting the response filed by co defendants (See Doc. 30).

    3.    Motion for leave to file an amicus brief (Doc. 44) filed by the National Rifle

       Association is **GRANTED.** The amicus brief shall be filed instanter by the National Rifle Association in accordance with all applicable Local Rules.

4. Defendants Madigan, Quinn and Edmonds have filed a joint motion (Doc. 50) to cite supplemental authority in support of their motion to dismiss, to which plaintiff has filed an objection (Doc. 52). Upon review of the record, the Court overrules plaintiff's objection to the supplemental authority and will allow defendants to file that additional authority in support of their motion. The applicability of the authority is a matter of argument, and not the type of motion which requires a separate motion. Defendants' motion to supplement the record with additional authority is, therefore, **GRANTED.**

**IT IS SO ORDERED.**

**DATE:   16 November, 2011**

                                                 /s/  WILLIAM D. STIEHL
                                                        DISTRICT JUDGE