IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARY E. SHEPARD and the ILLINOIS STATE RIFLE ASSOCIATION, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| -vs- | ) ) | No. 11-405 |
| LISA M. MADIGAN, solely in her official capacity as ATTORNEY GENERAL OF ILLINOIS, et al., | ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO CITE SUPPLEMENTAL AUTHORITY

Now come defendants, Lisa Madigan, Attorney General of the State of Illinois, Governor Patrick J. Quinn, and Tyler Edmond, State's Attorney of Union County, by their attorney, Lisa Madigan, Attorney General of the State of Illinois, and hereby move this honorable Court for leave to cite *Moore v. Madigan*, Slip. Op. 11-3134 (C.D. Ill. Feb. 3, 2012) (attached), as supplemental authority in support of defendants' motion to dismiss and response to the motion for a preliminary injunction.

In support thereof, it is stated:

1.    The issue in this case is whether Illinois's Unlawful Use of Weapons statute (720 ILCS 5/24-1) and Aggravated Unlawful Use of a Weapon statute (720 ILCS 5/24-1.6) are constitutional under the Second Amendment.

2.    Since briefing by the parties, the United States District Court for the Central District of Illinois has issued an opinion addressing the same issue. In that opinion, Judge Myerscough concluded that the challenged statutes are constitutional.

1

  3. The approach to Second Amendment issues taken by the *Moore* court tracks the approach the defendants have urged this Court to adopt.

  4. Accordingly, the *Moore* opinion is additional support of defendants' position.

WHEREFORE, defendants respectfully request that this honorable Court grant them leave to cite supplemental authority.

Respectfully submitted,

               LISA MADIGAN, ATTORNEY GENERAL OF
               THE STATE OF ILLINOIS, et al.,
                 Defendants,

Terence J. Corrigan, #6191237   LISA MADIGAN, Attorney General,
David A. Simpson, #6300876    State of Illinois,
Assistant Attorneys General      Attorney for Defendants,
500 South Second Street      By: s/ David A. Simpson
Springfield, IL 62706         David A. Simpson
                Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2012, I electronically filed Defendants' Motion to Cite Supplemental Authority with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

whoward@freebornpeters.com

jableyer@bleyerlaw.com

and I hereby certify that on February 6, 2012, I mailed by United States Postal Service, the document to the following nonregistered participant:

None

Respectfully submitted,

By: /s/ David A. Simpson
    David A. Simpson
    Assistant Attorney General
    Attorney for Defendants
    100 West Randolph Street
    12th Floor
    Chicago, Illinois 60601
    Telephone: (312) 814-3419
    Facsimile: (312) 814-5166
    dasimpson@atg.state.il.us