IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | |
|---|---|
| MARY E. SHEPARD and the ILLINOIS STATE RIFLE ASSOCIATION,<br><br>      Plaintiffs,<br><br>v.<br><br>LISA M. MADIGAN, solely in her official capacity as ATTORNEY GENERAL OF ILLINOIS, GOVERNOR PATRICK J. QUINN, solely in his official capacity as Governor of the State of Illinois, TYLER R. EDMONDS, solely in his official capacity as the State's Attorney of Union County, Illinois, and SHERIFF DAVID LIVESAY, solely in his official capacity as Sheriff of Union County,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 3:11-cv-00405-WDS-PMF<br>)<br>)<br>) Honorable Judge William D. Stiehl<br>) Magistrate Judge Philip M. Frazier<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs, MARY E. SHEPARD and the ILLINOIS STATE RIFLE ASSOCIATION, appeal to the United States Court of Appeals for the Seventh Circuit from this Court's Memorandum and Order entered in this action on March 30, 2012. (A true and correct copy of the Memorandum and Order entered March 30, 2012, is attached hereto as **Exhibit "A"** and made a part hereof.)

| | |
|---|---|
| Dated:  April 2, 2012 | **MARY E. SHEPARD and THE ILLINOIS STATE RIFLE ASSOCIATION,**<br>Plaintiffs<br><br>BY:  s/William N. Howard<br>One of Their Attorneys |

William N. Howard
**FREEBORN & PETERS LLP**
311 S. Wacker Dr., Suite 3000
Chicago, Illinois   60606
(312) 360-6415

## CERTIFICATE OF SERVICE

The undersigned attorney states that he caused a true and correct copy of **Plaintiffs' Notice of Appeal,** to be served upon the parties of record, as shown below, via the Court's CM/ECF system on the **2nd** day of **April, 2012.**

By:    s/ William N. Howard

## SERVICE LIST

Terence J. Corrigan
Karen L. McNaught
Illinois Attorney General's Office
500 S. Second St.
Springfield, IL 62706
Tel: (217) 782-5819
Fax: (217) 524-5091
tcorrigan@atg.state.il.us
kmcnaught@atg.state.il.us
*Attys. for Lisa Madigan, Pat Quinn and Tyler Edmonds*

David A. Simpson
Illinois Attorney General's Office – Chicago 2
100 West Randolph Street, 12th Floor
Chicago, IL 60601-3175
Tel: (312) 814-3419
dasimpson@atg.state.il.us
*Atty. for Lisa Madigan, Pat Quinn and Tyler Edmonds*

Charles J. Cooper
Cooper & Kirk PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
ccooper@cooperkirk.com
*Atty. for Amicus National Rifle Association of America, Inc.*

Joseph A. Bleyer
Bleyer & Bleyer
601 West Jackson
P.O. Box 487
Marion, IL 62959-0487
Tel: (618) 997-1331
jableyer@bleyerlaw.com
*Atty. for David Livesay*

Jonathan Lee Diesenhaus
Hogan Lovells LLP
555 13th St., NW
Washington, DC 20004
Tel: (202) 637-5416
Fax: (202) 637-5910
jonathan.diesenhaus@hoganlovells.com
*Atty. for Amicus Brady Center to Prevent Gun Violence*

2609157v1