# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

April 3, 2012

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 12-1788
>
> Caption:
> MARY E. SHEPARD and ILLINOIS STATE RIFLE ASSOCIATION,
> Plaintiffs - Appellants
>
> v.
>
> LISA MADIGAN, et al.,
> Defendants - Appellees

> District Court No: 3:11-cv-00405-WDS-PMF
> District Judge William Stiehl
> Clerk/Agency Rep Nancy Rosenstengel
>
> Date NOA filed in District Court: 04/02/2012

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)