IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| MARY E. SHEPARD and the ILLINOIS STATE RIFLE ASSOCIATION, | ) ) ) | |
|---|---|---|
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 3:11-cv-00405-WDS-PMF |
| LISA M. MADIGAN, solely in her official capacity as ATTORNEY GENERAL OF ILLINOIS, GOVERNOR PATRICK J. QUINN, solely in his official capacity as Governor of the State of Illinois, TYLER R. EDMONDS, solely in his official capacity as the State's Attorney of Union County, Illinois, and SHERIFF DAVID LIVESAY, solely in his official capacity as Sheriff of Union County, | ) ) ) ) ) ) ) ) ) ) ) | Honorable Judge William D. Stiehl Magistrate Judge Philip M. Frazier |
| Defendants. | ) | |

**DESIGNATION OF RECORD ON APPEAL**

Plaintiffs, MARY E. SHEPARD and ILLINOIS STATE RIFLE ASSOCIATION, by and through his attorney, William N. Howard of Freeborn & Peters, pursuant to Cir. R. 10, request that the Clerk of this Court prepare the Record for Appeal to the United States Court of Appeals for the Seventh Circuit.

Plaintiff respectfully requests that the Clerk include the following:

| **Date** | **Dkt. No.** | **Document** |
|---|---|---|
| 05/13/11 | 2 | Complaint against Tyler R. Edmonds, David Livesay, Lisa M. Madigan and Patrick J. Quinn |
| 07/08/11 | 20 | Motion for Preliminary Injunction and/or permanent Injunction by Illinois State Rifle Association / Mary Shepard |

| 07/08/11 | 21 | Memorandum in Support (re: 20) Motion for Preliminary Injunction and/or permanent Injunction by Illinois State Rifle Association / Mary Shepard |
| --- | --- | --- |
| 07/08/11 | 22 | Motion for Hearing (re: 20) Motion for Preliminary Injunction and/or permanent Injunction by Illinois State Rifle Association / Mary Shepard |
| 07/22/11 | 24 | Motion to Dismiss pursuant to FRCP 12(b0(1) and as(b)(6) by David Livesay |
| 07/22/11 | 26 | Motion to Dismiss by Tyler R. Edmonds, Lisa M. Madigan, Patrick J. Quinn |
| 07/22/11 | 27 | Memorandum in Support (re: 26) Motion to Dismiss filed by Tyler R. Edmonds, Lisa M. Madigan, Patrick J. Quinn |
| 07/22/11 | 28 | Response to (20) Motion for Preliminary Injunction filed by Tyler R. Edmonds,  Lisa M. Madigan, Patrick J. Quinn |
| 07/22/11 | 29 | Objection to (20) Motion for Preliminary Injunction by Tyler R. Edmonds,  Lisa M. Madigan, Patrick J. Quinn |
| 07/22/11 | 30 | Response in Opposition (re: 20) Motion for Preliminary Injunction and/or Permanent Injunction filed by David Livesay |
| 08/02/11 | 37 | Memorandum in Support (re: 26) Motion to Dismiss filed by Brady Center to Prevent Gun Violence |
| 08/08/11 | 38 | Motion for Summary Judgment by Illinois State Rifle Association / Mary Shepard |
| 08/0811 | 39 | Memorandum in Support (re 38) Motion for Summary Judgment by Illinois State Rifle Association / Mary Shepard |
| 08/15/11 | 40 | Response to Motion (re 26) to Dismiss filed by Illinois State Rifle Association / Mary Shepard |
| 08/23/11 | 41 | Response to Motion (re: 24) to Dismiss Pursuant to FRCP 12(b)(1) and 12(b)(6) filed by Illinois State Rifle Association / Mary Shepard |
| 08/29/11 | 44 | Motion for Leave to File Amicus Brief in Support of Plaintiffs' Motion for Summary Judgment by National Rifle Association of America, Inc. |
| 08/29/11 | 45 | Order granting (42) Motion to Dismiss filed by Tyler r. Edmonds, Lisa M. Madigan, Patrick J. Quinn |

| | | |
|---|---|---|
| 08/29/11 | 46 | Reply to Response to Motion (re: 26) to Dismiss filed by Tyler R. Edmonds, Lisa M Madigan, Patrick J. Quinn |
| 09/02/11 | 47 | Motion to Defer Ruling (re: 38) Motion for Summary Judgment by Tyler R. Edmonds, Lisa M. Madigan, Patrick J. Quinn |
| 09/0/211 | 48 | Exhibit by Tyler R. Edmonds, Lisa M. Madigan, Patrick J. Quinn. Exhibit to (47) Motion for Miscellaneous Relief |
| 09/02/11 | 49 | Motion Defer Ruling on Summary Judgment by David Livesay |
| 09/12/11 | 50 | MOTION to Cite Supplemental Authority re 26 MOTION to Dismiss, 28 Response *to Motion for Preliminary Injunction* by Tyler R Edmonds, Lisa M Madigan, Patrick J Quinn. (Attachments: # 1 Kachalsky Opinion |
| 09/16/11 | 51 | RESPONSE to Motion re 47 MOTION to Defer Ruling re 38 MOTION for Summary Judgment filed by Illinois State Rifle Association, Mary Shepard. |
| 09/26/11 | 52 | RESPONSE to Motion re 50 MOTION to Cite Supplemental Authority re 26 MOTION to Dismiss, 28 Response *to Motion for Preliminary Injunction* filed by Illinois State Rifle Association, Mary Shepard. |
| 11/16/11 | 53 | ORDER DENYING 22 Motion for Hearing on Motion for Preliminary Injunction as moot; DENYING 25 Motion for Extension of Time filed by defendant Livesay as moot, defendant's brief having been filed; GRANTING 44 Motion for Leave to File Amicus Brief by National Rifle Association, and brief shall be filed instanter; GRANTING 50 Motion for leave to file supplemental authority. Signed by Judge William D. Stiehl on 11/16/11. |
| 11/17/11 | 54 | RESPONSE to Motion re 44 MOTION for Leave to File *Amicus Brief in Support of Plaintiffs' Motion for Summary Judgment* filed by National Rifle Association of America, Inc.. |
| 02/06/12 | 55 | MOTION to Cite Supplemental Authority re 26 MOTION to Dismiss, 28 Response by Tyler R Edmonds, Lisa M Madigan, Patrick J Quinn. (Attachments: # 1 Supplemental Authority) |
| 02/08/12 | 56 | RESPONSE to Motion re 55 MOTION to Cite Supplemental Authority re 26 MOTION to Dismiss, 28 Response filed by Illinois State Rifle Association, Mary Shepard |

| 03/30/12 | 57 | ORDER DISMISSING CASE, the Court GRANTS defendants motions 24 and 26 pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim, and plaintiffs complaint is DISMISSED. The Court GRANTS defendants motion to cite supplemental authority 55 . All remaining motions 20 38 47 49 are DENIED as moot. Signed by Judge William D. Stiehl on 3/30/2012. |
|---|---|---|
| 04/02/12 | 58 | NOTICE OF APPEAL as to 57 Order Dismissing Case, Terminate Motions,, by Illinois State Rifle Association, Mary Shepard. Filing fee $ 455, receipt number 0754-1661552. (Attachments: # 1 Exhibit A) |

Dated:   April 10, 2012            **MARY E. SHEPARD and THE ILLINOIS STATE RIFLE ASSOCIATION**,
Plaintiffs


BY:  s/William N. Howard
   One of Their Attorneys



William N. Howard
**FREEBORN & PETERS LLP**
311 S. Wacker Dr., Suite 3000
Chicago, Illinois   60606
(312) 360-6415
whoward@freebornpeters.com

Charles J. Cooper
Cooper & Kirk PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036
Tel:  (202) 220-9600
Fax:  (202) 220-9601
ccooper@cooperkirk.com

## CERTIFICATE OF SERVICE

The undersigned attorney states that he caused a true and correct copy of **Plaintiffs' Designation of Record on Appeal,** to be served upon the parties of record, as shown below, via the Court's CM/ECF system on the **10th** day of **April, 2012**.

| | |
|---|---|
| David A. Simpson<br>Illinois Attorney General's Office – Chicago 2<br>100 West Randolph Street, 12th Floor<br>Chicago, IL 60601-3175<br>Tel: (312) 814-3419<br>dasimpson@atg.state.il.us<br>*Atty. for Lisa Madigan, Pat Quinn and Tyler Edmonds* | Joseph A. Bleyer<br>Bleyer & Bleyer<br>601 West Jackson<br>P.O. Box 487<br>Marion, IL 62959-0487<br>Tel: (618) 997-1331<br>jableyer@bleyerlaw.com<br>*Atty. for David Livesay* |

2611000v1