# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

April 13, 2012

Before

**FRANK H. EASTERBROOK,** *Chief Judge*

| No.: 12-1788 | MARY E. SHEPARD and ILLINOIS STATE RIFLE ASSOCIATION, Plaintiffs - Appellants<br>v.<br>LISA MADIGAN, et al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:11-cv-00405-WDS-PMF<br>Southern District of Illinois<br>District Judge William D. Stiehl ||

The following is before the court:

1.  **MOTION TO STAY BRIEFING AND HOLD APPEAL IN ABEYANCE**, filed on April 9, 2012, by counsel for the appellees.

2.  **OPPOSITION TO DEFENDANTS' MOTION TO STAY BRIEFING AND HOLD APPEAL IN ABEYANCE AND PLAINTIFFS' MOTION TO SCHEDULE ORAL ARGUMENT TOGETHER WITH A RELATED CASE**, filed on April 11, 2012, by counsel for the appellants,

**IT IS ORDERED** that the motion to stay briefing is **DENIED**.

**IT IS FURTHER ORDERED** that the motion to schedule oral argument together is **GRANTED**. The clerk of this court will schedule this appeal for argument on the same day, and before the same panel, as the argument in appeal no. 12-1269.