

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

**NANCY J. ROSENSTENGEL**
**CLERK OF COURT**

**TEL: 618.482.9371**
**FAX: 618.482.9383**

**OFFICE OF THE CLERK**
**750 MISSOURI AVENUE**
**EAST ST. LOUIS, ILLINOIS 62201**

May 10, 2012

Gino J. Agnello, Clerk
United States Court of Appeals
 for the Seventh Circuit
219 South Dearborn Street, Room 2722
Chicago, IL  60604

Re:     Shepard et al v. Madigan et al
        Case Number: 11-405-WDS-PMF
        U.S.C.A. Docket Number: 12-1788

Dear Mr. Agnello:

I have enclosed the original record on appeal which includes:

        2 Volumes of Pleadings sent to USCA 7 by e-mail.


Please acknowledge receipt of these materials.



*s/ Tammy McMannis*
Deputy Clerk

Enclosure




AP-06
Rev. 4/12