IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | |
|---|---|
| MARY E. SHEPARD and the ILLINOIS STATE RIFLE ASSOCIATION, <br><br> Plaintiffs, <br><br> v. <br><br> LISA M. MADIGAN, solely in her official capacity as Attorney General of Illinois, GOVERNOR PATRICK J. QUINN, solely in his official capacity as Governor of the State of Illinois, TYLER R. EDMONDS, solely in his official capacity as the State's Attorney of Union County, Illinois, and SHERIFF DAVID LIVESAY, solely in his official capacity as Sheriff of Union County, Illinois <br><br> Defendants. | ) ) ) ) ) ) ) ) No. 3:11 cv 00405 WDS PMF ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF CHANGE OF ADDRESS

TO:   SERVICE LIST

**PLEASE TAKE NOTICE** that, effective March 6, 2013, the new address / contact information for counsel for Plaintiffs, **MARY E. SHEPARD** and the **ILLINOIS STATE RIFLE ASSOCIATION**, is as follows:

William N. Howard
Locke Lord LLP
111 S. Wacker Dr., 45th Fl.
Chicago, IL   60606
Tel:   312-443-0333
Fax:  312-896-6433
e-mail:  *whoward@lockelord.com*

                  **MARY E. SHEPARD and**
                  **ILLINOIS STATE RIFLE ASSOCIATION,**
                  Plaintiffs


                  BY: /s/ William N. Howard

1

William N. Howard
**LOCKE LORD LLP**
111 S. Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-0333
Facsimile: (312) 896-6433
ARDC #6190114
*whoward@lockelord.com*

Dated: March 14, 2013

**CERTIFICATE OF SERVICE**

The undersigned, being duly sworn on oath, state that I have caused a copy of **Notice of Change of Address** to be served upon the parties of record via the Court's CM/ECF system, on the **14th** day of **March, 2013**.

/s/ William N. Howard

1965071v.1 9900001/00001