IN THE
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS,
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| MARY SHEPARD, and ILLINOIS STATE RIFLE ASSOCIATION, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 11 C 405-WDS-PMF |
| LISA MADIGAN, Attorney General of the State of Illinois, PATRICK J. QUINN, Governor, TYLER EDMONDS, Union County State's Attorney, DAVID LIVESAY, Union County Sheriff, | ) ) ) ) ) ) | |
| | ) | The Honorable |
| | ) | William D. Stiehl, |
| Defendants. | ) | Judge Presiding. |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for defendants Lisa Madigan, Patrick Quinn, and Tyler Edmonds, in their official capacity. I certify that I am admitted to practice in this court.

July 9, 2013

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

By: s/ Karl R. Triebel
KARL R. TRIEBEL, Bar # 6285222
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
PHONE: (312) 814-2391
FAX: (312) 814-5166
EMAIL: ktriebel@atg.state.il.us

## CERTIFICATE OF SERVICE

I certify that on July 9, 2013, I electronically filed my **Appearance** with the Clerk of the United States District Court for the Southern District of Illinois using the CM/ECF system which will provide electronic notice to counsel:

William N Howard
Locke Lord LLP
111 South Wacker Drive
45th Floor
Chicago, IL 60606-4410
312-443-0333
Fax: 312-896-6433
Email: whoward@lockelord.com

Jonathan Lee Diesenhaus
Hogan Lovells LLP
555 13th Street, NW
Washington, DC 20004
202-637-5416
Fax: 202-637-5910
Email:
jonathan.diesenhaus@hoganlovells.com

Charles J Cooper
Cooper & Kirk PLLC
1523 New Hampshire Avenue NW
Washington, DC 20036
202-220-9660
Fax: 202-220-9661
Email: ccooper@cooperkirk.com

Bleyer & Bleyer
Generally Admitted
601 West Jackson
P.O. Box 487
Marion, IL 62959-0487
618-997-1331
Email: jableyer@bleyerlaw.com

By: s/ Karl R. Triebel_____
KARL R. TRIEBEL, Bar No. 6285222
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
PHONE: (312) 814-2391
FAX: (312) 814-5166
E-MAIL: ktriebel@atg.state.il.us