# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

December 11, 2012

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

Before:

RICHARD A. POSNER, *Circuit Judge*

JOEL M. FLAUM, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

| Nos.: 12-1269 & 12-1788 | MICHAEL MOORE, et al., and MARY SHEPARD, et al., Plaintiffs - Appellants<br><br>v.<br><br>LISA MADIGAN, Attorney General of Illinois, et al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** | |
| District Court Nos: 3:11-cv-03134-SEM-BGC & 3:11-cv-00405-WDS-PMF<br>Central District of Illinois and Southern District of Illinois<br>District Judge Sue E. Myerscough | |

The judgment of the District Court is **REVERSED**, with costs, and **REMANDED**, with directions; but the mandate stayed for 180 days.  The above is in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)