# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BILL OF COSTS

July 9, 2013

Taxed in Favor of: **Appellant Illinois State Rifle Association ; Appellant Mary E. Shepard**

| | |
|---|---|
| No.: 12-1269 | MICHAEL MOORE, et al., Plaintiffs - Appellants<br><br>v.<br><br>LISA MADIGAN and HIRAM GRAU, Defendants - Appellees |
| No.: 12-1788 | MARY E. SHEPARD and ILLINOIS STATE RIFLE ASSOCIATION, Plaintiffs - Appellants<br><br>v.<br><br>LISA MADIGAN, et al., Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 3:11-cv-03134-SEM-BGC<br>Central District of Illinois<br>District Judge Sue E. Myerscough ||
| **Originating Case Information:** ||
| District Court No: 3:11-cv-00405-WDS-PMF<br>Southern District of Illinois ||

The mandate or agency closing letter issued in this cause on July 9, 2013.

BILL OF COSTS issued in the amount of: $834.30.

|     |                                                                      | Cost of Each Item | Total Cost Each Item |
|-----|----------------------------------------------------------------------|-------------------|----------------------|
| 1.  | For docketing a case on appeal or review or docketing any other proceeding: _____ | _____ | _____ |
| 2.  | For reproduction of any record or paper, per page: _____ | _____ | _____ |
| 3.  | For reproduction of briefs: _____ | __834.30____ ____ | _____ |
| 4.  | _____ _____ | _____ | _____ |
| 5.  | _____ _____ | _____ | _____ |
|     |                                                                      | TOTAL:            | _834.30_             |

form name: **c7_BillOfCosts**(form ID: **140**)