IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARY E. SHEPARD AND THE ILLINOIS STATE RIFLE ASSOCIATION, | ) ) ) | |
| Plaintiffs | ) ) | |
| vs. | ) ) | No. 3:11-cv-00405-WDS-PMF |
| LISA M. MADIGAN, solely in her official capacity as ATTORNEY GENERAL OF ILLINOIS, GOVERNOR PATRICK J. QUINN, solely in his official capacity as Governor of the State of Illinois, TYLER EDMONDS, solely in his official capacity as the State's Attorney of Union County, Illinois, and SHERIFF DAVID LIVESAY, solely in his official capacity as Sheriff of Union County, Illinois, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## DEFENDANT, SHERIFF DAVID LIVESAY'S, MOTION TO DISMISS AS MOOT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1)

NOW Comes the Defendant Sheriff David Livesay, solely in his official capacity as Sheriff of Union County, by Joseph A. Bleyer of Bleyer and Bleyer, his attorneys, and for his Motion to Dismiss as Moot Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, says:

    1.    That the Co-Defendants, Lisa Madigan, Patrick J. Quinn and Tyler Edmonds, filed herein a Motion to Dismiss as Moot (Doc 73) on July 9, 2013.

    2.    That the State Defendants requested that the Court dismiss the Plaintiffs' Complaint as moot based upon the Illinois State Legislature passing a Concealed Carry

Law.

3.  That the Defendant, David Livesay, Union County Sheriff, hereby adopts the State Defendants, Lisa Madigan, Patrick J. Quinn and Tyler Edmonds', Motion to Dismiss as Moot (Doc 73) as his Motion to Dismiss the Plaintiffs' Complaint based upon the legal argument and cases cited by the Co-Defendants in their Motion to Dismiss as Moot.

WHEREFORE, Defendant Sheriff David Livesay, solely in his official capacity as Sheriff of Union County, prays that this Court grant this Motion to Dismiss the Plaintiffs' Complaint for lack of jurisdiction.

>                    BLEYER and BLEYER
>
>                    S/Joseph A. Bleyer
>                    Attorney Registration No. 6193192
>                    Attorneys for Defendant, Sheriff David Livesay

BLEYER AND BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone:   (618)997-1331
Facsimile:   (618)997-6559
e-mail:      jableyer@bleyerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2013, I electronically filed an Motion to Dismiss as Moot Pursuant to Federal Rules of Civil Procedure 12(b)(1) on behalf of Sheriff David Livesay, solely in his official capacity as Sheriff of Union County, with the Clerk of the Court using CM/ECF System which will send notifications of such filing to the following:

| | |
|---|---|
| William N. Howard<br>Locke Lord LLP<br>111 S. Wacker Dr., 45th Floor<br>Chicago, IL 60606-4410 | Jonathan Lee Diesenhaus<br>Hogan Lovells LLP<br>555 13th Street, NW<br>Washington, DC 20004 |
| Karl R. Triebel<br>Assistant Attorney General<br>100 W. Randolph St.,12th Floor<br>Chicago, IL 60601-3218 | Charles J. Cooper<br>Cooper & Kirk PLLC<br>1523 New Hampshire Ave NW<br>Washington, DC 20036 |

I hereby certify that on July 12, 2013, I mailed by United States Postal Service, the documents to the following nonregistered participants:

    None

                                        S/JOSEPH A. BLEYER

BLEYER AND BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone:   (618)997-1331
Facsimile:   (618)997-6559
e-mail:   jableyer@bleyerlaw.com