IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | |
|---|---|
| MARY E. SHEPARD AND THE ILLINOIS STATE RIFLE ASSOCIATION, | ) ) ) |
| Plaintiffs | ) ) ) |
| vs. | ) No. 3:11-cv-00405-WDS-PMF ) |
| LISA M. MADIGAN, solely in her official capacity as ATTORNEY GENERAL OF ILLINOIS, GOVERNOR PATRICK J. QUINN, solely in his official capacity as Governor of the State of Illinois, TYLER EDMONDS, solely in his official capacity as the State's Attorney of Union County, Illinois, and SHERIFF DAVID LIVESAY, solely in his official capacity as Sheriff of Union County, Illinois, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

NOW Comes Attorney K. Rockne Bleyer of the Law Firm of Bleyer and Bleyer and enters his appearance as additional counsel of record for the Defendant, Sheriff David Livesay, solely in his official capacity as Sheriff of Union County.

                                                    BLEYER and BLEYER

                                                    S/K. Rockne Bleyer
                                                    Attorney Registration No. 6242538
                                                    Attorneys for Defendant, Sheriff David Livesay

BLEYER AND BLEYER  
Attorneys at Law  
601 West Jackson Street  
Post Office Box 487  
Marion, IL 62959-0487  
Telephone:   (618)997-1331  
Facsimile:   (618)997-6559  
e-mail:   jableyer@bleyerlaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 12, 2013, I electronically filed an Entry of Appearance on behalf of Sheriff David Livesay, solely in his official capacity as Sheriff of Union County, with the Clerk of the Court using CM/ECF System which will send notifications of such filing to the following:

| | |
|---|---|
| William N. Howard | Jonathan Lee Diesenhaus |
| Locke Lord LLP | Hogan Lovells LLP |
| 111 S. Wacker Dr., 45th Floor | 555 13th Street, NW |
| Chicago, IL 60606-4410 | Washington, DC 20004 |
| | |
| Karl R. Triebel | Charles J. Cooper |
| Assistant Attorney General | Cooper & Kirk PLLC |
| 100 W. Randolph St.,12th Floor | 1523 New Hampshire Ave NW |
| Chicago, IL 60601-3218 | Washington, DC 20036 |

  I hereby certify that on July 12, 2013, I mailed by United States Postal Service, the documents to the following nonregistered participants:

    None

                S/K. ROCKNE BLEYER

BLEYER AND BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone: (618)997-1331
Facsimile: (618)997-6559
e-mail: kbleyer@bleyerlaw.com