IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | |
|---|---|
| MARY E. SHEPARD and the ILLINOIS STATE RIFLE ASSOCIATION,<br><br>    Plaintiffs,<br><br>v.<br><br>LISA M. MADIGAN, solely in her official capacity as ATTORNEY GENERAL OF ILLINOIS, GOVERNOR PATRICK J. QUINN, solely in his official capacity as Governor of the State of Illinois, TYLER R. EDMONDS, solely in his official capacity as the State's Attorney of Union County, Illinois, and SHERIFF DAVID LIVESAY, solely in his official capacity as Sheriff of Union County,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) No. 3:11-cv-00404-WDS-PMF<br>)<br>)<br>)<br>) Honorable Judge William D. Stiehl<br>) Magistrate Judge Philip M. Frazier<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for Plaintiffs, Mary Shepard and the Illinois State Rifle Association.

Dated: July 16, 2013

                                                           Respectfully Submitted,

                                                           s/ Charles J. Cooper
                                                           Charles J. Cooper*
                                                           COOPER & KIRK, PLLC
                                                           1523 New Hampshire Ave., NW
                                                           Washington, DC 20036
                                                           Tel: (202) 220-9600
                                                           Fax: (202) 220-9601
                                                           ccooper@cooperkirk.com
                                                           *Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

The undersigned attorney states that he caused a true and correct copy of **Entry of Appearance** to be served upon the parties of record, as shown below, via the Court's CM/ECF system on the **16th** day of **July, 2013**.

By: ___s/ Charles J. Cooper___

## SERVICE LIST

Terence J. Corrigan
Illinois Attorney General's Office
500 S. Second St.
Springfield, IL  62706
Tel:  (217) 782-5819
Fax:  (217) 524-5091
tcorrigan@atg.state.il.us

Jonathan Lee Diesenhaus
Hogan Lovells LLP
555 13th Street, NW
Washington, DC 20004
Tel:  202-637-5416
Fax:  202-637-5910
jonathan.diesenhaus@hoganlovells.com

Karen L. McNaught
Illinois Attorney General's Office - Springfield
500 South Second Street
Springfield, IL 62706
217-782-1841
Fax: (217) 524-5091
kmcnaught@atg.state.il.us

Joseph A. Bleyer
K. Rockne Bleyer
Bleyer & Bleyer
601 West Jackson
P.O. Box 487
Marion, IL 62959-0487
Tel: (618) 997-1331
jableyer@bleyerlaw.com
kbleyer@bleyerlaw.com

William N. Howard
Locke Lord LLP
111 South Wacker Dr., 45th Floor
Chicago, IL 60606
312-443-0333
Fax: 312-896-6433
whoward@locklord.com

David A. Simpson
Illinois Attorney General's Office - Chicago 2
100 W. Randolph St., 12th Floor
Chicago, IL 60601-3175
312-814-3419
dasimpson@atg.state.il.us

Karl Triebel
Illinois Attorney General's Office - Chicago 2
100 W. Randolph St., 12th Floor
Chicago, IL 60601-3175
312-814-2391
Fax: 312-814-2253
ktriebel@atg.state.il.us