# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| Shepard, et al. | ) |
| *Plaintiff(s)* | ) |
| v. | )  Case Number:  3:11-cv-00405-WDS-PMF |
| Madigan, et al. | ) |
| *Defendant(s)* | ) |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Plaintiffs Mary Shepard and Ill. State Rifle Ass'n.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of District of Columbia and State of New York. The state and federal bar numbers issued to me are: DC: 450503; and NY: 2701365.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Jul 16, 2013
Date

s/ David H. Thompson
Signature of Movant

1523 New Hampshire Avenue, N.W.
Street Address

David H. Thompson
Printed Name

Washington, D.C. 20036
City, State, Zip

## CERTIFICATE OF SERVICE

The undersigned attorney states that he caused a true and correct copy of **Motion for Pro Hac Vice Admission** to be served upon the parties of record, as shown below, via the Court's CM/ECF system on the **16th** day of **July, 2013**.

By: ___s/ David H. Thompson___

## SERVICE LIST

Terence J. Corrigan
Illinois Attorney General's Office
500 S. Second St.
Springfield, IL 62706
Tel: (217) 782-5819
Fax: (217) 524-5091
tcorrigan@atg.state.il.us

Jonathan Lee Diesenhaus
Hogan Lovells LLP
555 13th Street, NW
Washington, DC 20004
Tel: 202-637-5416
Fax: 202-637-5910
jonathan.diesenhaus@hoganlovells.com

Karen L. McNaught
Illinois Attorney General's Office - Springfield
500 South Second Street
Springfield, IL 62706
217-782-1841
Fax: (217) 524-5091
kmcnaught@atg.state.il.us

Joseph A. Bleyer
K. Rockne Bleyer
Bleyer & Bleyer
601 West Jackson
P.O. Box 487
Marion, IL 62959-0487
Tel: (618) 997-1331
jableyer@bleyerlaw.com
kbleyer@bleyerlaw.com

William N. Howard
Locke Lord LLP
111 South Wacker Dr., 45th Floor
Chicago, IL 60606
312-443-0333
Fax: 312-896-6433
whoward@locklord.com

David A. Simpson
Illinois Attorney General's Office - Chicago 2
100 W. Randolph St., 12th Floor
Chicago, IL 60601-3175
312-814-3419
dasimpson@atg.state.il.us

Karl Triebel
Illinois Attorney General's Office - Chicago 2
100 W. Randolph St., 12th Floor
Chicago, IL 60601-3175
312-814-2391
Fax: 312-814-2253
ktriebel@atg.state.il.us

Charles J. Cooper
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
ccooper@cooperkirk.com