IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARY E. SHEPARD AND THE ILLINOIS STATE RIFLE ASSOCIATION, | ) ) ) |
| Plaintiffs | ) ) ) |
| vs. | ) No.  3:11-cv-00405-WDS-PMF ) |
| LISA M. MADIGAN, solely in her official capacity as ATTORNEY GENERAL OF ILLINOIS, GOVERNOR PATRICK J. QUINN, solely in his official capacity as Governor of the State of Illinois, TYLER EDMONDS, solely in his official capacity as the State's Attorney of Union County, Illinois, and SHERIFF DAVID LIVESAY, solely in his official capacity as Sheriff of Union County, Illinois, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## DEFENDANT, SHERIFF DAVID LIVESAY'S, MEMORANDUM IN SUPPORT OF HIS MOTION TO DISMISS AS MOOT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1)

NOW Comes the Defendant Sheriff David Livesay, solely in his official capacity as Sheriff of Union County, by Joseph A. Bleyer of Bleyer and Bleyer, his attorneys, and for his Memorandum in Support of His Motion to Dismiss as Moot Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, the Defendant, Sheriff David Livesay, solely in his official capacity as Sheriff of Union County, hereby adopts the Memorandum (Doc 86) filed herein by Tyler Edmonds, Lisa M. Madigan and Patrick J. Quinn as his

Memorandum in Support of His Motion to Dismiss as Moot Pursuant to Federal Rules of

Civil Procedure 12(b)(1) (Doc 78).

                                    BLEYER and BLEYER

                                    S/Joseph A. Bleyer
                                    Attorney Registration No. 6193192
                                    Attorneys for Defendant, Sheriff David Livesay

BLEYER AND BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone:   (618)997-1331
Facsimile:   (618)997-6559
e-mail:   jableyer@bleyerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2013, I electronically filed a Memorandum in Support of His Motion to Dismiss as Moot Pursuant to Federal Rules of Civil Procedure 12(b)(1) on behalf of Sheriff David Livesay, solely in his official capacity as Sheriff of Union County, with the Clerk of the Court using CM/ECF System which will send notifications of such filing to the following:

| | |
|---|---|
| William N. Howard | Jonathan Lee Diesenhaus |
| Locke Lord LLP | Hogan Lovells LLP |
| 111 S. Wacker Dr., 45th Floor | 555 13th Street, NW |
| Chicago, IL 60606-4410 | Washington, DC 20004 |
| | |
| Karl R. Triebel | Charles J. Cooper |
| Assistant Attorney General | Cooper & Kirk PLLC |
| 100 W. Randolph St., 12th Floor | 1523 New Hampshire Ave NW |
| Chicago, IL 60601-3218 | Washington, DC 20036 |

I hereby certify that on July 20, 2013, I mailed by United States Postal Service, the documents to the following nonregistered participants:

    None

    S/JOSEPH A. BLEYER

BLEYER AND BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone:　(618)997-1331
Facsimile:　(618)997-6559
e-mail:　jableyer@bleyerlaw.com