IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARY E. SHEPARD and the ILLINOIS STATE RIFLE ASSOCIATION, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 11-CV-405-WDS |
| LISA M. MADIGAN, solely in her official capacity as ATTORNEY GENERAL OF ILLINOIS, GOVERNOR PATRICK J. QUINN, solely in his official capacity as Governor of the State of Illinois, TYLER R. EDMONDS, solely in his official capacity as the State's Attorney of Union County, Illinois, and SHERIFF DAVID LIVESAY, solely in his official capacity as Sheriff of Union County, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

**STIEHL, District Judge:**

Before the Court is an agreed motion, filed by plaintiffs, to extend the time for filing a request for costs and attorneys' fees and to brief the issue of the award of costs and fees until thirty (30) days after the issuance of the mandate resolving plaintiffs' appeal to the Seventh Circuit (Doc. 98).[1]

On July 29, 2013, plaintiffs filed a Notice of Appeal (Doc. 91), as to this Court's Order dismissing the case (Doc. 89). In that Order, the Court directed the parties to file briefs as to

---

[1] Plaintiffs note that this motion expressly excludes the costs previously awarded to plaintiffs by the Seventh Circuit ($834.30, Doc. 72-4), and that defendants have indicated that they are in the process of satisfying that award and will pay those costs to plaintiffs.

the award of costs and fees by August 9, 2013 (Doc. 89).

Plaintiffs assert that the amount of fees claimed could be affected by the appeal now pending in the Seventh Circuit, and that in order to allow counsel time to properly litigate both the appeal and the issue of fees and costs, an extension of time would be appropriate. Plaintiffs further assert that the State defendants and Defendant Livesay have consented to this request.

Accordingly, the Court **GRANTS** plaintiffs' motion for extension of time (Doc. 98), and the parties **SHALL** file briefs as to the issue of the award of costs and fees within thirty (30) days of the issuance of the mandate resolving plaintiffs' appeal to the Seventh Circuit. Responses **SHALL** be filed within ten (10) days thereafter.

**IT IS SO ORDERED.**

**DATE: August 7, 2013**

/s/   WILLIAM D. STIEHL
DISTRICT JUDGE