

# UNITED STATES DISTRICT COURT
## Southern District of Illinois

**Nancy J. Rosenstengel**
**Clerk of Court**

**Tel: 618.482.9371**
**Fax: 618.482.9383**

**OFFICE OF THE CLERK**
**750 MISSOURI AVENUE**
**EAST ST. LOUIS, ILLINOIS 62201**

August 8, 2013

Gino J. Agnello, Clerk
United States Court of Appeals
 for the Seventh Circuit
219 South Dearborn Street, Room 2722
Chicago, IL  60604

Re:     Shepard et al v. Madigan et al
         Case Number:  11-405-WDS
         U.S.C.A. Docket Number:  13-02661

Dear Mr. Agnello:

I have enclosed the original record on appeal which includes:

| | |
|---|---|
| 1 | Volume(s) of Pleadings |
| 0 | Volume(s) of Transcripts |
| 0 | Volume(s) of Depositions |
| 0 | Envelope(s) of Sealed Documents |
| 0 | Exhibits |

Other:

Please acknowledge receipt of these materials.

*s/ Tamra Baugh*
Deputy Clerk

Enclosure

AP-06
Rev. 4/12