13-2661 Mary Shepard, et al v. Lisa Madigan, et al "Original Record on Appeal filed" (3:11-cv-00405-WDS-PMF)
CA07_CMECFMail
to:

08/08/2013 02:22 PM
Hide Details
From: CA07_CMECFMail@ca7.uscourts.gov

To:

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Seventh Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 08/08/2013 at 2:22:39 PM CDT and filed on 08/08/2013

| | |
|---|---|
| **Case Name:** | Mary Shepard, et al v. Lisa Madigan, et al |
| **Case Number:** | 13-2661 |
| **Document(s):** | Document(s) |

**Docket Text:**
Original record on appeal filed electronically. Contents of record : 1 vol. of pleadings. [18] [6506614] [13-2661] (SP)

**Notice will be electronically mailed to:**

Joseph A. Bleyer, Attorney
Mr. Charles J. Cooper, Attorney
William N. Howard, Attorney
Nancy J. Rosenstengel, Clerk of Court
Karl R. Triebel, Attorney


The following document(s) are associated with this transaction:
**Document Description:** Transmittal Letter
**Original Filename:** 11-405-transmittal letter.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105395651 [Date=08/08/2013] [FileNumber=6506614-0]
[58555afceaa00fa45531256cba881baf3fcf346ea42ef165f69839f350b25432f43d1eaf18daafd2860c9c8212beeead2607f6fd20af7bd9eb810d2ae654a9e3]]

**Document Description:** pldg1docs73-100
**Original Filename:** 13-2661Pldg1docs73-100.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105395651 [Date=08/08/2013] [FileNumber=6506614-1]
[1c74b17717cef72de63f53829ac323e479a9368e7c7846ca97fb5bf101c62134a5fd4445a2f8450f207e72671cb87f30f7615cec67f7cbc02d93e131be3bc29c]]

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 6506614
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 1129432, 1129433