

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

**NANCY J. ROSENSTENGEL**　　　　　　　　　　　　　　　　　　**TEL: 618.482.9371**
**CLERK OF COURT**　　　　　　　　　　　　　　　　　　　　　　**FAX: 618.482.9383**

**OFFICE OF THE CLERK**
**750 MISSOURI AVENUE**
**EAST ST. LOUIS, ILLINOIS 62201**

August 8, 2013

Gino J. Agnello, Clerk
United States Court of Appeals
 for the Seventh Circuit
219 South Dearborn Street, Room 2722
Chicago, IL  60604

Amended
Re:　　Shepard et al v. Madigan et al
　　　　Case Number:  11-405-WDS
　　　　U.S.C.A. Docket Number:  13-02661

Dear Mr. Agnello:

I have enclosed the original record on appeal which includes:

　　　　3　　　　Volume(s) of Pleadings
　　　　0　　　　Volume(s) of Transcripts
　　　　0　　　　Volume(s) of Depositions
　　　　0　　　　Envelope(s) of Sealed Documents
　　　　0　　　　Exhibits
　　　　Other:

Please acknowledge receipt of these materials.


*s/ Tamra Baugh*
Deputy Clerk

Enclosure

AP-06
Rev. 4/12

AP-06
Rev. 4/12