# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |



## NOTICE OF ISSUANCE OF MANDATE

November 27, 2013

To:     Nancy J. Rosenstengel
       UNITED STATES DISTRICT COURT
       Southern District of Illinois
       East St. Louis , IL 62201-0000

| | |
|---|---|
| No.: 13-2661 | MARY E. SHEPARD, et al.,<br>Plaintiffs - Appellants<br><br>v.<br><br>LISA MADIGAN, solely in her official capacity as Attorney General of Illinois, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 3:11-cv-00405-WDS-PMF<br>Southern District of Illinois<br>District Judge William D. Stiehl | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:          No record to be returned

NOTE TO COUNSEL:

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                              **Received by:**

  11/27/2013                        s/ A. McNew, Deputy Clerk

form name: **c7_Mandate**(form ID: **135**)

## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

**CERTIFIED COPY**
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

November 5, 2013

Before:　　RICHARD A. POSNER, *Circuit Judge*

　　　　　JOEL M. FLAUM, *Circuit Judge*

　　　　　ANN CLAIRE WILLIAMS, *Circuit Judge*

| | |
|---|---|
| No.: 13-2661 | MARY E. SHEPARD, et al.,<br>Plaintiffs - Appellants<br><br>v.<br><br>LISA MADIGAN, solely in her official capacity as Attorney General of Illinois, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 3:11-cv-00405-WDS-PMF<br>Southern District of Illinois<br>District Judge William D. Stiehl | |

　　　The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)