# ATTACHMENT "A"

# ITEMIZATION FOR FEES

| DATE | PURPOSE | INVOICE NO. | COST |
|---|---|---|---|
| 05/23/2011 | Service of Summons on D. Livesay, T. R. Edwards, L. Madigan, and P. Quinn | | $441.00 |
| 06/10/2011 | Filing Fee for Complaint | | $350.00 |
| TOTAL | | | $791.00 |