

**FREEBORN & PETERS LLP**

July 7, 2011

FEIN #36-3238755

Christopher Conte
National Rifle Assn.
11250 Waples Mill Rd.
Fairfax, VA 22939

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
Tel 312.360.6000

Statement No. 100035681

Re: Illinois Concealed-Carry - Mary Shepard
Client Matter ID No. 26457-0016

*Chicago*

*Springfield*

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED
THROUGH MAY 31, 2011:

| | |
|---|---:|
| FEES FOR THIS STATEMENT | $26,940.00 |
| DISBURSEMENTS | 644.29 |
| TOTAL AMOUNT OF CURRENT STATEMENT | 27,584.29 |
| BALANCE DUE | **$27,584.29** |





**FREEBORN & PETERS LLP**

                    2                      July 7, 2011

Statement No: 100035681

For professional services rendered with regard to:

Re: <u>Illinois Concealed-Carry - Mary Shepard</u>

| Date | Atty | Description | Hours |
|---|---|---|---|
| Apr 20, 2011 | WNH | Discussions with Garry Wills regarding additional work and background needed for gun law research. | 1.00 |
| May 2, 2011 | WNH | Work with Todd Vandermyde regarding new matter; telephone conference with client regarding preparation for and background of complaint; work on outline of potential complaint. | 1.30 |
| May 6, 2011 | GLW | Confer with Bill Howard regarding a complaint challenging the Illinois concealed carry law and research and analyze potential claims regarding same; research venue issues. | 1.70 |
| May 8, 2011 | WNH | review of emails and materials therein with regard to potential plaintiffs for potential lawsuit with regard to concealed-carry cause of action | 1.30 |
| May 9, 2011 | GLW | Continue researching potential causes of action for the complaint challenging Illinois' concealed carry law; research and analyze standing issues; analyze and edit the draft of the complaint. | 4.20 |
| May 9, 2011 | WNH | Work on issues pertaining to preparation of complaint; communications with team regarding same. | 1.80 |
| May 10, 2011 | GLW | Further research on standing issues; research and analyze recent Illinois case law reexamining precedent on the concealed carry laws in light of the McDonald and Heller cases; confer with Bill Howard regarding revisions to and additional claims for the complaint; analyze and edit the complaint. | 3.40 |
| May 10, 2011 | WNH | Several communications with team regarding status, developments, legal issues and refinements to complaint; continued work on Complaint; work on drafting of 1983 claim; work on incorporating changes suggested by team into complaint; work on incorporating various IL laws into complaint. | 5.30 |

# Freeborn
FREEBORN & PETERS LLP

3                                                                                                  July 7, 2011

| Date | Atty | Description | Hours |
|---|---|---|---|
| May 11, 2011 | GLW | Further research and analysis of Illinois case law interpreting the Kalodimos decision in light of the recent Supreme Court decisions; further editing of the draft of the complaint. | 1.90 |
| May 11, 2011 | WNH | Continued work on drafting Complaint; follow-up on numerous email exchanges with regard to new developments pertaining to the SAF and how to keep the case in state court and avoid consolidation with federal claim brought by SAF. | 2.80 |
| May 12, 2011 | GLW | Analyze potential federal district courts in which to file the complaint, including biographical information on the judges, the speed of the docket, etc. analyze the relevant Illinois statutes for further limitations on the possession of firearms that could impact the complaint, including any restrictions on carrying firearms in churches; research and analyze equal protection issues and pleading standards and elements; further editing of the draft complaint. | 7.20 |
| May 12, 2011 | WNH | Continued work on preparation for complaint; communications with team regarding same; efforts to secure feedback regarding various judges in central and southern district; discussions with Vince Quilici regarding status and potential status for suit and reported to clients regarding same; tended to attempting to figure out proper venue for case. | 4.30 |
| May 13, 2011 | GLW | Work with Bill Howard analyzing, editing and finalizing the complaint for filing | 1.60 |

# Freeborn

FREEBORN & PETERS LLP

                                                                     4                                                             July 7, 2011

| Date | Atty | Description | Hours |
|---|---|---|---|
| May 13, 2011 | WNH | Review of complaint filed by Gura in Moore v. Madigan; review of comments from team regarding complaint filed by Gura in Central District; tended to communications with team regarding issues as to why we sued the States attorney and sheriff and tended to issues as to explaining situation to client; telephone conference with State's Attorney as to confirmation of approval to speak with client to have him explain he understands the mechanics of the situation and to appease client that all is well; tended to preparation of email and forwarding of complaint to Victor Quilici; examined emails and other materials from Victor Quilic; tended to preparation and issuance of summonses; tended to work on issuance of press release from NRA; numerous discussions with team regarding venues and filing of complaint in different venues. | 5.80 |
| May 14, 2011 | WNH | Communications with team regarding status and issues pertaining to client's concerns about suing local governmental agencies | 0.30 |
| May 16, 2011 | WNH | Review of email from D. Thompson regarding FFL right to carry in Illinois; discussion with T. Vandermyde regarding contact w/ State's Attorney and attempts to discuss with Mary need for inclusion in suit; telephone conference with Tyler Edmonds regarding case and contact with Mary; report to clients regarding same; prepared for discussion with Ginny Simone; review of Richards v. Prieto decision from E.D. California; review of post-Kalodimos decisions and considered effect on same of case; communications with client regarding scheduling meeting to meet her in her home town; discussions with team regarding communications with Mary Shepard | 2.00 |
| May 17, 2011 | WNH | Prepared email to team regarding status and next steps; review of Rule 16 bases for purposes of expediting; communications with client and report to team regarding same and anticipated meeting next week. | 1.30 |

# Freeborn

FREEBORN & PETERS LLP

                5                July 7, 2011

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| May 18, 2011 | WNH | Review of and response to email friend of Mary Shepard regarding meeting with Mary and related matters | 0.30 |
| May 19, 2011 | WNH | Follow-up on service of summons | 0.30 |
| May 20, 2011 | WNH | Prepare for trip to visit with Mary Shepard. | 0.50 |
| May 22, 2011 | WNH | Travel to Springfield for meeting with Todd Vandermyde regarding upcoming meeting with client and to discuss various alternatives and arguments for purposes of defeating statute and succeeding in court; conducted meeting with Todd Vandermyd. | 3.80 |
| May 23, 2011 | WNH | Work on issues pertaining to upcoming meeting with client; discussions with Todd Vandermyde regarding same; travel from Springfield, IL to Cobden, IL for meeting with client; conducted meeting with client; return from meeting with client. | 10.00 |
| May 31, 2011 | WNH | Communication with Todd Vandermyde regarding judge being assigned to case and related issues | 0.30 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Howard, William N. | 42.40 | 475.00 | $20,140.00 |
| Wills, Garry L. | 20.00 | 340.00 | $6,800.00 |
| TOTAL HOURS | 62.40 | | |
| TOTAL FEES | | | $26,940.00 |



**FREEBORN & PETERS LLP**

                     6                July 7, 2011

### DISBURSEMENTS

| Date | Initials | Description | Amount |
|---|---|---|---|
| May 10, 2011 | FIRM | Photocopying | 0.80 |
| May 12, 2011 | WNH | Other Fees<br>PAYEE: Clerk, U.S. District Court; REQUEST#: 400814; DATE: 5/12/2011. Certificates of Admission (2) | 30.00 |
| May 12, 2011 | FIRM | Computer Legal Research - Westlaw<br>05/11 Westlaw Charges - WILLS, GARRY L | 145.24 |
| May 17, 2011 | DO | Local Messenger Delivery<br>LaSalle Process Servers 4393241 | 6.05 |
| May 23, 2011 | WNH | Other Outside Services<br>VENDOR: LaSalle Process Servers; INVOICE#: 43605; DATE: 5/23/2011<br>05/23 Service of summons on D. Livesay, T. R. Edwards, L. Madigan, and P. Quinn | 441.00 |
| May 24, 2011 | FIRM | Photocopying | 21.20 |

### DISBURSEMENT SUMMARY

| | |
|---|---:|
| Photocopying | 22.00 |
| Computer Legal Research - Westlaw | 145.24 |
| Local Messenger Delivery | 6.05 |
| Other Fees | 30.00 |
| Other Outside Services | 441.00 |
| **TOTAL DISBURSEMENTS** | **$644.29** |

      **TOTAL FEES AND DISBURSEMENTS**      **$27,584.29**

c:\bills\546551.bil



**FREEBORN & PETERS LLP**

July 25, 2011

FEIN #36-3238755

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois
60606-6677
Tel 312-360-6000
Fax 312-360-6520

*Chicago*

*Springfield*

Christopher Conte
National Rifle Assn.
11250 Waples Mill Rd.
Fairfax, VA 22939



Statement No.   100039830

Re:   <u>Illinois Concealed-Carry - Mary Shepard</u>
Client Matter ID No.  26457-0016

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED
THROUGH JUNE 30, 2011:

| | |
|---|---|
| PREVIOUS BALANCE | $27,584.29 |
| FEES FOR THIS STATEMENT | $4,417.50 |
| DISBURSEMENTS | $1,847.96 |
| TOTAL AMOUNT OF CURRENT STATEMENT | $6,265.46 |



FREEBORN & PETERS LLP

                                                      2                                          July 25, 2011

Statement No: 100039830

For professional services rendered with regard to:

Re: <u>Illinois Concealed-Carry - Mary Shepard</u>

| Date | Atty | Description | Hours |
|---|---|---|---|
| Jun 7, 2011 | WNH | Work on motion to withdraw on behalf of partner, Jeff Cross; review of materials from opposing counsel regarding extension of time; prepared report to NRA regarding update and request for extension; prepared report to Mary Shepard regarding same; report to client regarding status, update and next steps; review of materials from court granting extension of time and report to client regarding same; review of ISRA comments with regard to flash mobs events in Chicago and forwarded same to client. | 1.50 |
| Jun 8, 2011 | WNH | Telephone conference with Todd Vandermyde regarding status and next steps, request for additional time and court order granting same. | 0.30 |
| Jun 9, 2011 | WNH | Examined materials with regards to concealed carry in Colorado and forwarded same to client for consideration. | 0.30 |
| Jun 15, 2011 | WNH | Review of notice from court regarding appearance for defendants; communication with Todd Vandermyde regarding Aguilar appeal and timing of same; review of Aguilar decision and consideration of impact and usefulness on our case. | 1.30 |
| Jun 20, 2011 | WNH | Telephone conference with Vince Quilici regarding status and attempted conf call w/ several participants re-carve-out of Cook County for concealed carry weapon statutes; communications with team regarding same; response to Vince Quilici regarding status and next steps; review of motion for extension of time filed by certain defendants. | 1.80 |

# Freeborn

FREEBORN & PETERS LLP

                              3                              July 25, 2011

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| Jun 21, 2011 | WNH | Review of info from court regarding response date for Defendants; communications with client regarding same; review of communication from Vince Quilici; examined communication from opposing counsel regarding draft Order for granting of motion for extension of time; communication with team regarding request from SAF counsel and ISRA for telecon to discuss possible attempts to advance bill excluding Cook County. | 1.80 |
| Jun 22, 2011 | WNH | Examined communication from Livesay's counsel regarding status and developments; communications with clients regarding same; examined notice from court with regard to timing of answer and response; participated in conference call with various people involved on ISRA's part regarding potential action in removing Cook county from law that is being sought to be passed to attempt to intro and succeed on concealed carry statute; prepared summary report to client team; examined response from client team regarding same | 2.30 |

FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Howard, William N. | 9.30 | 475.00 | $4,417.50 |
| TOTAL HOURS | 9.30 | | |
| TOTAL FEES | | | $4,417.50 |

# Freeborn

FREEBORN & PETERS LLP

                4             July 25, 2011

DISBURSEMENTS

| Date | | Description | Amount |
|---|---|---|---|
| May 10, 2011 | FIRM | Computer Legal Research - Westlaw<br>05/11 Westlaw Charges -WILLS,GARRY L | 899.84 |
| May 10, 2011 | FIRM | Computer Legal Research - Westlaw<br>05/11 Westlaw Charges -WILLS,GARRY L | 94.23 |
| May 11, 2011 | FIRM | Computer Legal Research - Westlaw<br>05/11 Westlaw Charges -WILLS,GARRY L | 318.49 |
| May 25, 2011 | FIRM | Photocopying | 74.00 |
| Jun 10, 2011 | LSB | Filing Fee<br>VENDOR: American Express; INVOICE#: STMT06/10/11; DATE: 6/10/2011<br>05/16 Filing fee for Pro Hac Vice Motion | 100.00 |
| Jun 10, 2011 | LSB | Filing Fee<br>VENDOR: American Express; INVOICE#: STMT06/10/11; DATE: 6/10/2011<br>05/13 Filing fee for complaint | 350.00 |
| Jun 15, 2011 | FIRM | Photocopying | 11.40 |

DISBURSEMENT SUMMARY

| | |
|---|---|
| Photocopying | 85.40 |
| Computer Legal Research - Westlaw | 1,312.56 |
| Filing Fee | 450.00 |
| TOTAL DISBURSEMENTS | $1,847.96 |

**TOTAL FEES AND DISBURSEMENTS**       **$6,265.46**

c:\bills\550700.bil