**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION**

| | |
|---|---|
| MARY E. SHEPARD and the ILLINOIS STATE RIFLE ASSOCIATION<br><br>Plaintiffs,<br><br>vs.<br><br>LISA M. MADIGAN, solely in her official capacity as ATTORNEY GENERAL OF ILLINOIS, GOVERNOR PATRICK J. QUINN, solely in his official capacity as Governor of the State of Illinois, TYLER R. EDMONDS, solely in his official capacity as the State's Attorney of Union County, Illinois, and SHERIFF DAVID LIVESAY, solely in his official capacity as Sheriff of Union County,<br><br>Defendants. | Case No. 3:11-cv-00405-WDS-PMF<br><br>Honorable Judge William D. Stiehl<br><br>Magistrate Judge Phillip M. Frazier |

## DECLARATION OF WILLIAM N. HOWARD

My name is William N. Howard. Pursuant to 28 U.S.C. § 1746, I make this Declaration on personal knowledge. I am an attorney of record in the above-entitled action. I am over the age of 18 years and competent to testify to the matters set forth herein.

1.      I was an equity partner and attorney at the law firm of Freeborn & Peters LLP ("F&P") in Chicago, Illinois.  I am currently a partner and attorney at the law firm of Locke Lord LLP ("LL").  My work in this case spanned my time at F&P and LL.  I have been actively practicing law since 1985.  I have attached as Exhibit "A" to this Declaration a copy of my resume, which accurately sets forth my experience over the last 28 years.

2.     My practice consists primarily of complex commercial litigation, as well as all aspects of complex construction, business, shareholder, trademark, trade secret, non-compete, and product liability litigation and all pre-litigation planning and strategy.

3.     I have overseen and supervised all activities by F&P and LL related to representing Mary E. Shepard and the Illinois State Rifle Association ("Plaintiffs") in the above-referenced matter.  Given my involvement in these proceedings, I am familiar with the work of my colleagues as well as the work I performed with respect to these proceedings. Our legal team was appropriately staffed. The tasks were distributed according to the experience level of the attorneys and other staff members were utilized appropriately. Although some tasks required more than one attorney due to the complex nature of the legal issues or time constraints, we were careful to avoid duplication. In fact, care was taken to include attorneys with a lower billable rate to perform tasks commensurate with their experience such as discrete research assignments.

4.     I am familiar with the manner in which F&P and LL maintain their business records and generate their billing records.  F&P attorneys are required to maintain time records at or near the time that the work is performed. Throughout the course of this litigation, F&P had the following billing policy: every Wednesday by 5:00 pm, every F&P attorney and paralegal is required to cause his/her time from the previous week to be inputted into F&P's electronic billing system. Within the first few business days of each month, a deadline is set by the Accounting Department by which all time entries, costs and disbursements from the previous month must be inputted in the electronic billing system to generate an invoice. By the 15th of each month, an invoice is generated to reflect all fees and costs incurred from the previous month.  LL maintains and utilizes in the ordinary course of business a computerized time and billing system whereby attorneys or paralegals submit daily time sheets showing and describing

-2-

the amount of time spent on each billable matter.  LL attorneys are required to record and release their time on a daily basis.  The time is so kept and recorded as to a unique file number identified to the particular litigation matter.  Exhibit "B", attached hereto and made a part hereof, is comprised of true and correct copies of invoices and billing records which were created and maintained as a business records in the ordinary course of F&P's business and LL's business, and pursuant to the billing policies of F&P and LL.

5.       During my representation of Plaintiffs, I charged the clients between $450.00 and $475.00 per hour. These rates are less than my current customary rate of $565.00 per hour and less than my customary rate during 2011-2013, which was $545.00. See Exhibit "C".  These rates were approved by Judge Shadur of the United States District Court, Northern District of Illinois, in the case *National Rifle Association of America, Inc. et al. v. Village of Oak Park*, Case No. 08 CV 3696, which related to similar issues involving the Second Amendment.

6.       During my representation of Plaintiffs on the above referenced matter, I charged Plaintiffs for 242.50 hours of work over approximately 29 months, from April 2011 through August 2013.  *See* Exhibit "B". I charged Plaintiffs $475.00 per hour for 161.60 hours of work during the first 22 months of my representation and $450.00 per hour for 19.7 hours of work thereafter. *Id.* In total, I charged Plaintiffs $85,625.00 in attorneys' fees. *Id.*  This work was necessary to adequately represent Plaintiffs' interests.  I provided significant consultation regarding local rules and practices, managed the drafting and filing of multiple pleadings, conducted extensive legal research and communicated extensively with the clients regarding the case status.

7.       Garry Wills was the primary attorney at F&P that assisted me in the above-entitled action.   Garry Wills became a partner at F&P in January 2013.  Garry Wills has been

actively practicing law for over 10 years. His practice at the time consisted primarily of complex commercial litigation. The biography of Garry Wills, is attached hereto as Exhibit "D".

8. Attorney Garry Wills provided consultation regarding local rules and practices, participated in the drafting and filing of multiple pleadings and conducted extensive legal research. Garry Wills billed 33.50 hours at $340.00, 26.00 hours at $375.00, and 11.70 hours at $395.00 for a total charge to Plaintiffs of $25,761.50. *See* Ex. "B".

9. John Costello is an attorney at LL that assisted me in the above-entitled action. John Costello has been actively practicing law for over 10 years. His practice consists primarily of regulatory counseling and complex commercial litigation. John Costello worked previously for the Office of the Illinois Attorney General and has experience counseling clients regarding federal and state governmental issues. The biography of John Costello, is attached hereto as Exhibit "E".

10. Attorney John Costello provided legal research. John Costello billed 3.6 hours at $440.00 for a total charge to Plaintiffs of $1,584.00. *See* Ex. "B". Other representative matters during the relevant timeframe that establish that this attorney charged rates equal to or greater than the rates charged in this case is attached as Exhibit "G".

11. Keith Gibson is an attorney at LL that assisted me in the above-entitled action. Keith Gibson has been actively practicing law for over 15 years. His practice consists primarily of complex commercial litigation. The biography of Keith Gibson, is attached hereto as Exhibit "F".

12. Attorney Keith Gibson provided consultation regarding local rules and practices, participated in drafting and filing of pleadings and conducted legal research. Keith Gibson billed 17.3 hours at $425.00, for a total charge to Plaintiffs of $7,352.50. *See* Ex. "B". Other

representative matters during the relevant timeframe that establish that this attorney charged rates equal to or greater than the rates charged in this case is attached as Exhibit "G".

13.     In addition to fees charged, F&P and LL also charged Plaintiffs for necessary costs associated with bringing the above captioned action. Those costs, incurred over the 29 months this action has been pending amount to $9,256.22.  Those cost include photocopying, court costs, electronic research, messenger services, a small amount of travel expenses, and other necessary incidental expenses.

14.     In total, myself and my firms F&P and LL charged the Plaintiffs $129,579.22 in fees and costs.  These fees and costs were necessary to adequately represent Plaintiffs in this complex and important matter that addressed a fundamental constitutional right.


I declare under penalty of perjury that the foregoing is true and correct.


Dated:____12/27/13_____          _____
                                    William N. Howard

# EXHIBIT A



**W I L L I A M   N .   H O W A R D**
PARTNER

William Howard is a partner in the Chicago office of Locke Lord LLP where he has more than 25 years of experience in trial, litigation and business counseling. His breadth and depth of experience includes representing a wide range of clients – from entrepreneurs to Fortune 500 corporations.

Prior to joining Locke Lord, Mr. Howard was a partner with Freeborn & Peters in Chicago, where he previously served as chairman of the firm's Executive Committee and was a member of the Executive Committee for more than a decade.

Mr. Howard's practice covers numerous areas, including complex commercial, fiduciary, shareholder, intellectual property, construction, trademark, trade secret, non-compete, franchise and product liability litigation matters. He is skilled in pre-litigation planning and strategy, litigation avoidance strategies, auditing of business practices, arbitration, mediation, administrative hearings, temporary restraining orders, preliminary injunction hearings, as well as bench and jury trials. Mr. Howard has significant first chair trial experience. His diverse clients range from medical device manufacturers and real estate developers and investors to hedge funds and large privately held businesses, and he has handled several cases involving the Second Amendment.

**GENERAL COUNSEL EXPERIENCE**

Mr. Howard has served as outside general counsel for domestic and foreign companies, including a manufacturer of products doing business in more than 75 countries. He coordinated and managed trademark, non-compete, confidentiality, licensing, distributorship, litigation and general corporate matters, working with both domestic and foreign counsel and business advisors. Mr. Howard's more than 25 years of experience, along with his accounting background and outside general counsel experience, provides him with an unparalleled perspective amongst litigators, trial lawyers and business advisors.

111 South Wacker Drive
Chicago, Illinois 60606
(312) 443-0333
(312) 896-6433 Fax
whoward@lockelord.com

**Related Practice Areas**

Business Litigation & Dispute
Resolution
Construction
Corporate
IP Litigation
Product Liability

**Education**

J.D., Chicago-Kent College of Law
Member, National Trial Team;
Member, Editorial Board, Moot
Court Society;
Coach, ABA National Competition
Team, ABA National Competition
Member;
Judicial Extern for the Honorable
George Leighton, United States
District Court, Northern District of
Illinois;
Legal Writing Assistant for Chair of
Legal Writing Department
B.S., Accountancy, University of
Illinois
University of Illinois Baseball Team;
Mortar Board; James Scholar;
President, Alpha Tau Omega
Fraternity

**Bar Admissions**

Illinois

New York

Wisconsin

**Admitted To Practice**

U.S. Supreme Court, 2009

Supreme Court of Illinois, 1985

New York Supreme Court, Appellate Division, Third Judicial Department, 2010

U.S. Court of Appeals for the Seventh Circuit, 1997

U.S. District Court, Northern District of Illinois, Eastern Division, 1985

U.S. District Court, Northern District of Illinois, Eastern Division, Trial Bar, 2012

U.S. District Court for the Central District of Illinois, 2011

U.S. District Court for the Southern District of Illinois, 2011

U.S. District Court for the Eastern District of Wisconsin, 2003

U.S. District Court for the Eastern District of Michigan, 2012

**PUBLICATIONS & PRESENTATIONS**

Featured Guest, *NRA News*, Regarding recent developments on, and pending cases involving, Second Amendment issues. (April 5, 2012)

Featured Presenter, the Illinois Firearm Public Awareness Task Force on H.R. 550 State of Illinois, Michael A. Bilandic Building (March 5, 2012)

Featured Contributor, *Financier Worldwide*, Corporate Finance Intelligence, article entitled: "Unleveling" the Playing Field for U.S. Interests Doing Business Abroad – the United States Court of Appeals Decision in Application of Heraeus Kulzer, et. al. v. Biomet, Inc., et al. (January 24, 2011) ("Kulzer") (2012)

Featured Speaker, *NRA News*, Regarding recent filing in the Southern District of Illinois challenging Illinois law against concealed firearms (Shepard, et al. v. Madigan, et al.) (May 16, 2011)

Co-Author, IICLE, *Business and Commercial Litigation*, chapter on *Document Production and Organization* (1997, 2007, 2009-2012)

Panelist and featured Speaker, *Second Amendment Symposium*, September 12, 2009, Northwestern University School of Law, Chicago
Featured Speaker, Capitalizing on Your Deal: How to Sell Your Company for the Greatest Profit, June 23, 2009, Oak Brook, Ill.

Featured Contributor, *Financier Worldwide*, Managing Risk and Protecting Shareholder Value (January 2009) (available at http://www.financierworldwide.com)

Contributor, *Bloomberg News Article*, Interviewed regarding NRA Second Amendment Write of Certiorari to U.S. Supreme Court (*NRA v. Village of Oak Park*) (June 2, 2009)

Award Recipient, Turnaround Management Association, 2008 Large Transaction of the Year, for work on *Trinsic Communications, Inc*., in Mobile, Ala.

Co-Author, IICLE (Illinois Institute of Continuing Legal Education), Contract Law, chapter on *Introduction and Essentials of Contract Formation* (2005, 2006, 2008 Edition)

Author, *48 on the Fly*, The Webber's Journal, Volume 5, Fall 2008

Featured Contributor, *Financier Worldwide*, Corporate Finance
Intelligence, article entitled Swimming With Sharks (September
2008) (available at http://www.financierworldwide.com)

Moderator, Panel Discussion, *Trade Secrets: Winners & Losers*,
Chicago (June 2008)

Featured Guest, *Hannity & Colmes*, Fox News Channel,
interviewed live by Sean Hannity and Alan Colmes regarding
current legal news in Chicago (May 31, 2007)

Featured Speaker, Indiana Continuing Legal Education Forum,
*The Uncertain Status of the Attorney-Client Privilege in the
Corporate Counsel Setting©*, Indianapolis, Ind. (November 18,
2005)

Featured Speaker, *Understanding Shareholder Disputes:
Protecting Your (or Your Client's) Equity Interest; discussion* on
"*Shareholder Disputes: Rights & Remedies©*, (November 9, 2005)

Featured Speaker, Illinois CPA Society, Business Valuation
Conference, *Developments in the Law of Business Valuations*
(May 2003)

Featured Speaker, Fox Valley Estate Planners Association,
*Developments in the Law of Business Valuations* (March 2003)

Featured Speaker, DuPage County Bar Association Estate
Planning Council and Members, *Shareholder Rights and
Remedies* (May 2002)

Panelist with Mara Georges, Cook County State's Attorney, *Guns
& Violence: Legislation, Litigation & Consumer Policy*, Loyola
University of Chicago, Loyola Consumer Law Review (April 13,
2000)

Co-Author, IICLE, *Business and Commercial Litigation*, chapter
on *Development of Legal Theories and Causes of Action* (1998)

Co-Author, IICLE, *Financing and Real Estate Transactions*,
chapter on *Securities Laws Aspects of Real Estate Participation
and Financing* (1996)

Co-Author, IICLE, *Contract Law*, chapter on *Contract Formation*
(1996)

**PROFESSIONAL HISTORY**

Partner, Locke Lord LLP

Past-Chairman-Executive Committee/Member-Executive
Committee/Equity Partner, Freeborn & Peters LLP, Chicago,
(December 2000 to March 2013)

Equity Partner, Co-Chair of Litigation Practice Group, Policy
Committee Member, Schwartz & Freeman (n/k/a Michael Best &
Friedrich), Chicago (October 1998 to December 2000)

Equity Partner, Professional Development Committee, Training
Committee, Hiring Committee, Seyfarth Shaw (f/k/a Seyfarth,
Shaw, Fairweather & Geraldson), Chicago (June 1988 to October
1998)

Clausen Miller (f/k/a Clausen, Miller, Gorman, Caffrey & Witous,
P.C.), Chicago (December 1984 to June 1988)

Law clerk, Lane & Lane (f/k/a Lane & Munday), Chicago (May
1983 to November 1984)

Staff Accountant and Internal Auditor, Holzman, Post, Ludwig &
Schwartz, Chicago (1982)

## PROFESSIONAL AFFILIATIONS & ACHIEVEMENTS

Adjunct Professor, Advanced Evidence & Adjunct Professor,
International Commercial Litigation and Arbitration, Chicago-Kent
College of Law (1998 to present)

Instructor, National Institute of Trial Advocacy (1998 to present)

Named, *Illinois Super Lawyers,* selected one of the Top Attorneys
in Illinois by Illinois Super Lawyers Publication (2007)

## COMMUNITY LEADERSHIP

**March of Dimes, Chicago Chapter and Greater Illinois Division**

General Counsel, Illinois Chapter & Chicago Division (2000 -
2009)

Member, Board of Directors, Greater Chicago Chapter (1998 -
2009)

Member, Board of Directors, Greater Illinois Division (1999 –

2009)

Co-Chair, Chicago Signature Chefs Event (1998-2005, 2007, 2008)

Awards Recipient, Outstanding Board Member of the Year (2000)

Past-Chairman, Major Gifts Committee

Past-Chairman, Chicago Star Chef's / Chicago Chef's Auction

Past-Member, Revenue Development Committee

Past-Member, Steering Committee

Past-Member, Gala Committee

VIP Liaison, 2000 Gala

**Legal Assistance Foundation, Chicago**

Representation of various individuals and organizations in pro bono matters

Recipient, Certificate of Appreciation, for representation of Sisseton-Wappeton Sioux Indian Tribe of North Dakota in Baby X case

**Chicago-Kent College of Law**

Adjunct Professor, Advanced Evidence (Law 689)

Adjunct Professor, International Commercial Litigation and Arbitration

Editor, Citations Alumnae Publication

Past-Member, Board of Directors for Law School Alumnae Association

Past-Vice President, Board of Directors for Law School Alumnae Association

Past-Member, Alumnae Awards Committee, Alumnae Mentorship Committee and Nominating Committee

Past-Member, Board of Overseers for International Programs Committee

Past-Member, National Trial Team Endowment Fund Committee

**Other Organizations and Professional Involvement**

Chairman, Membership Committee of Autobahn Country Club

Co-Chair, Foreign Banks Luncheon Group (1996 – 2000)

University of Illinois at Chicago, Lecturer, Construction Law and Mechanic's Liens

Chicago Counsel on Foreign Relations

# EXHIBIT B

# EXHIBIT "B"

**Freeborn & Peters LLP**
**Locke Lord LLP**
**Summary of Time Worked**
**Mary E. Shepard / Lisa M Madigan**
**(Beginning of Time through August 30, 2013)**

| Timekeeper | Hours | Fees | Rate |
|---|---|---|---|
| **F & P** | | | |
| Howard, William N. | 161.60 | $76,760.00 | $475.00 |
| Wills, Garry L. | 33.50 | $11,390.00 | $340.00 |
| Wills, Garry L. | 26.00 | $9,750.00 | $375.00 |
| Wills, Garry L. | 11.70 | $4,621.50 | $395.00 |
| **LL** | | | |
| Howard, William N. | 19.70 | $8,865.00 | $450.00 |
| Costello, John | 3.60 | $1,584.00 | $440.00 |
| Gibson, Keith L. | 17.30 | $7,352.50 | $425.00 |
| | | | |
| **TOTAL:** | **273.40** | **$120,323.00** | |
| **TOTAL COSTS:** | | **$9,256.22** | |
| | | **$129,579.22** | |



**Freeborn**

FREEBORN & PETERS LLP

July 7, 2011

FEIN #36-3238755

Christopher Conte
National Rifle Assn.
11250 Waples Mill Rd.
Fairfax, VA  22939

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
Tel 312.360.6000

Statement No.   100035681

Re:        <u>Illinois Concealed-Carry – Mary Shepard</u>
           Client Matter ID No.  26457-0016

*Chicago*

*Springfield*        FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED
                     THROUGH MAY 31, 2011:

           FEES FOR THIS STATEMENT                        $26,940.00
           DISBURSEMENTS                                       644.29

           TOTAL AMOUNT OF CURRENT STATEMENT               27,584.29

           BALANCE DUE                                    <u>$27,584.29</u>





**Freeborn**

FREEBORN & PETERS LLP

2                                    July 7, 2011

Statement No: 100035681

For professional services rendered with regard to:

Re: Illinois Concealed-Carry - Mary Shepard

| Date | | | | |
|------|-----|---|---|---|
| May 2, 2011 | WNH | Work with Todd Vandermyde regarding new matter; telephone conference with client regarding preparation for and background of complaint; work on outline of potential complaint. | | 1.30 |
| May 6, 2011 | GLW | ██████████████ *0.70* research venue issues. | | |
| May 8, 2011 | WNH | review of emails and materials therein with regard to potential plaintiffs for potential lawsuit with regard to concealed-carry cause of action | | 1.30 |
| May 9, 2011 | GLW | Continue researching potential causes of action for the complaint challenging Illinois' concealed carry law; research and analyze standing issues; analyze and edit the draft of the complaint. | | 4.20 |
| May 9, 2011 | WNH | Work on issues pertaining to preparation of complaint; communications with team regarding same. | | 1.80 |
| May 10, 2011 | GLW | Further research on standing issues; research and analyze recent Illinois case law reexamining precedent on the concealed carry laws in light of the McDonald and Heller cases; ██████████ ██████████████████; analyze and edit the complaint. | | 3.40 |
| May 10, 2011 | WNH | Several communications with team regarding status, developments, legal issues and refinements to complaint; continued work on Complaint; work on drafting of 1983 claim; work on incorporating changes suggested by team into complaint; work on incorporating various IL laws into complaint. | | 5.30 |

# Freeborn

**FREEBORN & PETERS LLP**

3                                           July 7, 2011

| Date | Atty | Description | Hours |
|---|---|---|---|
| May 11, 2011 | GLW | Further research and analysis of Illinois case law interpreting the Kalodimos decision in light of the recent Supreme Court decisions; further editing of the draft of the complaint. | 1.90 |
| May 11, 2011 | WNH | Continued work on drafting Complaint; follow-up on numerous email exchanges with regard to new developments pertaining to the SAF and how to keep the case in state court and avoid consolidation with federal claim brought by SAF. | 2.80 |
| May 12, 2011 | GLW | Analyze potential federal district courts in which to file the complaint, including biographical information on the judges, the speed of the docket, etc. analyze the relevant Illinois statutes for further limitations on the possession of firearms that could impact the complaint, including any restrictions on carrying firearms in churches; research and analyze equal protection issues and pleading standards and elements; further editing of the draft complaint. | 7.20 |
| May 12, 2011 | WNH | Continued work on preparation for complaint; communications with team regarding same; efforts to secure feedback regarding various judges in central and southern district; discussions with Vince Quilici regarding status and potential status for suit and reported to clients regarding same; tended to attempting to figure out proper venue for case. | 4.30 |
| May 13, 2011 | GLW | Work with Bill Howard analyzing, editing and finalizing the complaint for filing | 1.60 |

# Freeborn ◢

FREEBORN & PETERS LLP

4                                July 7, 2011

| | | | |
|---|---|---|---|
| May 13, 2011 | WNH | Review of complaint filed by Gura in Moore v. Madigan; review of comments from team regarding complaint filed by Gura in Central District; tended to communications with team regarding issues as to why we sued the States attorney and sheriff and tended to issues as to explaining situation to client; telephone conference with State's Attorney as to confirmation of approval to speak with client to have him explain he understands the mechanics of the situation and to appease client that all is well; tended to preparation of email and forwarding of complaint to Victor Quilici; examined emails and other materials from Victor Quilic; tended to preparation and issuance of summonses; ▮▮▮▮▮▮▮▮▮ numerous discussions with team regarding venues and filing of complaint in different venues. | 5.80 |
| May 14, 2011 | WNH | Communications with team regarding status and issues pertaining to client's concerns about suing local governmental agencies | 0.30 |
| May 16, 2011 | WNH | Review of email from D. Thompson regarding FFL right to carry in Illinois; discussion with T. Vandermyde regarding contact w/ State's Attorney and attempts to discuss with Mary need for inclusion in suit; telephone conference with Tyler Edmonds regarding case and contact with Mary; report to clients regarding same; prepared for discussion with Ginny Simone; review of Richards v. Prieto decision from E.D. California; review of post-Kalodimos decisions and considered effect on same of case; communications with client regarding scheduling meeting to meet her in her home town; discussions with team regarding communications with Mary Shepard | 2.00 |
| May 17, 2011 | WNH | Prepared email to team regarding status and next steps; review of Rule 16 bases for purposes of expediting; communications with client and report to team regarding same and anticipated meeting next week. | 1.30 |

# Freeborn

**FREEBORN & PETERS LLP**

5                                    July 7, 2011

| | | | |
|---|---|---|---|
| May 18, 2011 | WNH | Review of and response to email friend of Mary Shepard regarding meeting with Mary and related matters | 0.30 |
| May 19, 2011 | WNH | Follow-up on service of summons | 0.30 |
| May 20, 2011 | WNH | Prepare for trip to visit with Mary Shepard. | 0.50 |
| May 22, 2011 | WNH | Travel to Springfield for meeting with Todd Vandermyde regarding upcoming meeting with client and to discuss various alternatives and arguments for purposes of defeating statute and succeeding in court; conducted meeting with Todd Vandermyd. | 3.80 |
| May 23, 2011 | WNH | Work on issues pertaining to upcoming meeting with client; discussions with Todd Vandermyde regarding same; travel from Springfield, IL to Cobden, IL for meeting with client; conducted meeting with client; return from meeting with client. | 10.00 |
| May 31, 2011 | WNH | Communication with Todd Vandermyde regarding judge being assigned to case and related issues | 0.30 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES | |
|---|---|---|---|---|
| Howard, William N. | 41.40 ~~42.40~~ | 475.00 | ~~$20,140.00~~ | $19,665.00 |
| Wills, Garry L. | 19.00 ~~20.00~~ | 340.00 | ~~$6,800.00~~ | $6,460.00 |
| TOTAL HOURS | 62.40 | | | |
| TOTAL FEES | | | ~~$26,940.00~~ | $26,125.00 |



**FREEBORN & PETERS LLP**

6                                    July 7, 2011

## DISBURSEMENTS

| | | | |
|---|---|---|---|
| May 10, 2011 | FIRM | Photocopying | 0.80 |
| May 12, 2011 | WNH | Other Fees | 30.00 |
| | | PAYEE: Clerk, U.S. District Court; REQUEST#: 400814; DATE: 5/12/2011. Certificates of Admission (2) | |
| May 12, 2011 | FIRM | Computer Legal Research - Westlaw 05/11 Westlaw Charges -WILLS,GARRY L | 145.24 |
| May 17, 2011 | DO | Local Messenger Delivery LaSalle Process Servers 4393241 | 6.05 |
| May 23, 2011 | WNH | Other Outside Services VENDOR: LaSalle Process Servers; INVOICE#: 43605; DATE: 5/23/2011 05/23 Service of summons on D. Livesay, T. R. Edwards, L. Madigan, and P. Quinn | 441.00 |
| May 24, 2011 | FIRM | Photocopying | 21.20 |

## DISBURSEMENT SUMMARY

| | |
|---|---|
| Photocopying | 22.00 |
| Computer Legal Research - Westlaw | 145.24 |
| Local Messenger Delivery | 6.05 |
| Other Fees | 30.00 |
| Other Outside Services | 441.00 |
| TOTAL DISBURSEMENTS | $644.29 |

**TOTAL FEES AND DISBURSEMENTS**                $27,584.29

c:\bills\546551.bil



**FREEBORN & PETERS LLP**

July 25, 2011

FEIN #36-3238755

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois
60606-6677
Tel 312-360-6000
Fax 312-360-6520

Christopher Conte
National Rifle Assn.
11250 Waples Mill Rd.
Fairfax, VA  22939



*Chicago*

*Springfield*

Statement No.   100039830

Re:     Illinois Concealed-Carry - Mary Shepard
        Client Matter ID No.  26457-0016

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED THROUGH JUNE 30, 2011:

PREVIOUS BALANCE                                    $27,584.29

FEES FOR THIS STATEMENT                               $4,417.50
DISBURSEMENTS                                         $1,847.96

TOTAL AMOUNT OF CURRENT STATEMENT                     $6,265.46



**Freeborn**

FREEBORN & PETERS LLP

2                                July 25, 2011

Statement No: 100039830

For professional services rendered with regard to:

Re:  Illinois Concealed-Carry - Mary Shepard

| | | | |
|---|---|---|---|
| Jun 7, 2011 | WNH | Work on motion to withdraw on behalf of partner, Jeff Cross; review of materials from opposing counsel regarding extension of time; prepared report to NRA regarding update and request for extension; prepared report to Mary Shepard regarding same; report to client regarding status, update and next steps; review of materials from court granting extension of time and report to client regarding same; review of ISRA comments with regard to flash mobs events in Chicago and forwarded same to client. | 1.50 |
| Jun 8, 2011 | WNH | Telephone conference with Todd Vandermyde regarding status and next steps, request for additional time and court order granting same. | 0.30 |
| Jun 9, 2011 | WNH | Examined materials with regards to concealed carry in Colorado and forwarded same to client for consideration. | 0.30 |
| Jun 15, 2011 | WNH | Review of notice from court regarding appearance for defendants; communication with Todd Vandermyde regarding Aguilar appeal and timing of same; review of Aguilar decision and consideration of impact and usefulness on our case. | 1.30 |
| Jun 20, 2011 | WNH | Telephone conference with Vince Quilici regarding status and attempted conf call w/ several participants re-carve-out of Cook County for concealed carry weapon statutes; communications with team regarding same; response to Vince Quilici regarding status and next steps; review of motion for extension of time filed by certain defendants. | 1.80 |

# Freeborn

FREEBORN & PETERS LLP

3                                July 25, 2011

| Jun 21, 2011 | WNH | Review of info from court regarding response date for Defendants; communications with client regarding same; review of communication from Vince Quilici; examined communication from opposing counsel regarding draft Order for granting of motion for extension of time; | 1.80 |
| Jun 22, 2011 | WNH | Examined communication from Livesay's counsel regarding status and developments; communications with clients regarding same; examined notice from court with regard to timing of answer and response; participated in conference call with various people involved on ISRA's part regarding potential action in removing Cook county from law that is being sought to be passed to attempt to intro and succeed on concealed carry statute; prepared summary report to client team; examined response from client team regarding same | 2.30 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|------------|-------|------|------|
| Howard, William N. | 9.30 | 475.00 | $4,417.50 |
| TOTAL HOURS | 9.30 | | |
| | | | |
| TOTAL FEES | | | $4,417.50 |



**FREEBORN & PETERS LLP**

4                                July 25, 2011

DISBURSEMENTS

| May 10, 2011 | FIRM | Computer Legal Research - Westlaw | 899.84 |
| | | 05/11 Westlaw Charges -WILLS,GARRY L | |
| May 10, 2011 | FIRM | Computer Legal Research - Westlaw | 94.23 |
| | | 05/11 Westlaw Charges -WILLS,GARRY L | |
| May 11, 2011 | FIRM | Computer Legal Research - Westlaw | 318.49 |
| | | 05/11 Westlaw Charges -WILLS,GARRY L | |
| May 25, 2011 | FIRM | Photocopying | 74.00 |
| Jun 10, 2011 | LSB | Filing Fee | 100.00 |
| | | VENDOR: American Express; INVOICE#: STMT06/10/11; DATE: 6/10/2011 05/16 Filing fee for Pro Hac Vice Motion | |
| Jun 10, 2011 | LSB | Filing Fee | ~~350.00~~ |
| | | VENDOR: American Express; INVOICE#: STMT06/10/11; DATE: 6/10/2011 05/13 Filing fee for complaint | |
| Jun 15, 2011 | FIRM | Photocopying | 11.40 |

DISBURSEMENT SUMMARY

| Photocopying | 85.40 |
| Computer Legal Research - Westlaw | 1,312.56 |
| Filing Fee | ~~450.00~~   *100.00* |
| TOTAL DISBURSEMENTS | ~~$1,847.96~~   *$1,497.96* |

**TOTAL FEES AND DISBURSEMENTS**                $6,265.46

c:\bills\550700.bll



**Freeborn**

FREEBORN & PETERS LLP

September 6, 2011

FEIN #36-3238755

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois
60606-6677
Tel 312-360-6000
Fax 312-360-6520

Christopher Conte
National Rifle Assn.
11250 Waples Mill Rd.
Fairfax, VA  22939



Statement No.   100041647

Re:      Illinois Concealed-Carry - Mary Shepard
         Client Matter ID No.  26457-0016

*Chicago*

*Springfield*

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED
THROUGH JULY 31, 2011:

| | |
|---|---:|
| PREVIOUS BALANCE | $0.00 |
| FEES FOR THIS STATEMENT | $8,764.50 |
| DISBURSEMENTS | $91.15 |
| **TOTAL AMOUNT OF CURRENT STATEMENT** | **$8,855.65** |



# Freeborn

**FREEBORN & PETERS LLP**

2                                    September 6, 2011

Statement No: 100041647

For professional services rendered with regard to:

Re: <u>Illinois Concealed-Carry - Mary Shepard</u>

| Jun 27, 2011 | WNH | Examined most recent communication from Chicago Alderman and Police regarding heightened security issues; review of Mimes decision; communication from client with regard to next steps. | 1.00 |
|---|---|---|---|
| Jul 5, 2011 | WNH | Review of email and attachment from Todd Vandermyde regarding amendment to Chicago ordinance allowing gun ranges in Chicago. | 0.30 |
| Jul 8, 2011 | GLW | Call with the judge's clerk regarding filing requirements for a supporting declaration and confer with Bill Howard regarding same; multiple calls with co-counsel regarding finalizing the motion for injunctive relief and filing issues relating to same; analyze and edit the motion for oral argument; review and edit the motion for injunctive relief and supporting memorandum; finalize all of the pleadings and coordinate the filing of same; analyze the defendant's second motion for an extension of time to file their responsive pleadings. | 5.80 |
| Jul 8, 2011 | WNH | Telephone conferences with T. Vandermyde regarding preparation of motion for injunction; telephone conference with C. Conte regarding same; review of drafts of motion; review of local rules regarding same; strategy discussion with Garry Wills regarding filing same; continued work on assuring filing of motion. | 2.30 |
| Jul 11, 2011 | WNH | Tended to issues pertaining to timing of hearing on Motion for Preliminary Injunction and Temporary Restraining Order; follow-up with clients regarding same and exchange of communications regarding same; examined notices from court regarding same. | 0.80 |

# Freeborn

**FREEBORN & PETERS LLP**

3                          September 6, 2011

| Jul 12, 2011 | WNH | Communication with client regarding status and follow-up communication with team regarding request for hearing date and feedback from court; follow-up on attempts to determine time frame for events going on in Central District case filed by SAF. | 1.00 |
|---|---|---|---|
| Jul 13, 2011 | WNH | Discussion with Todd Vandermyde regarding status and next strategy steps in case; telephone conference with Court Clerk in case to discuss timing of hearing; prepared communication to clients regarding same; work on next steps in case; follow-up communications with client regarding status and go forward plan;  continued analysis of Ezell case to determine use in Shepard and possibility of supplementing pleadings based on decision. | 2.50 |
| Jul 14, 2011 | WNH | Communication with team regarding status and next steps in litigation given developments. | 0.30 |
| Jul 18, 2011 | WNH | Review of Article 22 interpretation by voters; re-review of Kalomidos for purposes of attacking same. | 0.70 |
| Jul 21, 2011 | WNH | Work on issues pertaining to possible arguments in support of position; review of communications with team regarding reports on oral argument and recent filing of petition for certification. | 0.50 |
| Jul 22, 2011 | WNH | Review of Motion to Dismiss filed by State; review of Opposition to Motion for Preliminary Injunction; review of motion to dismiss filed by sheriff; review of pleadings filed by defendants; exchange of emails with possible amicus issues. | 1.80 |
| Jul 25, 2011 | WNH | Continued review of recently Defendants' pleadings and considered arguments to be made in response thereto; review of and response to communications from possible amicus counsel. | 1.80 |



**FREEBORN & PETERS LLP**

4                          September 6, 2011

| Jul 27, 2011 | WNH | Examined communications from co-counsel regarding responding to amicus request from Brady Center; review of notes from court hearing attended by Todd Vandermyde; examined pleadings filed in Moore case; participated in discussion amongst team members regarding next strategic steps to advance resolution with Motion for Summary Judgment and related issues. | 1.30 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Howard, William N. | 14.30 | 475.00 | $6,792.50 |
| Wills, Garry L. | 5.80 | 340.00 | $1,972.00 |
| TOTAL HOURS | 20.10 | | |
| TOTAL FEES | | | $8,764.50 |

**DISBURSEMENTS**

| Jul 13, 2011 | FIRM | Photocopying | 10.60 |
| Jul 28, 2011 | FIRM | Photocopying | 27.20 |
| Aug 2, 2011 | WNH | Court Reporter's Fee - Transcript Copy VENDOR: Lois LaCorte; INVOICE#: 20100660; DATE: 8/2/2011 07/27 Transcript of proceedings | 53.35 |

**DISBURSEMENT SUMMARY**

| Photocopying | 37.80 |
|---|---|
| Court Reporter's Fee - Transcript Copy | 53.35 |
| TOTAL DISBURSEMENTS | $91.15 |
| **TOTAL FEES AND DISBURSEMENTS** | **$8,855.65** |

c:\bills\552517.bil



**FREEBORN & PETERS LLP**

September 15, 2011

FEIN #36-3238755

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois
60606-6677
Tel 312-360-6000
Fax 312-360-6520

Christopher Conte
National Rifle Assn.
11250 Waples Mill Rd.
Fairfax, VA 22939



*Chicago*

*Springfield*

Statement No.   100042830

Re:   Illinois Concealed-Carry - Mary Shepard
      Client Matter ID No.  26457-0016

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED
THROUGH AUGUST 31, 2011:

PREVIOUS BALANCE                                   $8,855.65

FEES FOR THIS STATEMENT                           $10,761.50
DISBURSEMENTS                                        $132.35

**TOTAL AMOUNT OF CURRENT STATEMENT**             **$10,893.85**



**Freeborn**

FREEBORN & PETERS LLP

2                    September 15, 2011

Statement No: 100042830

For professional services rendered with regard to:

Re: <u>Illinois Concealed-Carry - Mary Shepard</u>

| | | | |
|---|---|---|---|
| Aug 1, 2011 | WNH | Review of communication from co-counsel regarding logistics for filing motion to dismiss and motion for summary judgment; place call to court clerk regarding intent to file two briefs and to secure suggestion as to how to proceed. | 0.30 |
| Aug 2, 2011 | GLW | Analyze the federal rules and applicable case law on the appealability of an order granting or denying injunctive relief and confer with Bill Howard regarding same; analyze the timing for responding to a motion for leave to file an amicus brief, and the standards for opposing same. | 1.10 |
| Aug 2, 2011 | WNH | Strategy discussions and communications with team; looked into procedural issues and aspects of various permutations of rulings and strategic steps depending on court's ruling; commenced review of memo in support filed by Brady Center. | 1.50 |
| Aug 4, 2011 | GLW | Analyze the amicus brief in support of the defendants. | 0.60 |
| Aug 4, 2011 | WNH | Review of outcome of hearing in Central District case and notes provided by Todd Vandermyde; review of initial draft of summary judgment motion prepared by co-counsel. | 1.30 |
| Aug 5, 2011 | GLW | ██████████████████████ ████████ analyze the local and procedural rules for the motion. | ~~2.00~~ .80 |

# Freeborn ⬏

**FREEBORN & PETERS LLP**

3                              September 15, 2011

| | | | |
|---|---|---|---|
| Aug 5, 2011 | WNH | Review of draft of Motion for Summary Judgment and provided commentary regarding same; communications and discussions amongst team members regarding brief and declaration; tended to forwarding draft declaration to Mary Shepard; secured copies of materials from Mary Shepard to be used in brief. | 2.80 |
| Aug 6, 2011 | WNH | Continued review of and work on motion for summary judgment and declarations; continued work on declaration in support. | 1.30 |
| Aug 7, 2011 | GLW | Continue analyzing, cite checking, and proofing motion for summary judgment; draft declarations in support of brief. | 1.90 |
| Aug 8, 2011 | WNH | Tended to attempting to finalize Motion and Declarations in support of same. | 2.80 |
| Aug 8, 2011 | GLW | Confer with Bill Howard regarding go-forward strategy for finalizing the motion and otherwise; revise the declarations; analyze the local rules regarding summary judgment motions; final review of the motion and coordinate filing of same. | 1.10 |
| Aug 10, 2011 | WNH | Review of transcript from in front of Judge Dow. | 0.50 |
| Aug 12, 2011 | WNH | Examined communication and draft pleading from D.C. counsel regarding response to Motion to Dismiss and communication with team regarding same. | 1.30 |
| Aug 15, 2011 | WNH | Review of next iteration of response to motion to dismiss and communication with team regarding same; communications with other counsel regarding latest version of brief and filing of same. | 2.80 |
| Aug 15, 2011 | GLW | Analyze draft of the response to the state's motion to dismiss for substance and to cite check. | 0.60 |
| Aug 19, 2011 | WNH | Examined communications amongst team members with regard to response to Sheriff's arguments raised in briefs and responded to same; continued review of response to motion to dismiss. | 1.30 |
| Aug 19, 2011 | GLW | Analyze the draft of the response to the Sheriff's motion to dismiss. | 0.20 |
| Aug 24, 2011 | WNH | Review of motion to clarify filed in Moore matter filed by Attorney General. | 0.30 |
| Aug 29, 2011 | WNH | Examined materials from court. | 0.30 |

# Freeborn

**FREEBORN & PETERS LLP**

4                          September 15, 2011

| | | | |
|---|---|---|---|
| Aug 29, 2011 | GLW | Analyze the defendants' reply in support of their motions to dismiss. | 0.30 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Howard, William N. | 16.50 | 475.00 | $7,837.50 |
| Wills, Garry L. | 6.60 ~~8.60~~ | 340.00 | ~~$2,924.00~~ ✱ 2,244.00 |
| TOTAL HOURS | 25.10 | | |
| TOTAL FEES | | | ~~$10,761.50~~ ✱ 10,081.50 |

## DISBURSEMENTS

| | | | | |
|---|---|---|---|---|
| Aug 2, 2011 | FIRM | Computer Legal Research - Westlaw 08/11 Westlaw Charges -WILLS,GARRY L | | 73.04 |
| Aug 2, 2011 | FIRM | Computer Legal Research - Westlaw 08/11 Westlaw Charges -WILLS,GARRY L | | 47.11 |
| Aug 12, 2011 | FIRM | Photocopying | | 9.40 |
| Aug 29, 2011 | FIRM | Photocopying | | 2.80 |

## DISBURSEMENT SUMMARY

| | |
|---|---|
| Photocopying | 12.20 |
| Computer Legal Research - Westlaw | 120.15 |
| TOTAL DISBURSEMENTS | $132.35 |

**TOTAL FEES AND DISBURSEMENTS**          $10,893.85

c:\billa\553700.bll



# Freeborn

**FREEBORN & PETERS LLP**

November 4, 2011

FEIN #36-3238755

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois
60606-6677
Tel 312-360-6000
Fax 312-360-6520

Christopher Conte
National Rifle Assn.
11250 Waples Mill Rd.
Fairfax, VA  22939



*Chicago*

*Springfield*

Statement No.   100047402

Re:      Illinois Concealed-Carry - Mary Shepard
         Client Matter ID No.  26457-0016

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED
THROUGH SEPTEMBER 30, 2011:

|  |  |
|---|---:|
| PREVIOUS BALANCE | $0.00 |
| FEES FOR THIS STATEMENT | $3,461.50 |
| DISBURSEMENTS | $102.86 |
| **TOTAL AMOUNT OF CURRENT STATEMENT** | **$3,564.36** |



FREEBORN & PETERS LLP

2                              November 4, 2011

Statement No: 100047402

For professional services rendered with regard to:

Re:  Illinois Concealed-Carry - Mary Shepard

| Sep 1, 2011 | WNH | Review of recent materials filed by Attorney General's office; review of materials from second motion to dismiss. | 0.30 |
| Sep 2, 2011 | WNH | Review of Motion to Defer Ruling on Summary Judgment filed by Defendants and corresponding exhibits thereto and communication with clients regarding same. | 0.50 |
| Sep 16, 2011 | WNH | Tended to preparation, coordination, communication and filing of response to Motion to Defer ruling; communications with team members regarding same; review of motion to defer to confirm bases for challenging same. | 1.80 |
| Sep 16, 2011 | GLW | Confer with Bill Howard regarding the response to the motion to defer and our go-forward strategy; analyze the local rules and the case docket to confirm the date for the response to the motion to defer; analyze and edit the response to the motion to defer. | 0.80 |
| Sep 21, 2011 | WNH | Review of Motion to Cite Supplemental Authority; review of response filed in Moore case forwarded by Todd Vandermyd; communication with team regarding status and developments. | 0.50 |
| Sep 22, 2011 | WNH | Communication with team regarding filing of Response to Motion for Leave to Cite Supplemental Authority; review of draft response to same and prepared comments back to Dave Thompson regarding same. | 1.30 |
| Sep 23, 2011 | WNH | Continued review of materials relative to response to motion to cite supplemental authority and communications with team regarding same and tended to filing of same with court. | 1.30 |

# Freeborn 

FREEBORN & PETERS LLP

3                          November 4, 2011

| | | | | 0.30 |
|---|---|---|---|---|

| Sep 26, 2011 | WNH | Tended to completion of filing of response to motion to cite supplemental authority. | 0.30 |
|---|---|---|---|
| Sep 29, 2011 | WNH | Review of recent Ezell decision finding case not moot given City's change to its ordinance and review of communications amongst team members regarding same | 0.50 |

### FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Howard, William N. | 6.50 | 475.00 | $3,087.50 |
| Wills, Garry L. | .80 ~~1.10~~ | 340.00 | ~~$374.00~~ ☜ 272.00 |
| TOTAL HOURS | 7.60 | | |
| TOTAL FEES | | | ~~$3,461.50~~ ☜ 3,359.50 |

### DISBURSEMENTS

| Aug 24, 2011 | WNH | Air Express Delivery Christopher Conte | 39.81 |
|---|---|---|---|
| Sep 12, 2011 | FIRM | Photocopying | 25.20 |
| Sep 16, 2011 | FIRM | Photocopying | 0.80 |
| Sep 22, 2011 | DO | Air Express Delivery Mary E Shepard 04539 | 37.05 |

### DISBURSEMENT SUMMARY

| Photocopying | 26.00 |
|---|---|
| Air Express Delivery | 76.86 |
| TOTAL DISBURSEMENTS | $102.86 |

**TOTAL FEES AND DISBURSEMENTS**          **$3,564.36**

c:\bills\558272.bll



**Freeborn**

FREEBORN & PETERS LLP

December 28, 2011

FEIN #36-3238755

Christopher Conte
National Rifle Assn/Institute for Legislative Action
11250 Waples Mill Rd.
Fairfax, VA  22939

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
Tel 312.360.6000

Statement No.   100053023

Re:       Illinois Concealed-Carry - Mary Shepard
          Client Matter ID No.  26457-0016

*Chicago*

*Springfield*

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED
THROUGH NOVEMBER 30, 2011:

| | |
|---|---:|
| FEES FOR THIS STATEMENT | $1,582.00 |
| DISBURSEMENTS | 2.30 |
| TOTAL AMOUNT OF CURRENT STATEMENT | 1,584.30 |
| BALANCE DUE | **$1,584.30** |

*PAYMENT DUE UPON RECEIPT.*
*INTEREST OF 1.5% PER MONTH WILL BE ADDED AFTER 30 DAYS*



# Freeborn

FREEBORN & PETERS LLP

2                              December 28, 2011

Statement No: 100053023

For professional services rendered with regard to:

Re: Illinois Concealed-Carry - Mary Shepard

| | | | |
|---|---|---|---|
| Nov 16, 2011 | GLW | Analyze the court's order making several rulings on pending matters (0.1); analyze the case file and confer with Bill Howard regarding the impact of the court's ruling on other pending issues and our go-forward strategy in light of the court's rulings (0.4). | 0.50 |
| Nov 16, 2011 | WNH | Review of Order entered by court relative to "docket control"; prepared email to clients regarding order and discussion of next steps; review of docket for purposes of conference call with clients. | 0.80 |
| Nov 17, 2011 | GLW | Conference call with co-counsel regarding the court's rulings and coordinating our strategy going-forward (0.3); begin researching the legal issue of de facto denial of a motion for a preliminary injunction (0.5). | 0.80 |
| Nov 17, 2011 | WNH | Follow-up on status of what needs to be filed and when pursuant to recent court order; prepared report to clients. | 1.30 |
| Nov 21, 2011 | WNH | Review of recent UUW case. | 0.30 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Howard, William N. | 2.40 | 475.00 | $1,140.00 |
| Wills, Garry L. | 1.30 | 340.00 | $442.00 |
| | | | |
| TOTAL HOURS | 3.70 | | |
| | | | |
| TOTAL FEES | | | $1,582.00 |



**FREEBORN & PETERS LLP**

3                        December 28, 2011

## DISBURSEMENTS

Nov 17, 2011      WNH      Telephone                                    2.30
                          RollCall

## DISBURSEMENT SUMMARY

            Telephone                                       2.30
                    TOTAL DISBURSEMENTS              $2.30

            **TOTAL FEES AND DISBURSEMENTS**        **$1,584.30**

2452598v1/26457-0016



# Freeborn

FREEBORN & PETERS LLP

February 29, 2012

FEIN #36-3238755

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois
60606-6677
Tel 312-360-6000
Fax 312-360-6520

Christopher Conte
National Rifle Association
11250 Waples Mill Rd.
Fairfax, VA  22939



*Chicago*

*Springfield*

Statement No.   100056460

Re:   <u>Illinois Concealed-Carry - Mary Shepard</u>
Client Matter ID No.  26457-0016

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED
THROUGH JANUARY 31, 2012:

| | |
|---|---:|
| PREVIOUS BALANCE | $0.00 |
| FEES FOR THIS STATEMENT | $427.50 |
| DISBURSEMENTS | $28.20 |
| **TOTAL AMOUNT OF CURRENT STATEMENT** | $455.70 |



**FREEBORN & PETERS LLP**

2                              February 29, 2012

Statement No: 100056460

For professional services rendered with regard to:

Re: <u>Illinois Concealed-Carry - Mary Shepard</u>

| Jan 17, 2012 | WNH | Conference call with team regarding status and developments. | 0.30 |
|---|---|---|---|
| Jan 23, 2012 | WNH | Communication amongst team members regarding status, timing and possible hearing or ruling dates. | 0.30 |
| Jan 26, 2012 | WNH | Conference call with Chris Conte regarding status and next steps in Southern District litigation. | 0.30 |

FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Howard, William N. | 0.90 | 475.00 | $427.50 |
| TOTAL HOURS | 0.90 | | |
| TOTAL FEES | | | <u>$427.50</u> |

DISBURSEMENTS

| Jan 9, 2012 | FIRM | Photocopying | 28.20 |
|---|---|---|---|

DISBURSEMENT SUMMARY

| Photocopying | 28.20 |
|---|---|
| TOTAL DISBURSEMENTS | <u>$28.20</u> |

**TOTAL FEES AND DISBURSEMENTS**            **$455.70**

c:\bills\567330.bil



# Freeborn

FREEBORN & PETERS LLP

April 10, 2012

FEIN #36-3238755

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois
60606-6677
Tel 312-360-6000
Fax 312-360-6520

Christopher Conte
National Rifle Assn.
11250 Waples Mill Rd.
Fairfax, VA 22939



*Chicago*

*Springfield*

Statement No. 100060494

Re: Illinois Concealed-Carry - Mary Shepard
Client Matter ID No. 26457-0016

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED
THROUGH FEBRUARY 29, 2012:

PREVIOUS BALANCE                                          $455.70

FEES FOR THIS STATEMENT                              $2,372.50
DISBURSEMENTS                                              $0.00

**TOTAL AMOUNT OF CURRENT STATEMENT**         $2,372.50



**Freeborn**

FREEBORN & PETERS LLP

2                                          April 10, 2012

Statement No: 100060494

For professional services rendered with regard to:

Re: <u>Illinois Concealed-Carry - Mary Shepard</u>

| Feb 3, 2012 | WNH | Telephone conference with Todd Vandermyde regarding status and decision in Moore; review of Moore decision and forwarded same to clients; correspondence with team regarding status and next steps. | 1.50 |
| Feb 5, 2012 | WNH | E-mail communication with team regarding status and nest steps. | 0.30 |
| Feb 6, 2012 | WNH | Follow-up with Court Clerk regarding status and next steps; review of motion to supplement filed by the IL Attorney General; communication with client regarding same and next steps. | 0.30 |
| Feb 6, 2012 | GLW | Analyze the motion to cite additional authority; analyze the decision in the Moore case and its impact on our case. | 0.50 |
| Feb 7, 2012 | WNH | Telephone conference with clerk regarding status, next steps and go forward plan for briefing of Motion to Supplement; telephone conference with Chris Conte regarding status, next steps, preparation of response to Motion to Supplement to provide court with responsive arguments to same, and related issues. | 0.50 |
| Feb 8, 2012 | WNH | Work on response to motion to cite supplemental authority; call to court clerk to advise of heads up that we are filing same; communication with team regarding same. | 1.50 |
| Feb 16, 2012 | WNH | Work on issues pertaining to press release and communications with client and Steve Halbrook regarding same. | 0.50 |



**FREEBORN & PETERS LLP**

3                                    April 10, 2012

FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Howard, William N. | 4.60 | 475.00 | $2,185.00 |
| Wills, Garry L. | 0.50 | 375.00 | $187.50 |
| TOTAL HOURS | 5.10 | | |
| | | | |
| TOTAL FEES | | | $2,372.50 |

**TOTAL FEES AND DISBURSEMENTS**          $2,372.50

c:\bills\571364.bil



**Freeborn**

FREEBORN & PETERS LLP

May 3, 2012

FEIN #36-3238755

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois
60606-6677
Tel 312-360-6000
Fax 312-360-6520

Christopher Conte
National Rifle Assn.
11250 Waples Mill Rd.
Fairfax, VA  22939



*Chicago*

*Springfield*

Statement No.   100061239

Re:     Illinois Concealed-Carry - Mary Shepard
         Client Matter ID No.  26457-0016

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED
THROUGH MARCH 31, 2012:

|  |  |
|---|---|
| PREVIOUS BALANCE | $2,372.50 |
| FEES FOR THIS STATEMENT | $5,082.50 |
| DISBURSEMENTS | $161.13 |
| **TOTAL AMOUNT OF CURRENT STATEMENT** | **$5,243.63** |



**FREEBORN & PETERS LLP**

2                                    May 3, 2012

Statement No: 100061239

For professional services rendered with regard to:

Re:  Illinois Concealed-Carry - Mary Shepard

| Feb 22, 2012 | WNH | Tended to issues pertaining to press request for interview of Mary Shepard; communications amongst team members relative to same. | 0.50 |
|---|---|---|---|
| ▮▮▮ | ▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ |
| ▮▮▮ | ▮▮ | Call with clerk regarding status; ▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮  0.20 |
| Feb 29, 2012 | WNH | Telephone conference with client regarding status; placed call to Clerk regarding status; report to client regarding status; checked Pacer system for docket entries. | 0.50 |
| Mar 2, 2012 | WNH | Telephone conference with Court Clerk regarding status and scheduling issues; telephone conference with Chris Conte regarding same. | 0.50 |
| Mar 5, 2012 | WNH | Review of Woollard decision with regard to intermediate scrutiny test; numerous discussions between and amongst team members relative to filing of notice to court of decision; review of Rule 28(f) to see if it is applicable to a district court proceeding; review of draft of notice letter to court; call to Court Clerk relative to supplementing with additional information from Woollard case; communication with client regarding submission of decision to court and other issues; commenced putting together bullet-point summary of case for submission of relevant items to court. | 1.80 |

# Freeborn

FREEBORN & PETERS LLP

3                                   May 3, 2012

| | | | |
|---|---|---|---|
| Mar 7, 2012 | WNH | Review of Wollard decision and consideration of mechanism to advise court of same; telephone conference with client regarding same; placed call to court clerk to see advice as to how to proceed; review of Fed. R. Civ. P. regarding proper procedure for supplementing brief in trial court; review of samples of Rule 28j motions to consider application to this situation; ███████████ | 1.50 |
| Mar 8, 2012 | WNH | Review of materials provided by client relative to new decision and consideration of impact on Shepard proceedings. | 0.50 |
| Mar 9, 2012 | WNH | Review of brief filed in Moore; examined communication from Todd Vandermyde regarding same. | 1.00 |
| Mar 20, 2012 | WNH | Follow-up with client and Mary Shepard regarding participation in related case as amicus and communication with clients and counsel regarding same. | 0.50 |
| Mar 21, 2012 | WNH | Review of communication from court to parties regarding open questions as a result of court order. | 0.30 |
| Mar 29, 2012 | WNH | Call to Clerk. | 0.30 |
| Mar 30, 2012 | WNH | Follow-up with client regarding status; follow-up with Clerk regarding same; commenced review of Wollard pleading; review of notice from court relative to decision; review of decision; numerous communications with team regarding same; call with clients to discuss outcome / result; communication amongst team members regarding status and next steps. | 1.50 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES | |
|---|---|---|---|---|
| Howard, William N. | ~~10.70~~ 9.1 | 475.00 | ~~$5,082.50~~ # 4,322.50 | |
| TOTAL HOURS | 10.70 | | | |
| | | | | |
| TOTAL FEES | | | ~~$5,082.50~~ # 4,322.50 | |



**FREEBORN & PETERS LLP**

4                                    May 3, 2012

## DISBURSEMENTS

| | | | |
|---|---|---|---|
| Feb 7, 2012 | WNH | Telephone<br>Conference Calls | 7.20 |
| Mar 8, 2012 | DO | Air Express Delivery<br>Clerk Of Circuit Court   Circuit Court Of Adams<br>County 09096 | 18.18 |
| Mar 9, 2012 | FIRM | Photocopying | 30.60 |
| Mar 13, 2012 | WNH | Other Outside Services<br>VENDOR: Clerk of the Circuit Court - Adams<br>Count; INVOICE#: 10MR4; DATE: 3/13/2012<br>Copies of various pleadings/briefs | 38.75 |
| Mar 30, 2012 | FIRM | Photocopying | 66.40 |

## DISBURSEMENT SUMMARY

| | |
|---|---|
| Photocopying | 97.00 |
| Air Express Delivery | 18.18 |
| Telephone | 7.20 |
| Other Outside Services | 38.75 |
| TOTAL DISBURSEMENTS | $161.13 |
| | |
| **TOTAL FEES AND DISBURSEMENTS** | **$5,243.63** |



**Freeborn**

FREEBORN & PETERS LLP

June 7, 2012

FEIN #36-3238755

Christopher Conte
National Rifle Assn/Institute for Legislative Action
11250 Waples Mill Rd.
Fairfax, VA  22939

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
Tel 312.360.6000

Statement No.   100063716

Re:    Illinois Concealed-Carry - Mary Shepard
       Client Matter ID No.  26457-0016

*Chicago*

*Springfield*

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED
THROUGH APRIL 30, 2012:

| | |
|---|---:|
| FEES FOR THIS STATEMENT | $12,435.00 |
| DISBURSEMENTS | 647.28 |
| TOTAL AMOUNT OF CURRENT STATEMENT | 13,082.28 |
| BALANCE DUE | **$13,082.28** |



*PAYMENT DUE UPON RECEIPT.*
*INTEREST OF 1.5% PER MONTH WILL BE ADDED AFTER 30 DAYS*



# Freeborn

FREEBORN & PETERS LLP

2                                    June 7, 2012

Statement No: 100063716

For professional services rendered with regard to:

Re:  <u>Illinois Concealed-Carry - Mary Shepard</u>

| | | | |
|---|---|---|---|
| Apr 2, 2012 | WNH | Communication with team regarding status and next steps; work on notice of appeal of decision from southern district; forwarded notice of appeal to clients and NRA; telephone conference with David Thompson regarding appellate brief logistics. | 1.30 |
| Apr 4, 2012 | WNH | Went through appeal check list for compliance and follow-through. | 0.30 |
| Apr 5, 2012 | WNH | Review of materials from Victor Quilici regarding empirical study information. | 0.80 |
| Apr 6, 2012 | GLW | Analyze the appellate rules and requirements regarding the docketing statement, the designation of the record, the certificate regarding the transcripts, etc; analyze the court's opinion and draft the docketing statement. | 1.50 |
| Apr 6, 2012 | WNH | Continued work in furtherance of appeal and work on related documentation regarding same; communication with Washington team regarding same and review of feedback and comments thereto; review of motion to suspend briefing filed by defendants; reported on same to clients; revised court documents given clients' input; review of communications from D.C. team regarding appearances. | 1.50 |
| Apr 9, 2012 | GLW | Confer with Bill Howard regarding the initial filings in the Seventh Circuit, and analyze the federal appellate rules and local rules regarding the procedures and requirements for the designation of the record, the jurisdictional statement, the disclosure statement, the transcript information sheet, etc.; draft and revise the initial filings in the Seventh Circuit, and coordinate the filing of same; analyze the defendants' motion to stay and the relevant rules regarding same). | 1.70 |

# Freeborn ⬛

FREEBORN & PETERS LLP

3                                    June 7, 2012

| Date | | Description | Hours |
|---|---|---|---|
| Apr 9, 2012 | WNH | Work on completing proper forms for filing; completed docketing entry listing; completed Docketing statement; communication with team regarding inclusion of Section 1343 in the Docketing Statement; communication with team regarding motion by State to suspend briefing and review of research regarding possible bases for a response and to press current schedule regardless of other firearms laws cases. | 1.50 |
| Apr 10, 2012 | WNH | Review of draft of 7th Circuit brief; participated in conference call; call to Mary regarding status of defendant / assailant; report to clients regarding same; respond to team regarding comments on brief; prepared comments on 7th Circuit draft brief; follow-up on locating whereabouts of assailant of Mary's and confirmation of his time behind bars; communication with clients regarding same; review of motion to hold in abeyance filed by defendants; review of draft of response to motion to hold in abeyance. | 4.80 |
| Apr 11, 2012 | WNH | Communication with team regarding filing of brief; finalized filing of brief. | 2.00 |
| Apr 13, 2012 | WNH | Review of notice from court and advised client and team relative to same. | 0.30 |
| Apr 20, 2012 | WNH | Review of amici brief filed by NRA and others in Shepard case. | 1.50 |
| Apr 23, 2012 | WNH | Examined notice from court regarding State's request for more time; report to client regarding same. | 0.30 |
| Apr 24, 2012 | WNH | Review of motion to consolidate appeals in Shepard and Moore and report to client regarding same seeking direction as to preparation of opposition or not; work on issues pertaining to preparation of a response to Motion to Consolidate; work on response to same; review of rules and case law relative to same; review of communications with team regarding arguments to be raised in response. | 4.00 |

# Freeborn

FREEBORN & PETERS LLP

4                                      June 7, 2012

| | | | |
|---|---|---|---|
| Apr 24, 2012 | GLW | Confer with Bill Howard regarding responding to the defendants' motion to consolidate; analyze the motion to consolidate and research case law relating to this issue, and devise and outline arguments for the opposition brief. | 4.30 |
| Apr 25, 2012 | WNH | Response to motion for consolidation work continued; communications with team relative to same, proper arguments to raise and revisions to brief. | 1.30 |
| Apr 25, 2012 | GLW | Analyze and edit the revised draft of the opposition to the motion to consolidate. | 0.10 |
| Apr 26, 2012 | WNH | Review of court order denying relief requested by state and others re extension of time and consolidation; report to clients regarding same. | 0.50 |
| Apr 26, 2012 | GLW | Analyze the court's order denying the motion to consolidate. | 0.10 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Howard, William N. | 20.10 | 475.00 | $9,547.50 |
| Wills, Garry L. | 7.70 | 375.00 | $2,887.50 |
| TOTAL HOURS | 27.80 | | |
| TOTAL FEES | | | $12,435.00 |

## DISBURSEMENTS

| | | | |
|---|---|---|---|
| Apr 11, 2012 | BH | Air Express Delivery Mary E Shepard 75207 | 35.24 |
| Apr 12, 2012 | FIRM | Photocopying | 549.00 |
| Apr 23, 2012 | FIRM | Photocopying | 2.40 |
| Apr 24, 2012 | FIRM | Computer Legal Research - Westlaw 04/12 Westlaw Charges - WILLS,GARRY L | 17.82 |



**FREEBORN & PETERS LLP**

5                                    June 7, 2012

Apr 24, 2012      FIRM      Computer Legal Research – Westlaw                42.82
                            04/12 Westlaw Charges - WILLS, GARRY L

**DISBURSEMENT SUMMARY**

Photocopying                                              551.40
Computer Legal Research – Westlaw                          60.64
Air Express Delivery                                       35.24
            TOTAL DISBURSEMENTS                          $647.28

**TOTAL FEES AND DISBURSEMENTS**                    **$13,082.28**

2655893v1/26457-0016



**Freeborn**

FREEBORN & PETERS LLP

June 27, 2012

FEIN #36-3238755

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois
60606-6677
Tel 312-360-6000
Fax 312-360-6520

Christopher Conte
National Rifle Assn.
11250 Waples Mill Rd.
Fairfax, VA  22939



*Chicago*

*Springfield*

Statement No.   100067936

Re:         Illinois Concealed-Carry - Mary Shepard
            Client Matter ID No.  26457-0016

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED
THROUGH MAY 31, 2012:

PREVIOUS BALANCE                                    $13,082.28

FEES FOR THIS STATEMENT                        $8,420.00
DISBURSEMENTS                                      $2,595.87

**TOTAL AMOUNT OF CURRENT STATEMENT**              $11,015.87



**Freeborn**

FREEBORN & PETERS LLP

2                                        June 27, 2012

Statement No: 100067936

For professional services rendered with regard to:

Re: <u>Illinois Concealed-Carry - Mary Shepard</u>

| | | | |
|---|---|---|---|
| May 9, 2012 | GLW | Analyze defendant's motion to join. | 0.10 |
| May 9, 2012 | WNH | Review of materials regarding oral argument; communications with team regarding same; commenced review of brief filed by State. | 1.30 |
| May 10, 2012 | WNH | Tended to amicus and appeal logistical issues and rules and review of communications regarding same. | 0.50 |
| May 11, 2012 | WNH | Tended to request for amicus and communications amongst team members regarding same. | 0.50 |
| May 14, 2012 | WNH | Tended to issues relating to consents of amici and communications amongst team members regarding same. | 0.50 |
| May 15, 2012 | GLW | Research and analyze prior briefing, case law, the relevant statutes, and the defendants' argument that the governor is not a proper party;  research the relevant legislative histories. | 3.60 |
| May 16, 2012 | WNH | Examined notices relative to amici briefs; compiled the materials to be in a position to ask questions of presenters in 7th Circuit arguments; review of potential questions that could be raised by court in 7th Clr discussions. | 1.50 |
| May 16, 2012 | GLW | Further research into the relevant legislative history of the relevant statutes and the amendments over time, including information from secondary sources, newspapers, law journals, etc; continue researching and analyzing the defendants' argument that the governor is not a proper party (4.5). | 4.60 |
| May 17, 2012 | WNH | Tended to securing information relative to the Coram case and communications with client regarding same; review of infringe/abridge materials from co-counsel. | 0.50 |

# Freeborn

**FREEBORN & PETERS LLP**

3                                     June 27, 2012

| | | | |
|---|---|---|---|
| May 17, 2012 | GLW | Continue researching the legislative history for the relevant statutes. | 1.00 |
| May 18, 2012 | GLW | Further research and analysis of source materials relating to the legislative history for the relevant statutes. | 0.60 |
| May 19, 2012 | GLW | Additional research into and analysis of legislative history and materials. | 0.70 |
| May 22, 2012 | WNH | Commenced review of draft of brief from co-counsel; review of comments suggested by Steve Halbrook; review of materials in response to questions posted by David Thompson regarding various issues. | 0.80 |
| May 22, 2012 | GLW | Confer with Bill Howard and draft memorandum detailing the results of the research into the proper parties and the legislative history (1.1); analyze the draft of the appellate response brief (1.0). | 2.10 |
| May 23, 2012 | WNH | Continued review of draft of brief from co-counsel and corresponded with team regarding waiver and governor as party issues and general work on logistics for filing of same. | 1.30 |
| May 24, 2012 | WNH | Review of Gura's brief in Moore case; provided brief to clients (Mary & Vic). | 0.80 |

FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Howard, William N. | 7.70 | 475.00 | $3,657.50 |
| Wills, Garry L. | 12.70 | 375.00 | $4,762.50 |
| TOTAL HOURS | 20.40 | | |
| TOTAL FEES | | | $8,420.00 |

# Freeborn ⬦

FREEBORN & PETERS LLP

4                                           June 27, 2012

## DISBURSEMENTS

| Date | | Description | Amount |
|------|------|------|------|
| May 10, 2012 | WNH | Air Express Delivery Mary E Shepard 32960 | 35.39 |
| May 10, 2012 | WNH | Air Express Delivery Christopher Conte 32960 | 38.03 |
| May 11, 2012 | FIRM | Photocopying | 141.80 |
| May 15, 2012 | FIRM | Computer Legal Research - Westlaw 05/12 Westlaw Charges -WILLS,GARRY L | 157.72 |
| May 15, 2012 | FIRM | Computer Legal Research - Westlaw 05/12 Westlaw Charges -WILLS,GARRY L | 369.89 |
| May 16, 2012 | LSB | Filing Fee VENDOR: American Express; INVOICE#: STMT05/16/12; DATE: 5/16/2012 04/02 Filing fee for Notice of Appeal | ~~455.00~~ |
| May 16, 2012 | FIRM | Computer Legal Research - Westlaw 05/12 Westlaw Charges -WILLS,GARRY L | 614.32 |
| May 17, 2012 | FIRM | Computer Legal Research - Westlaw 05/12 Westlaw Charges -WILLS,GARRY L | 12.47 |
| May 17, 2012 | FIRM | Computer Legal Research - Westlaw 05/12 Westlaw Charges -WILLS,GARRY L | 62.58 |
| May 17, 2012 | WNH | Air Express Delivery Christopher Conte 26922 | 75.44 |
| May 17, 2012 | DO | Air Express Delivery Stephen P Halbrook 26922 | 75.44 |
| May 24, 2012 | FIRM | Photocopying | ~~522.40~~  138.10 |
| May 24, 2012 | WNH | Air Express Delivery Mary E. Shepart 28991 | 35.39 |

## DISBURSEMENT SUMMARY

| | | |
|------|------|------|
| Photocopying | ~~664.20~~  279.90 | |
| Computer Legal Research - Westlaw | 1,216.98 | |
| Air Express Delivery | 259.69 | |
| Filing Fee | ~~455.00~~ | |
| **TOTAL DISBURSEMENTS** | ~~$2,595.87~~  $2,140.87 | |

**TOTAL FEES AND DISBURSEMENTS**           ~~$11,015.87~~  $10,560.87

o:\bills\578806.bil



**FREEBORN & PETERS LLP**

July 31, 2012

FEIN #36-3238755

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois
60606-6677
Tel 312-360-6000
Fax 312-360-6520

Christopher Conte
National Rifle Association
11250 Waples Mill Rd.
Fairfax, VA  22939



*Chicago*

*Springfield*

Statement No.   100069595

Re:          <u>Illinois Concealed-Carry – Mary Shepard</u>
             Client Matter ID No.  26457-0016

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED
THROUGH JUNE 30, 2012:

| | |
|---|---:|
| PREVIOUS BALANCE | $11,015.87 |
| FEES FOR THIS STATEMENT | $7,342.50 |
| DISBURSEMENTS | $85.25 |
| **TOTAL AMOUNT OF CURRENT STATEMENT** | $7,427.75 |



**FREEBORN & PETERS LLP**

2                                                    July 31, 2012

Statement No: 100069595

For professional services rendered with regard to:

Re: <u>Illinois Concealed-Carry - Mary Shepard</u>

| | | | |
|---|---|---|---|
| Jun 2, 2012 | WNH | Continued review of materials for moot court session. | 2.70 |
| Jun 3, 2012 | WNH | Continued review of materials to prepare for moot court session. | 7.00 |
| Jun 4, 2012 | WNH | Prepared for moot court session; participated in moot court session; review of case law to assist in discussions and prep for argument; communication with clients regarding update and status for oral argument. | 2.30 |
| Jun 4, 2012 | GLW | Research case law for the appellate oral argument. | 0.20 |
| Jun 7, 2012 | WNH | Work on arrangements for argument & attempt to determine panel and time for argument; work on preparation of materials for Pete Patterson. | 0.50 |
| Jun 8, 2012 | WNH | Appeared in court to monitor argument on appeal; post-argument conference with Todd Vandermyd and Christopher Conte regarding impressions of same; telephone conference with Mary Shepard regarding outcome of hearing; telephone conference with Victor Quilici regarding outcome of hearing. | 2.00 |
| Jun 12, 2012 | WNH | Review of notes from 7th Circuit argument and prepared version for client review / consideration . | 0.30 |
| Jun 27, 2012 | WNH | Examined notice of new appearance being filed on behalf of Lisa Madigan; review of gun crime statistics information in anticipation of possible remand from 7th Circuit to be used to show empirical data as identified by 7th Circuit in oral argument. | 0.50 |

# Freeborn 🠕

FREEBORN & PETERS LLP

3                                          July 31, 2012

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|------------|-------|------|------|
| Howard, William N. | 15.30 | 475.00 | $7,267.50 |
| Wills, Garry L. | 0.20 | 375.00 | $75.00 |
| TOTAL HOURS | 15.50 | | |

TOTAL FEES                                          $7,342.50

## DISBURSEMENTS

| Jun 7, 2012 | SLD | Local Messenger Delivery Renaissance Hotel 4925-959 | 6.05 |
| Jun 7, 2012 | FIRM | Photocopying | 79.20 |

## DISBURSEMENT SUMMARY

| Photocopying | 79.20 |
| Local Messenger Delivery | 6.05 |
| TOTAL DISBURSEMENTS | $85.25 |

**TOTAL FEES AND DISBURSEMENTS**                    $7,427.75

c:\bills\580465.bll



**Freeborn**

FREEBORN & PETERS LLP

August 31, 2012

FEIN #36-3238755

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois
60606-6677
Tel 312-360-6000
Fax 312-360-6520

Christopher Conte
National Rifle Assn.
11250 Waples Mill Rd.
Fairfax, VA  22939



*Chicago*

*Springfield*

Statement No.   100072805

Re:       Illinois Concealed-Carry - Mary Shepard
          Client Matter ID No.  26457-0016

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED
THROUGH JULY 31, 2012:

| | |
|---|---:|
| PREVIOUS BALANCE | $7,427.75 |
| FEES FOR THIS STATEMENT | $380.00 |
| DISBURSEMENTS | $0.00 |
| **TOTAL AMOUNT OF CURRENT STATEMENT** | **$380.00** |



**Freeborn**

FREEBORN & PETERS LLP

2                                              August 31, 2012

Statement No: 100072805

For professional services rendered with regard to:

Re: Illinois Concealed-Carry - Mary Shepard

| Jun 25, 2012 | WNH | Work on securing copy of digital oral argument before 7th Circuit; communication with clients regarding same. | 0.80 |
|---|---|---|---|

FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Howard, William N. | 0.80 | 475.00 | $380.00 |
| TOTAL HOURS | 0.80 | | |
| TOTAL FEES | | | $380.00 |

**TOTAL FEES AND DISBURSEMENTS**                    **$380.00**

o:\bills\583675.bil



**FREEBORN & PETERS LLP**

October 4, 2012

FEIN #36-3238755

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois
60606-6677
Tel 312-360-6000
Fax 312-360-6520

Christopher Conte
National Rifle Assn.
11250 Waples Mill Rd.
Fairfax, VA  22939



Statement No.   100075546

Re:          <u>Illinois Concealed-Carry - Mary Shepard</u>
             Client Matter ID No.  26457-0016

*Chicago*

*Springfield*

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED
THROUGH AUGUST 31, 2012:

| | |
|---|---:|
| PREVIOUS BALANCE | $380.00 |
| FEES FOR THIS STATEMENT | $417.50 |
| DISBURSEMENTS | $0.00 |
| **TOTAL AMOUNT OF CURRENT STATEMENT** | **$417.50** |



**Freeborn**

FREEBORN & PETERS LLP

2                                        October 4, 2012

Statement No: 100075546

For professional services rendered with regard to:

Re: Illinois Concealed-Carry - Mary Shepard

| | | | |
|---|---|---|---|
| Aug 6, 2012 | WNH | Telephone conference with Todd Vandermyde regarding status; follow-up with Docket contacts regarding same; follow-up with Court Clerk; prepared report to client regarding same. | 0.80 |
| Aug 31, 2012 | GLW | Call with the Illinois Rifle Association updating on the status of the case. | 0.10 |

FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Howard, William N. | 0.80 | 475.00 | $380.00 |
| Wills, Garry L. | 0.10 | 375.00 | $37.50 |
| TOTAL HOURS | 0.90 | | |

TOTAL FEES                                                   $417.50

**TOTAL FEES AND DISBURSEMENTS**          $417.50

c:\bills\586416.bil



**FREEBORN & PETERS LLP**

November 6, 2012

FEIN #36-3238755

Attorneys at Law

311 South Wacker Drive
Suite 3000
Chicago, Illinois
60606-6677
Tel 312-360-6000
Fax 312-360-6520

Christopher Conte
National Rifle Assn.
11250 Waples Mill Rd.
Fairfax, VA  22030



Statement No.   100077039

Re:   Illinois Concealed-Carry - Mary Shepard
Client Matter ID No.  26457-0016

Chicago

Springfield

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED
THROUGH SEPTEMBER 30, 2012:

| | |
|---|---:|
| PREVIOUS BALANCE | $797.50 |
| FEES FOR THIS STATEMENT | $112.50 |
| DISBURSEMENTS | $0.00 |
| **TOTAL AMOUNT OF CURRENT STATEMENT** | **$112.50** |

OUTSTANDING STATEMENT RECAP

| BILL DATE | BILL # | FEES | COSTS | PAID | BALANCE UNPAID |
|---|---|---|---|---|---|
| August 31, 2012 | 100072805 | 380.00 | 0.00 | 0.00 | 380.00 |
| October 4, 2012 | 100075546 | 417.50 | 0.00 | 0.00 | 417.50 |
| TOTAL OUTSTANDING A/R | | | | | $797.50 |
| **TOTAL OUTSTANDING AND CURRENT AMOUNTS** | | | | | **$910.00** |



**FREEBORN & PETERS LLP**

2                                    November 6, 2012

Statement No: 100077039

For professional services rendered with regard to:

Re:  Illinois Concealed-Carry - Mary Shepard

| Sep 6, 2012 | GLW | Analyze correspondence regarding the fee issue and e-mail opposing counsel with proposal for paying the fees and for handling the supplemental fees issue; follow up correspondence with co-counsel payment. | 0.30 |
| --- | --- | --- | --- |

FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
| --- | --- | --- | --- |
| Wills, Garry L. | 0.30 | 375.00 | $112.50 |
| TOTAL HOURS | 0.30 | | |
| TOTAL FEES | | | $112.50 |

**TOTAL FEES AND DISBURSEMENTS**          **$112.50**

c:\bills\587909.bll



**Freeborn**

FREEBORN & PETERS LLP

November 16, 2012

FEIN #36-3238755

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois
60606-6677
Tel 312-360-6000
Fax 312-360-6520

Christopher Conte
National Rifle Assn.
11250 Waples Mill Rd.
Fairfax, VA  22939



*Chicago*

*Springfield*

Statement No.   100081544

Re:   <u>Illinois Concealed-Carry - Mary Shepard</u>
Client Matter ID No.  26457-0016

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED
THROUGH OCTOBER 31, 2012:

| | |
|---|---:|
| PREVIOUS BALANCE | $112.50 |
| FEES FOR THIS STATEMENT | $142.50 |
| DISBURSEMENTS | $0.00 |
| **TOTAL AMOUNT OF CURRENT STATEMENT** | **$142.50** |



**Freeborn**

FREEBORN & PETERS LLP

2                              November 16, 2012

Statement No: 100081544

For professional services rendered with regard to:

Re: Illinois Concealed-Carry - Mary Shepard

| Oct 26, 2012 | WNH | Follow-up with court clerk regarding status of ruling. | 0.30 |

FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Howard, William N. | 0.30 | 475.00 | $142.50 |
| TOTAL HOURS | 0.30 | | |
| TOTAL FEES | | | $142.50 |

**TOTAL FEES AND DISBURSEMENTS**                $142.50

g:\bills\592414.bil



**FREEBORN & PETERS LLP**

January 10, 2013

FEIN #36-3238755

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois
60606-6677
Tel 312-360-6000
Fax 312-360-6520

Christopher Conte
National Rifle Assn.
11250 Waples Mill Rd.
Fairfax, VA  22939



*Chicago*

*Springfield*

Statement No.   100083700

Re:        Illinois Concealed-Carry - Mary Shepard
           Client Matter ID No.  26457-0016

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED
THROUGH NOVEMBER 30, 2012:

| | |
|---|---:|
| PREVIOUS BALANCE | $0.00 |
| FEES FOR THIS STATEMENT | $900.00 |
| DISBURSEMENTS | $0.00 |
| **TOTAL AMOUNT OF CURRENT STATEMENT** | **$900.00** |

*S.*



**Freeborn**

FREEBORN & PETERS LLP

2                                    January 10, 2013

Statement No: 100083700

For professional services rendered with regard to:

Re: Illinois Concealed-Carry - Mary Shepard

| Nov 26, 2012 | WNH | Review of most recent decision out of the 2d Circuit. | 0.20 |
| Nov 28, 2012 | GLW | Analyze the defendants' submission of supplemental authority along with the relevant recent decision. | 0.50 |
| Nov 28, 2012 | WNH | Review and analysis of Kachalsky case; communications with Chris Conte regarding same. | 1.00 |
| Nov 30, 2012 | WNH | Review of 28j letter to court and communication team regarding same. | 0.30 |

FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Howard, William N. | 1.50 | 475.00 | $712.50 |
| Wills, Garry L. | 0.50 | 375.00 | $187.50 |
| TOTAL HOURS | 2.00 | | |

TOTAL FEES                                          $900.00

**TOTAL FEES AND DISBURSEMENTS**            $900.00

o:\bills\594570.bll



# Freeborn

**FREEBORN & PETERS LLP**

January 15, 2013

FEIN #36-3238755

Christopher Conte
National Rifle Assn/Institute for Legislative Action
11250 Waples Mill Rd.
Fairfax, VA  22939

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
Tel 312.360.6000

Statement No.    100085062

Re:       <u>Illinois Concealed-Carry - Mary Shepard</u>
          Client Matter ID No.  26457-0016

*Chicago*

*Springfield*

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED
THROUGH DECEMBER 31, 2012:

FEES FOR THIS STATEMENT                          $2,877.50
DISBURSEMENTS                                        26.80

TOTAL AMOUNT OF CURRENT STATEMENT                 2,904.30

BALANCE DUE                                      <u>**$2,904.30**</u>



*PAYMENT DUE UPON RECEIPT.*
*INTEREST OF 1.5% PER MONTH WILL BE ADDED AFTER 30 DAYS*

# Freeborn

FREEBORN & PETERS LLP

2                          January 15, 2013

Statement No: 100085062

For professional services rendered with regard to:

Re:  Illinois Concealed-Carry - Mary Shepard

| Dec 11, 2012 | GLW | Analyze the appellate decision reversing the trial court and remanding the case. | 1.80 |
| Dec 11, 2012 | WNH | Review of court order / decision on case; telephone conference with clients regarding same; consideration of next steps given 180 day stay of enforcement. | 2.00 |
| Dec 14, 2012 | GLW | Further analyze the Seventh Circuit's decision, and analyze the briefs to determine whose briefs cited the empirical evidence relied on by the court. | 0.80 |
| Dec 17, 2012 | GLW | Confer with Bill Howard, and further analyze the briefs to determine which ones cited to the empirical studies included in the court's decision; analyze the defendants' motion for an extension of time to petition for a rehearing. | 0.30 |
| Dec 17, 2012 | WNH | Follow-up on citations to studies. | 0.30 |
| Dec 18, 2012 | GLW | Research the relevant procedural rules to determine the effect that the request for an extension of time and that a potential petition for a rehearing will have on the issuance of the mandate; draft an outline of the research results. | 0.80 |
| Dec 18, 2012 | WNH | Examined notice from court allowing extension of time; examined communication from client regarding impact on extension on the 180 day timeframe for new legislation. | 0.30 |
| Dec 19, 2012 | GLW | Analyze the draft bill of costs and the relevant procedural rules. | 0.20 |
| Dec 19, 2012 | WNH | Communication with clients regarding status and strategy and potential impact of additional maneuvers by IL and others; follow-up on media and articles with regard to possible steps that will be taken by the State in response to ruling and related matters. | 0.30 |

# Freeborn

FREEBORN & PETERS LLP

3                                    January 15, 2013

| Dec 26, 2012 | GLW | Analyze the draft motion for a rehearing and begin preparing same fore potential filing. | 0.10 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Howard, William N. | 2.90 | 475.00 | $1,377.50 |
| Wills, Garry L. | 4.00 | 375.00 | $1,500.00 |
| TOTAL HOURS | 6.90 | | |
| TOTAL FEES | | | $2,877.50 |

## DISBURSEMENTS

| Dec 11, 2012 | FIRM | Photocopying | 23.20 |
| Dec 26, 2012 | FIRM | Photocopying | 3.60 |

## DISBURSEMENT SUMMARY

| Photocopying | 26.80 |
| TOTAL DISBURSEMENTS | $26.80 |

**TOTAL FEES AND DISBURSEMENTS**                    **$2,904.30**

2786112v1/26457-0016



**FREEBORN & PETERS LLP**

February 22, 2013

FEIN #36-3238755

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois
60606-6677
Tel 312-360-6000
Fax 312-360-6520

Christopher Conte
National Rifle Assn.
11250 Waples Mill Rd.
Fairfax, VA  22939



*Chicago*

*Springfield*

Statement No.   100088274

Re:      Illinois Concealed-Carry - Mary Shepard
         Client Matter ID No.  26457-0016

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED
THROUGH JANUARY 31, 2013:

PREVIOUS BALANCE                                          $0.00

FEES FOR THIS STATEMENT                              $3,536.50
DISBURSEMENTS                                           $22.30

**TOTAL AMOUNT OF CURRENT STATEMENT**              $3,558.80



FREEBORN & PETERS LLP

2                              February 22, 2013

Statement No: 100088274

For professional services rendered with regard to:

Re: Illinois Concealed-Carry - Mary Shepard

| Jan 7, 2013 | WNH | Tended to issues regarding possible filing of amici and communications amongst all counsel relative to same. | 0.50 |
| Jan 8, 2013 | GLW | Analyze the motion for a rehearing en banc, as well as the amici briefs in support of the motion for a rehearing; confer with Bill Howard regarding the strategy for responding; analyze the applicable federal and seventh circuit procedural rules relating to the . | 1.80 |
| Jan 8, 2013 | WNH | Review of notice of motion for rehearing en banc; telephone conference with Todd Vandermyde regarding same; review of communications from client relative to same; commenced review of motion for rehearing; commenced review of City amicus. | 1.30 |
| Jan 9, 2013 | GLW | Analyze Livesy's motion to join and the order regarding filing a response brief. | 0.10 |
| Jan 9, 2013 | WNH | Review of materials issued today with regard to en banc; communication with team regarding same and next steps. | 0.30 |
| Jan 10, 2013 | WNH | Review of notices from court; review of brief and communication with client regarding same. | 0.50 |
| Jan 22, 2013 | GLW | Analyze the draft response in opposition to the petition for a rehearing en banc. | 0.40 |
| Jan 23, 2013 | WNH | Review of draft of brief and communication with team regarding same. | 0.80 |
| Jan 24, 2013 | GLW | Analyze Moore's brief in opposition to the petition for rehearing en banc. | 0.40 |
| Jan 24, 2013 | WNH | Communication with D.C. counsel regarding disclosure statement; tended to issues regarding disclosure statement; begin review of Moore en banc opposition. | 1.30 |



**FREEBORN & PETERS LLP**

|  | 3 | February 22, 2013 |
|---|---|---|

| Jan 29, 2013 | WNH | Conferences with Mary Shepard, Chris Conte and Todd Vandermyde regarding avoidance of interviews, taping and public comment during pendency of en banc proceedings. | 0.50 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Howard, William N. | 5.20 | 475.00 | $2,470.00 |
| Wills, Garry L. | 2.70 | 395.00 | $1,066.50 |
| TOTAL HOURS | 7.90 | | |
| TOTAL FEES | | | $3,536.50 |

## DISBURSEMENTS

| Dec 7, 2012 | WNH | Telephone Conference Call 1910890 | 7.90 |
| Jan 8, 2013 | FIRM | Photocopying | 14.40 |

## DISBURSEMENT SUMMARY

| Photocopying | 14.40 |
| Telephone | 7.90 |
| TOTAL DISBURSEMENTS | $22.30 |

**TOTAL FEES AND DISBURSEMENTS**     **$3,558.80**

c:\bills\599144.bil



# Freeborn

FREEBORN & PETERS LLP

March 13, 2013

FEIN #36-3238755

Christopher Conte
National Rifle Assn/Institute for Legislative Action
11250 Waples Mill Rd.
Fairfax, VA 22939

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
Tel 312.360.6000

Statement No.   100091963

Re:   Illinois Concealed-Carry - Mary Shepard
Client Matter ID No.   26457-0016

*Chicago*

*Springfield*

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED THROUGH FEBRUARY 28, 2013:

| | |
|---|---:|
| FEES FOR THIS STATEMENT | $4,505.00 |
| DISBURSEMENTS | 564.97 |
| TOTAL AMOUNT OF CURRENT STATEMENT | 5,069.97 |
| BALANCE DUE | $5,069.97 |



*PAYMENT DUE UPON RECEIPT.*
*INTEREST OF 1.5% PER MONTH WILL BE ADDED AFTER 30 DAYS*

2822107v1
12/9/13 3:38 PM

# Freeborn 

FREEBORN & PETERS LLP

|  |  |
|---|---|
| 2 | March 13, 2013 |

Statement No: 100091963

For professional services rendered with regard to:

Re: <u>Illinois Concealed-Carry - Mary Shepard</u>

| | | | |
|---|---|---|---|
| Feb 1, 2013 | WNH | Telephone conference with Mary Shepard and follow-up with Chris Conte regarding Congressional Hearings. | 0.30 |
| Feb 4, 2013 | WNH | Follow-up with Steven Aaron of NRA federal regarding next steps with respect to Mary Shepard testimony before Congressional Sub-committee; communication via email and call with Mary Shepard to advise of status. | 0.50 |
| Feb 8, 2013 | GLW | Research and analyze the right to privacy under the Illinois constitution and the scope of the constitutional protects. | 1.90 |
| Feb 11, 2013 | WNH | Follow-up on status of en banc. | 0.30 |
| Feb 13, 2013 | GLW | Continue researching and analyzing case law delineating the boundaries of the Illinois constitutional right against invasions of privacy. | 0.80 |
| Feb 14, 2013 | GLW | Complete research in to privacy issues and draft memorandum detailing same. | 1.10 |
| Feb 14, 2013 | WNH | Preparation of materials to be sent to Todd Vandermyde with regard to privacy issues. | 0.30 |
| Feb 18, 2013 | WNH | Telephone conference with Mary Shepard regarding status and next steps | 0.30 |
| Feb 20, 2013 | GLW | Analyze statements by the state's attorney challenging the enforceability of the Seventh Circuit's ruling; research and analyze case law supporting the enforceability of the appellate decision; research the distinction between the precedential value versus the enforceability of a federal court's decision; research collateral estoppel issues; confer with Bill Howard regarding the results of the research and analysis. | 3.90 |

2822107v1
12/9/13 3:38 PM

# Freeborn ◢

FREEBORN & PETERS LLP

3                               March 13, 2013

| | | | |
|---|---|---|---|
| Feb 20, 2013 | WNH | Multiple conversations with Victor Quilici regarding status of informational hearings in Springfield and related matters; communication with NRA and lobbyist relative to same. | 0.30 |
| Feb 21, 2013 | GLW | Further research to support the enforceability of the federal appellate court's order; draft an outline of the results of same. | 0.80 |
| Feb 22, 2013 | GLW | Analyze the denial of the petition for a rehearing; analyze the relevant federal and local rules regarding the issuance of the mandate, and effect of a petition for certiorari, etc. | 0.50 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Howard, William N. | 2.00 | 475.00 | $950.00 |
| Wills, Garry L. | 9.00 | 395.00 | $3,555.00 |
| TOTAL HOURS | 11.00 | | |
| TOTAL FEES | | | $4,505.00 |

## DISBURSEMENTS

| | | | |
|---|---|---|---|
| Feb 8, 2013 | FIRM | Computer Legal Research - Westlaw 02/13 Westlaw Charges - WILLS,GARRY L | 563.17 |
| Feb 22, 2013 | FIRM | Photocopying | 1.80 |

## DISBURSEMENT SUMMARY

| | |
|---|---|
| Photocopying | 1.80 |
| Computer Legal Research - Westlaw | 563.17 |
| TOTAL DISBURSEMENTS | $564.97 |

**TOTAL FEES AND DISBURSEMENTS**                    $5,069.97

2822107v1
12/9/13 3:38 PM



## Locke
## Lord
**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Christopher Conte                                           April 19, 2013
National Rifle Association                          Invoice No.: 998707
11250 Waples Mill Rd.
Fairfax, VA 22030

Total amount due for the legal services rendered in connection with the
referenced matter through March 31, 2013                    $3,114.00

File Number:   1006337.00001
RE:   Illinois Concealed Carry Law

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 03/13/13 | WNH | Review of communication and attachment from client relative to Governor's desire to have Moore decision appealed. | 0.30 |
| 03/19/13 | JC | Research home rule powers under Illinois Constitution. | 1.50 |
| 03/20/13 | WNH | Call with Mary Shepard regarding status and request for permission to participate in conference; correspondence with Chris Conte regarding conversation with Mary Shepard and approval for discussions with Brownell; follow-up on issues related to home rule and how we can use limitations on home rule / state law dichotomy to our advantage to challenge likely new statute. | 1.30 |
| 03/21/13 | JC | Research home rule powers under Illinois Constitution. | 2.10 |
| 03/22/13 | WNH | Review of materials from decision in Woollard to determine if any applicability to our decision and in anticipation of IL legislature's revision of the law; review of new criminal court decision regarding declaration of IL statute as unconstitutional. | 0.80 |
| 03/26/13 | WNH | Review of recent criminal court decisions misinterpreting the 7th circuit precedent in Shepard and Moore; communication with Todd Vandermyd regarding same. | 0.50 |
| 03/28/13 | WNH | Telephone conference with Michael Bennett of Appellate Defender's Office regarding offer to assist in matter; he confirmed they are seeking a Petition for Rehearing; prepared report to client regarding same. | 0.50 |

National Rifle Association; Mary Shepard; Illinois State
File No.:  1006337.00001

Invoice Date: April 19, 2013
Invoice No.:  998707
Page:  2

---

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | **TOTAL HOURS** | **7.00** |
| | | **TOTAL FEES** | **$3,114.00** |

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| W. N. Howard | Partner | 450.00 | 3.40 | 1,530.00 |
| J. Costello | Counsel | 440.00 | 3.60 | 1,584.00 |
| **TIMEKEEPER TOTALS** | | | **7.00** | **$3,114.00** |
| **TOTAL BALANCE DUE** | | | | **$3,114.00** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call W. N. Howard of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above.  It does not include the unpaid balance of any prior statement.)



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Christopher Conte
National Rifle Association
11250 Waples Mill Rd.
Fairfax, VA 22030

April 19, 2013
Invoice No.: 998707

---

**REMITTANCE ADVICE**

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through March 31, 2013

      File Number:   1006337.00001
             RE:   Illinois Concealed Carry Law

Total Fees ................................................................................$3,114.00

**Total Due this Statement**...............................................................**$3,114.00**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call W. N. Howard of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

National Rifle Association
11250 Waples Mill Rd.
Fairfax, VA 22030

June 26, 2013
Invoice No.: 1010806

Total amount due for the legal services rendered in connection with the
referenced matter through May 31, 2013                          <u>$855.00</u>

File Number:   1006337.00001
RE:   Illinois Concealed Carry Law

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/06/13 | WNH | Discussions with David Thompson and Todd Vandermyde regarding possible challenges to County ordinances given Shepard / Moore decision; discussion with Todd Vandermyde and Chris Conte regarding same; review of Sup. Ct. decision granting IL-AG request for more time. | 0.80 |
| 05/23/13 | WNH | Review of proposed bill from IL legislature; discussions with David Thompson and Pete Patterson regarding same. | 0.50 |
| 05/24/13 | WNH | Telephone conference with Mary Shepard regarding request of Mike Rowe for comment with regard to proposed concealed carry bill. | 0.30 |
| 05/28/13 | WNH | Follow-up with 7th Circuit and District Court regarding any filing by the State with regard to legislative action, delay or other tactics. | 0.30 |
| | | **TOTAL HOURS** | **1.90** |
| | **TOTAL FEES** | | **$855.00** |

-----------------------------   **BILLING PROFESSIONALS**   -----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| W. N. Howard | Partner | 450.00 | 1.90 | 855.00 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

National Rifle Association
File No.:  1006337.00001

Invoice Date: June 26, 2013
Invoice No.:  1010806
Page:  2

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| **TIMEKEEPER TOTALS** | | | **1.90** | **$855.00** |
| **TOTAL BALANCE DUE** | | | | **$855.00** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call W. N. Howard of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above.  It does not include the unpaid balance of any prior statement.)



## Locke Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

National Rifle Association
11250 Waples Mill Rd.
Fairfax, VA 22030

June 26, 2013
Invoice No.: 1010806

---



### REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through May 31, 2013

    File Number:   1006337.00001
    RE:   Illinois Concealed Carry Law

Total Fees ........................................................................$855.00

**Total Due this Statement**........................................................**$855.00**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call W. N. Howard of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above.  It does not include the unpaid balance of any prior statement.)



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

National Rifle Association
11250 Waples Mill Rd.
Fairfax, VA 22030

July 24, 2013
Invoice No.: 1015884

Total amount due for the legal services rendered and expenses incurred in connection with the referenced matter through June 30, 2013

$16,488.81

File Number:   1006337.00001
RE:   Illinois Concealed Carry Law

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/03/13 | WNH | Review of motion for additional time from IL AG; telephone conference with Todd Vandermyde regarding same and work toward securing more background re timing issues of legislature and our review of draft bill. | 0.30 |
| 06/04/13 | WNH | Communication with DC counsel regarding response to Motion for Extension of Time; review of timeline supplied by Todd Vandermyde; review of opposition filed by Gura; discussions amongst team regarding status and next steps including contact with Judge Posner's clerk; telephone conference with Mary Shepard regarding same; review of order from Posner granting extension; follow-up conversation with Todd Vandermyde regarding same. | 2.80 |
| 06/04/13 | WNH | Review of communication from opposing counsel regarding status conference, change in same and need for joint status report to court. | 0.30 |
| 06/04/13 | KLG | Research and review of Illinois news articles and publications regarding Gov. Quinn comments on IL concealed carry law for response to request for extension of stay of mandate | 1.20 |
| 06/05/13 | WNH | Follow-up with group regarding status, developments and next steps. | 0.30 |
| 06/06/13 | WNH | Telephone conference with David Thompson regarding legal research into delay built into legislation and propriety of same; continued work on same. | 1.30 |

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Hong Kong ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

National Rifle Association
File No.:  1006337.00001

Invoice Date: July 24, 2013
Invoice No.:  1015884
Page: 2

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/06/13 | WNH | Examined electronic notice from court regarding filings, status and court dates being stricken and reset; communication with Pete Patterson and David Thompson regarding same. | 0.30 |
| 06/06/13 | KLG | Legal research and review of 50 state law related to invalidating IL legislative extension of court stay of mandate | 1.20 |
| 06/07/13 | WNH | Strategy discussions with Keith Gibson regarding ways to attack statute passed by legislature; review of caselaw regarding same. | 2.00 |
| 06/07/13 | WNH | Examined communications relating to timing of responses and related matters. | 0.30 |
| 06/07/13 | KLG | Continued detailed and extensive legal research and review of 50 state case law on issue related to IL legislature extension of court stay of mandate | 6.50 |
| 06/12/13 | WNH | Review of Randolph County local ordinance allowing concealed carry; review of Blair Holt statute; review of case law relative to legislature's ability to circumvent timing established by court. | 1.30 |
| 06/14/13 | WNH | Discussion with Victor Quilici regarding status of law and related matters. | 0.30 |
| 06/14/13 | KLG | Continued legal research of 50 state case law regarding legislature extension of court stay of mandate | 2.20 |
| 06/17/13 | WNH | Review of Application for Second Extension of time to file petition for writ of certiorari; communications with team regarding same; review of case law with regard to ability of legislature to circumvent mandated time frame from court; report to David Thompson regarding same. | 1.80 |
| 06/17/13 | KLG | Prepare detailed email analyzing research regarding legislative attempt to extend stay of mandate | 1.30 |
| 06/18/13 | WNH | Review of communications from co-counsel and client regarding Madigan's request for additional time to file petition for writ of certiorari; communication with Mary Shepard regarding same; communication with group regarding any relationship between continued requests for extensions on writ and legislation and Governor's delay in processing, etc. | 0.80 |
| 06/19/13 | WNH | Follow-up on various counties' decisions with regard to prosecution of UUW and AUUW statutes. | 0.30 |
| 06/26/13 | WNH | Review of various articles with regard to actions of various municipalities regarding assault weapons and state conceal-carry law. | 0.30 |
| 06/27/13 | WNH | Review of draft of response to motion to dismiss and communication with David Thompson regarding same. | 1.00 |

National Rifle Association
File No.:  1006337.00001

Invoice Date: July 24, 2013
Invoice No.:  1015884
Page: 3

---

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | **TOTAL HOURS** | **25.80** |
| | | **TOTAL FEES** | **$11,300.00** |

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| W. N. Howard | Partner | 450.00 | 13.40 | 6,030.00 |
| K. L. Gibson | Senior Counsel | 425.00 | 12.40 | 5,270.00 |
| **TIMEKEEPER TOTALS** | | | **25.80** | **$11,300.00** |

| DATE | EXPENSES | VALUE |
|------|----------|-------|
| | Long Distance Calls | 4.23 |
| | Photocopies | 42.60 |
| | PACER Online Research | 1.60 |
| | Binding Supplies | 1.75 |
| | Westlaw Research | 3,883.63 |
| 06/19/13 | Business expense of - Bill Howard - Complaint filing fee | 400.00 |
| | TOTAL EXPENSES | $4,333.81 |

| | |
|---|---|
| TOTAL FEES | $11,300.00 |
| TOTAL EXPENSES | $4,333.81 |
| TOTAL FEES AND EXPENSES | $15,633.81 |
| BALANCE DUE FROM PREVIOUS STATEMENT | $855.00 |
| **TOTAL BALANCE DUE** | **$16,488.81** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX  77002

Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call W. N. Howard of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above.  It does not include the unpaid balance of any prior statement.)



# Locke Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

National Rifle Association
11250 Waples Mill Rd.
Fairfax, VA 22030

July 24, 2013
Invoice No.: 1015884

---

## REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through June 30, 2013



File Number: 1006337.00001
RE: Illinois Concealed Carry Law

Total Fees ............................................................................... $11,300.00

Total Expenses ....................................................................... $4,333.81

**Total Due this Statement** ................................................... **$15,633.81**

Balance Due from Previous Statement ................................... $855.00

**Total Balance Due** ............................................................. **$16,488.81**

PLEASE REMIT PAYMENT:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call W. N. Howard of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above.  It does not include the unpaid balance of any prior statement.)



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

National Rifle Association
11250 Waples Mill Rd.
Fairfax, VA 22030

September 30, 2013
Invoice No.: 1028553

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through August 31,
2013



File Number:   1006337.00001
RE:   Illinois Concealed Carry Law

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/08/13 | WNH | Follow-up with Todd Vandermyde regarding developments in legislature; participated in conference call with all to discuss status and next steps. | 1.00 |
| 07/08/13 | KLG | Conference with B. Howard regarding strategy for response to Illinois legislative action and Firearm Concealed Carry Act | 0.40 |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Hong Kong ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

National Rifle Association
File No.: 1006337.00001

Invoice Date: September 30, 2013
Invoice No.: 1028553
Page: 2

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|



07/12/13   KLG   Review of file materials regarding status of collection of costs
                 per court order                                                  0.40

National Rifle Association
File No.: 1006337.00001

Invoice Date: September 30, 2013
Invoice No.: 1028553
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|



07/18/13   KLG   Review of Federal Rules and case law regarding analysis of timing for filing attorneys fees petition   0.40

National Rifle Association
File No.: 1006337.00001

Invoice Date: September 30, 2013
Invoice No.: 1028553
Page: 4



| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/31/13 | KLG | Preparation of draft motion to extend time to file claim for attorneys fees | 0.60 |
| 07/31/13 | KLG | Telephone calls with defendants' counsel regarding extension of time to file briefs for attorneys' fees | 0.40 |
| 08/02/13 | KLG | Continued preparation of draft motion to extend time to file briefs regarding attorneys fees; prepare email to attorney P. Patterson regarding review of same | 1.20 |

National Rifle Association
File No.: 1006337.00001

Invoice Date: September 30, 2013
Invoice No.: 1028553
Page: 5

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | ███████████████████████████ | |
| 08/05/13 | KLG | Exchange emails with IL Attorney General (Corrigan) regarding status of payment of costs as ordered by mandate | 0.20 |
| 08/05/13 | KLG | Exchange emails with counsel Patterson regarding status of bill of costs and motion to extend time | 0.20 |
| | | ███████████████████████████ | ███ |
| | | ███████████████████████████ | ███ |
| 08/07/13 | KLG | Review court order regarding motion for extension of time to file fees and costs briefs | 0.20 |
| | | ███████████████████████████ | ███ |
| | | ███████████████████████████ | ███ |
| 08/12/13 | KLG | Continued preparation of motion for extension of time regarding filing attorneys fees request | 0.60 |
| 08/12/13 | KLG | Exchange emails with opposing counsel regarding draft motion for extension regarding attorneys fees | 0.30 |
| | | ███████████████████████████ | ███ |
| | | ███████████████████████████ | ███ |

National Rifle Association
File No.: 1006337.00001

Invoice Date: September 30, 2013
Invoice No.: 1028553
Page: 6

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|



National Rifle Association
File No.: 1006337.00001

Invoice Date: September 30, 2013
Invoice No.: 1028553
Page: 7

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | ██████████████ | |

███████████████████████████████████

------------------------------ BILLING PROFESSIONALS ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| W. N. Howard | Partner | 450.00 | ███ 1.0 | ██████ $450.00 |
| ██████████████████████████████ | | | | |
| K. L. Gibson | Senior Counsel | 425.00 | ████ 4.90 | ████ $2082.50 |
| ████████████████████████████ | | | | |
| **TIMEKEEPER TOTALS** | | | ████ 5.90 | ███ $2532.50 |



National Rifle Association
File No.: 1008337.00001

Invoice Date: September 30, 2013
Invoice No.: 1028553
Page: 8

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call W. N. Howard of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)



Locke
Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

National Rifle Association
11250 Waples Mill Rd.
Fairfax, VA 22030

September 30, 2013
Invoice No.:  1028553



**Via US Mail:**
Locke Lord LLP
24269 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call W. N. Howard of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above.  It does not include the unpaid balance of any prior statement.)

# EXHIBIT C

# Freeborn & Peters LLP

June 14, 2011

FEIN #36-3238755

Attorneys at Law

311 South Wacker Drive
Suite 3000
Chicago, Illinois
60606-6677
Tel 312-360-6000
Fax 312-360-6520





Statement No. 

Chicago

Springfield

Re:

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED
THROUGH APRIL 30, 2011:

PREVIOUS BALANCE                                        $0.00

FEES FOR THIS STATEMENT
DISBURSEMENTS

**TOTAL AMOUNT OF CURRENT STATEMENT**

Freeborn & Peters LLP

4                                    June 14, 2011

FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Howard, William N. | 17.40 | 545.00 | $9,483.00 |
| ██████████ | | | ██████ |
| TOTAL HOURS | ██ | ██████ | |
| | ██ | | |

TOTAL FEES                                    ███████

██████████

██████    ████    ██████                ██████

███████████████

Photocopying      ████████████                ████
                                              ████

**TOTAL FEES AND DISBURSEMENTS**            ██████

c:\bills\545603.bil



111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

April 19, 2013
Invoice No.: 998704



Total amount due for the legal services rendered and expenses incurred in connection with the referenced matter through March 31, 2013

Invoice Date: April 19, 2013
Invoice No.: 998704
Page: 2



------------------------------ **BILLING PROFESSIONALS**  ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| W. N. Howard | Partner | 545.00 | ███ | ██████ |
| **TIMEKEEPER TOTALS** | | | ███ | ██████ |



Invoice Date: April 19, 2013
Invoice No.:  998704
Page:  3



**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call W. N. Howard of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above.  It does not include the unpaid balance of any prior statement.)



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324



April 19, 2013
Invoice No.:  998704



**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call W. N. Howard of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above.  It does not include the unpaid balance of any prior statement.)

# EXHIBIT D





### Garry L. Wills
Partner

(312) 360-6721 direct
(312) 360-6520 fax

gwills@freeborn.com

#### CORE VALUES IN ACTION

**"At Freeborn, we demand creativity and excellence of ourselves and each other.  A cornerstone of our legal services is addressing that client's particular needs in an efficient and effective manner.  Providing value above and beyond that offered by other law firms allows us to achieve a better future for our clients."**

Garry L. Wills is a Partner in the Firm's Litigation Practice Group.

Garry's experience includes pre-trial, trial, and appellate work in a wide range of state and federal commercial matters, including U.C.C. disputes, breach of contract cases, employment litigation, fraud and defamation.

Some of Garry's clients include medium and large corporations, banks, individual corporate officers and directors, and condominium associations.  He has represented clients in state and federal courts throughout the United States and has argued before the Illinois Supreme Court.

Previously, Garry served as an Extern for U.S. District Court Judge Milton I. Shadur of the Northern District of Illinois.

#### REPRESENTATIVE MATTERS

Defeated at the summary-judgment stage claims of a conspiracy to defraud where the plaintiff was seeking damages in excess of half a billion dollars.

Successfully defended investment managers for a trust company from series of claims based upon lack of suitability of investments - involving detailed analysis of the prudent investor rule and the duty to diversify – winning both cases on dispositive motions prior to trial.

Prosecuted multi-million dollar dispute over sale of defective goods.

Successfully achieved summary judgment in a retaliatory termination claim in which the plaintiff was seeking several hundred thousands of dollars in damages.

Second-chaired successful trial for breach of commercial contract, and obtained a judgment of several hundred thousand dollars in damages.

Succeeded at both the trial and appellate levels in case of first impression under the Illinois Condominium Property Act.

#### PRACTICE AREAS

Litigation

General Commercial Litigation

#### EDUCATION

J.D., Northwestern University School of Law, *cum laude*
*Northwestern Journal of International Law and Business*

M.A., Northwestern University

B.A., Yale

SHARE    Share    Share

### STATE BAR ADMISSIONS

Illinois

### FEDERAL BAR ADMISSIONS

United States District Courts for the Northern District of Illinois, Eastern District of Michigan and Eastern District of
Wisconsin

### PROFESSIONAL ACTIVITIES

Illinois Appellate Lawyers Association

### RECENT PUBLICATIONS

Co-Author, *IICLE (Illinois Institute of Continuing Legal Education), Business and Commercial Litigation*, chapter on
Document Production and Organization (2013 Edition).

Co-Author, *IICLE (Illinois Institute of Continuing Legal Education), Contract Law, Effectiveness*: chapter on Introduction and
Essentials of Contract Formation (2008 and 2013 Editions).

© 2013 Freeborn & Peters LLP
All Rights Reserved.

# EXHIBIT E

# Locke Lord LLP



## JOHN COSTELLO
COUNSEL

John Costello focuses his practice on federal and state regulatory compliance. He has substantial experience in handling single and multi-state State Attorney General investigations and litigation. He has also worked with state attorneys general and their organization, the National Association of Attorneys General (NAAG), and their standing committees as well as various task forces. His practice involves providing the advice and counsel that businesses and individuals need to navigate the complexities of regulatory oversight, ranging from compliance to impacting legislative action to resolving litigation and enforcement actions. John also helps clients with respect to state legislative strategies.

### Regulatory Compliance

John counsels clients in compliance with federal and state consumer finance and related regulatory matters, as has advised on the development and documentation of service and product offerings. John also routinely advised clients on the creation and implementation of compliance management programs. John also has experience in administrative and regulatory law relating to biotechnology, food, medical device, and pharmaceutical companies as well as the representation of clients involved in the tobacco industry. John has counseled clients on a wide variety of regulatory matters involving product promotion and labeling, compliance with good manufacturing practices, agency inspections and investigations, licensing agreements and due diligence.

### Illinois Administrative Agency Disputes

John helps clients resolve disputes with state and local government agencies. He has experience representing businesses and individuals affected by licensing decisions, procurement matters, enforcement of administrative rules, government investigations and inquiries, regulatory compliance and enforcement matters, and assessment of administrative sanctions and fines, among other issues. He works with various state agencies to resolve disputes prior to litigation, in

111 South Wacker Drive
Chicago, Illinois 60606
(312) 443-0374
(312) 896-6333 Fax
jcostello@lockelord.com

**Related Practice Areas**

Administrative & Regulatory
Bank Regulatory & Transactions
Business Litigation & Dispute
Resolution
Class Actions
Consumer Finance
Insurance
Privacy and Data Security

**Education**

J.D., *cum laude*, John Marshall Law
School, 2003
B.S., Quincy University, 1997

**Bar Admissions**

Illinois

**Admitted To Practice**

U.S. Court of Appeals for Veterans
Claims

U.S. District Court for the Northern
District of Illinois

U.S. District Court for the Central
District of Illinois

administrative hearings and in administrative appeals of agency
decisions, as well as in litigation. His experience includes work with the
following state and local agencies:

City of Chicago

County of Cook

Illinois Attorney General Charitable Trust Bureau

Illinois Attorney General Consumer Protection Bureau

Illinois Attorney General Franchise Bureau

Illinois Attorney General Healthcare Bureau

Illinois Board of Elections

Illinois Department of Financial and Professional Regulation

Illinois Department of Labor

Illinois Department of Public Health

Illinois Division of Banking

Illinois Executive Ethics Commission

Illinois Human Rights Commission

Illinois Public Access Counselor

Illinois Secretary of State

various municipalities throughout Illinois

**Public Disclosure Laws**
John is regarded as a leading attorney on public disclosure laws. He
frequently lectures, writes articles, and advises public bodies,
organizations, and attorneys on state and federal public access laws.
He recently served as general editor on a treatise covering Illinois laws
and is frequently consulted on legislative proposals to the Freedom of
Information Act and Open Meetings Act. He also advises businesses
on how to ensure that confidential and proprietary information
submitted to government agencies will remain protected.

**Military Benefits and Protections**
John is committed to serving the men and women of the United States
Armed Forces, having helped to establish numerous legal aid clinics
assisting veterans obtain disability benefits. In the course of that work,
John has developed extensive experience on consumer and
employment laws affecting the military and military families, including

the Service Members Civil Relief Act and the Uniformed Services
Employment and Reemployment Rights Act.

**REPRESENTATIVE EXPERIENCE**

Advises consumer finance industry clients on various regulatory
compliance matters.

Handled all aspects of investigations and litigation involving
complex fair lending claims involving nation's largest mortgage
lenders and servicers.

Represented mortgage banker licensee in dispute arising out of
issuance of cease and desist order, obtaining resolution without
monetary penalty.

Obtained reversal of licensing revocation in municipal ordinance
violation claim for national consumer services firm.

Represented national mortgage servicer in claims brought under
the Service Members Civil Relief Act.

Obtained temporary injunction against implementation of tax
legislation for national tobacco retailer.

Routinely advises on state legislation, including efforts resulting in
enactment of Right to Farm statute in Midwestern state.

Defended national nonprofit foundation in response to state
Attorney General charitable trust inquiry.

Advice to state government regarding proposed legislation to
adopt Uniform Electronic Legal Material Act (UELMA).

Advice regarding the protection of confidential and proprietary
records submitted to public bodies in licensure, investigative and
other regulatory matters.

Guidance regarding impact and utilization of public records laws
in connection with competitive intelligence programs.

**PUBLICATIONS & PRESENTATIONS**

Locke Lord QuickStudy: 8 Rules for How to Implement Effective
Social Media Consumer Complaint Resolution Policies
(November 1, 2013)

8 Rules for How to Implement Effective Social Media Consumer Complaint Resolution Policies (October 2013)

Legal Relief for Military Service Members (October 2013)

Locke Lord QuickStudy: SCRA Meets FCRA - When Acronyms Collide (September 27, 2013)

Locke Lord QuickStudy: Illinois Expands Telemarketing Liability and Recordkeeping Requirements - The Act Serves As Call-to-Action for Compliance Management (August 28, 2013)

Politics and Telemarketing: The Legal and Reputational Risks of Unsolicited Political Campaign Calls (July 10, 2013)

Ethical Aspects of Practice before Legislative and Quasi-Judicial Boards and Tribunals (June 21, 2013)

Locke Lord QuickStudy: Military Consumer Protection Day July 17, 2013 (June 13, 2013)

Locke Lord QuickStudy: Translating Military into Legalese - Servicemembers Civil Relief Act (SCRA) Compliance (May 16, 2013)

Locke Lord QuickStudy: Cook County Use Tax on Non-Titled Tangible Personal Property to Take Effect on April 1, 2013 (March 18, 2013)

Locke Lord QuickStudy: Disparate Impact Rule Under Lending Laws (February 22, 2013)

CFPB Rules Queried Over Chief's Recess Appointment (February 13, 2013)

Locke Lord QuickStudy: Another Shot Across the Bow for Deceptive Advertising (November 28, 2012)

Locke Lord QuickStudy: CFPB Summarizes Exam Findings (November 20, 2012)

Enforcement by State Attorneys General and the Consumer Financial Protection Bureau (2011)

Freedom of Information Act (2011)

The Consumer Financial Protection Bureau and the State Attorneys General: A Force Multiplier in Consumer Protection Matters (May 2011)

Freedom of Information Act and Open Meetings Act (2010)

Military Service & the Law – 10 Things Judges Should Know

Case 3:11-cv-00405-WDS-PMF    Document 106-2    Filed 12/27/13    Page 114 of 127    Page ID
#1095

(2010)

Military Service and the Law (2009)

Military Service & Illinois Laws (2009, 2010, 2011)

Confidentiality & Conflicts Training (2008)

Effective Legal Writing (2008)

Serving Active-Duty Military Members by Serving Their Families
at Home: The Illinois Family Military Leave Act (September 2008)

Supreme Court Eases Standard for Title VII Retaliation (August
2,2006)

The Computer Fraud and Abuse Act: A New Weapon in the Trade
Secrets Litigation Arena, Intellectual Property (April 2005)

---

**PROFESSIONAL AFFILIATIONS & ACHIEVEMENTS**

Adjunct Professor, The John Marshall Law School, 2008-present

---

**COMMUNITY LEADERSHIP**

Advisory Board, Veterans Legal Support Center & Clinic at The
John Marshall Law School, 2007-present

Board of Directors, Cathedral Shelter of Chicago, 2011-present

# EXHIBIT F



### KEITH L. GIBSON
SENIOR COUNSEL

Keith Gibson is a senior counsel in the Chicago office of Locke Lord LLP where he focuses his practice on commercial litigation and corporate transactions. Mr. Gibson has more than 15 years of experience in litigation and business counseling, both in private practice and as in-house counsel. He has experience representing domestic and international companies in state and federal court on a wide range of litigated matters including breach of contract, complex commercial, product liability, construction, insurance and class actions. Mr. Gibson has experience in all areas of pre-trial discovery, arbitrations, mediations and jury trials. Additionally, as in-house counsel for a large manufacturing company and also a distributor of food products, he has advised and counseled business groups on all legal issues related to the business including complex commercial sales and marketing contracts, employment issues, real estate transactions, regulatory compliance and intellectual property licensing.

**PROFESSIONAL HISTORY**

Senior Counsel, Locke Lord LLP

111 South Wacker Drive
Chicago, Illinois 60606
(312) 443-1840
(312) 896-6738 Fax
kgibson@lockelord.com

**Related Practice Areas**

Business Litigation & Dispute Resolution
Construction
Corporate
Insurance
Product Liability

**Education**

J.D., DePaul University College of Law, 1996
B.A., Economics, Political Science, Indiana University, 1993

**Bar Admissions**

Illinois

**Admitted To Practice**

U.S. District Court for the Northern District of Illinois

U.S. District Court for the Central District of Illinois

# EXHIBIT G

Freeborn & Peters LLP

June 30, 2011

FEIN #36-3238755

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois
60606-6677
Tel 312-360-6000
Fax 312-360-6520





Statement No.

*Chicago*                Re:

*Springfield*

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED
THROUGH MAY 31, 2011:

PREVIOUS BALANCE

FEES FOR THIS STATEMENT
DISBURSEMENTS

**TOTAL AMOUNT OF CURRENT STATEMENT**



Freeborn & Peters LLP

13                                    June 30, 2011

FEE SUMMARY



| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| | | | |
| Wills, Garry L. | | 340.00 | |
| | | | |
| TOTAL HOURS | | | |
| TOTAL FEES | | | |





**Locke Lord** LLP

Attorneys & Counselors

600 Congress Avenue
Suite 2200
Austin, TX 78701
Telephone: (512) 305-4700
Fax: (512) 305-4800
www.lockelord.com
Tax ID: 74-1164324

November 13, 2013
Invoice No.: 1037265



Total amount due for the legal services rendered in connection with the referenced matter through October 31, 2013



Invoice Date: November 13, 2013
Invoice No.: 1037265
Page: 2

| TIMEKEEPER | INITIAL | HOURS | RATE | VALUE |
|---|---|---|---|---|
| J. Costello | JC | ██ | 440.00 | ██████ |
| ██████ | █ | ███ | ████ | █████ |
| ██████ | █ | ███ | ████ | █████ |
| ██████████ | | ███ | | █████ |
| ██████ | | | | █████ |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 301170
Dallas, Texas 75303-1170

**Via Courier:**
J.P. Morgan Chase (TX1-0029)
Locke Lord LLP / 301170
14800 Frye Rd.
Fort Worth, Texas 76155

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

Invoice Date: November 13, 2013
Invoice No.:  1037265
Page:  3

This statement is due upon receipt.  Please call J. E. Davis of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Mary Beck @ ( 312) 528-9520 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above.  It does not include the unpaid balance of any prior statement.)



# Locke Lord LLP

Attorneys & Counselors

600 Congress Avenue
Suite 2200
Austin, TX 78701
Telephone:  (512) 305-4700
Fax:  (512) 305-4800
www.lockelord.com
Tax ID: 74-1164324



November 13, 2013
Invoice No.:  1037265



**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 301170
Dallas, Texas 75303-1170

**Via Courier:**
J.P. Morgan Chase (TX1-0029)
Locke Lord LLP / 301170
14800 Frye Rd.
Fort  Worth, Texas 76155

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call J. E. Davis of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Mary Beck @ ( 312) 528-9520 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above.  It does not include the unpaid balance of any prior statement.)



111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

July 24, 2013
Invoice No.: 1015885

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through June 30,
2013



| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|



Invoice Date: July 24, 2013
Invoice No.:  1015885
Page:  2

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|



**TOTAL FEES**

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| ██████████ | ██████ | █████ | ██ | ██████ |
| K. L. Gibson | Senior Counsel | 425.00 | ██ | ██████ |
| **TIMEKEEPER TOTALS** | | | ██ | ██████ |

Invoice Date: July 24, 2013
Invoice No.:  1015885
Page:  3

BALANCE DUE FROM PREVIOUS STATEMENT

**TOTAL BALANCE DUE**

**PLEASE REMIT PAYMENT:**

| **Via US Mail:** | **Via Courier:** | **Via Wire:** |
|---|---|---|
| Locke Lord LLP | JPMorgan Chase | ABA Routing: 021000021 |
| 24259 Network Place | 131 S. Dearborn, 6th Floor | Swift Code (International): CHASUS33 |
| Chicago, IL 60673-1242 | Chicago, IL  60603 | Account: 00101203546 |
| | ATTN: Locke Lord Bissell & Liddell LLP, | Bank: JPMorgan Chase Bank, N.A. |
| | Box #24259 | 712 Main Street, Houston, TX  77002 |
| | | Reference: LL Invoice Number / Matter |

This statement is due upon receipt.  Please call W. N. Howard of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above.  It does not include the unpaid balance of any prior statement.)



# Locke Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

July 24, 2013
Invoice No.:  1015885

## REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through June 30, 2013



**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call W. N. Howard of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above.  It does not include the unpaid balance of any prior statement.)