IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | | |
|---|---|---|
| MARY E. SHEPARD and the ILLINOIS STATE RIFLE ASSOCIATION, | ) ) ) | |
| Plaintiffs, | ) ) | No. 3:11-cv-00405-WDS-PMF |
| v. | ) ) ) | Honorable Judge William D. Stiehl |
| LISA M. MADIGAN, solely in her official capacity as ATTORNEY GENERAL OF ILLINOIS, GOVERNOR PATRICK J. QUINN, solely in his official capacity as Governor of the State of Illinois, TYLER R. EDMONDS, solely in his official capacity as the State's Attorney of Union County, Illinois, and SHERIFF DAVID LIVESAY, solely in his official capacity as Sheriff of Union County, | ) ) ) ) ) ) ) ) ) ) | Magistrate Judge Philip M. Frazier |
| Defendants. | ) ) | |

**DECLARATION OF STEPHEN P. HALBROOK**

My name is Stephen P. Halbrook, and my law office is located at 3925 Chain Bridge Road, Suite 403, Fairfax, VA 22030. In this case I worked with counsel for the plaintiffs and appellants primarily by conducting research and writing to assist in the drafting and review of the pleadings and briefs. I give this Declaration in support of the Plaintiffs' Motion for Award of Attorneys' Fees and Expenses.

**Background**

In 1978, I received the J.D. from Georgetown University Law Center, and have been continuously engaged in the practice of law since then. Before that, I received a Ph.D. in Philosophy from Florida State University in 1972, and thereafter was an assistant professor at Tuskegee Institute, Howard University, and George Mason University until 1981.

I was admitted to the Virginia State Bar in 1978, and to the District of Columbia Bar in 1984. I am a member of the bars of, and have argued cases in, the U.S. Supreme Court and the U.S. Courts of Appeals for the D.C., 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 9th, 10th, 11th, and Federal Circuits. Cases which resulted in reported judicial decisions which I argued are listed on my Resume, which is attached as Exhibit A. As reflected below and in more detail in my Resume, I

have focused my 35-year legal career on issues involving local, state, and federal firearms laws, with particular reference to the Second and Fourteenth Amendments to the U.S. Constitution.

## My Work in this Case

Attached as Exhibit B is a true and accurate copy of the work I performed in this case, showing dates, services provided, and hours. These records were kept on a daily basis as work was performed. In the interest of billing judgment, I deleted 17.2 hours. I attest that all of the hours submitted herein were reasonable and necessary in order to furnish adequate representation to my clients in this case.

The dates of services rendered show work in the district court from May 6, 2011, when the complaint was being drafted, through March 21, 2012, shortly after which the district court dismissed the complaint (March 30, 2012). My work on the appeal commenced on May 11, 2012, and extended through June 7, 2013 (which was prior to the law's passage and the issuance of the mandate on July 9, 2013). At the end, I show time spent on preparation of this declaration and attachments through December 16, 2013.

My time included the monitoring of cases in other jurisdictions that could have impacted the result in this case. These cases are identified on my time sheets as follows: Aguilar (Illinois Court of Appeals and Supreme Court), Hightower (1st Circuit), Kalchasky (2nd Circuit), Masciandaro and Woollard (4th Circuit), and Nordyke (9th Circuit). These cases involved the same substantive issue as this case (except for Nordyke, which involved the standard of review). The court of appeals in this case considered and rejected the decisions in some of these cases.

## Litigation Experience

Almost all of the numerous cases I have litigated for over three decades have involved firearms law and the Second Amendment. See Resume, Exhibit A.

I have argued and/or written briefs in several Supreme Court cases involving firearms law and Second Amendment. In *McDonald v. City of Chicago*, 130 S. Ct. 3020 (2010), I was a primary draftsman of the briefs of the National Rifle Association, which was a party. In *District of Columbia v. Heller*, 554 U.S. 570 (2008), I filed an amici curiae brief on behalf of 55 Members of U.S. Senate, the President of U.S. Senate, and 250 Members of U.S. House of Representatives. *See* 2008 WL 383530. In addition, I argued the following cases: *Castillo v. United States*, 530 U.S. 120 (2000); *Printz v. United States*, 521 U.S. 898 (1997); and *United States v. Thompson/Center Arms Co.*, 504 U.S. 505 (1992). I was on the briefs in *Small v. United States*, 544 U.S. 385 (2005). I was on the prevailing side in all of the above cases.

A number of the cases I have litigated involved the meaning of the right to "bear arms" as used in the Second Amendment. Besides this case, other recent cases in which I litigated the specific issue of whether the Second Amendment right to "bear arms" protects a right to carry firearms in public include filing a petition for a writ of certiorari in *Williams v. State*, 10 A.3d 1167 (Md. 2011), *cert. denied*, 132 S.Ct. 93 (2011), and filing amici curiae briefs in *People v. Aguilar*, 2013 IL 112116, 2013 WL 5080118 (Ill. 2013); *Woollard v. Gallagher*, 712 F.3d 865

(4th Cir. 2013); and *Edward Peruta v. County of San Diego*, No. 10-56971 (9th Cir., brief filed May 25, 2011).  Besides this case, I have dealt Illinois AUUW provisions as an amicus in *Aguilar*, *supra*, and as consulting counsel for the plaintiff in *Gowder v. City of Chicago*, 923 F. Supp.2d 1110 (N.D. Ill. 2012) (beginning in 2010).

## Unique Qualifications for this Case

I am author of the following books concerning the Second Amendment, all of which include analysis of the right to bear arms outside the home in historical context and in precedent:

*The Founders' Second Amendment: Origins of the Right to Bear Arms* (Ivan R. Dee, 2008).  Cited as authority in *McDonald*, 130 S. Ct. at 3037, and in *United States v. Skoien*, 614 F.3d 638, 640, 648-49 (7th Cir. 2010) (*en banc*) (majority and dissenting opinions).

*Freedmen, the Fourteenth Amendment, and the Right to Bear Arms, 1866-1876* (Praeger Publishers, 1998).  Updated edition published as *Securing Civil Rights* (Independent Institute 2010).  Cited as authority in *Heller*, 554 U.S. at 614-15; *McDonald*, 130 S.Ct. at 3038, 3042-43; & *Nordyke v. King*, 563 F.3d 439, 456 (9th Cir. 2009).

*That Every Man Be Armed: The Evolution of a Constitutional Right* (University of New Mexico Press, 1984, 2013).  Cited as authority in *Printz v. United States*, 521 U.S. 898, 939 n.2 (1997) (Thomas, J., concurring); & *Silveira v. Lockyer*, 328 F.3d 567, 577 n.53 (9th Cir. 2003) (Kleinfeld, J., dissenting).

*Firearms Law Deskbook: Federal and State Criminal Practice* (Thomson/West, 2013) (supplemented annually).

I am also the author of numerous law review articles, and have testified in Congressional hearings numerous times, on Second Amendment issues.  See Resume, Exhibit A.

## Calculation of Reasonable Attorney's Fees

The reasonable hourly rate is the market rate, which is "the rate that lawyers of similar ability and experience in the community normally charge their paying clients for the type of work in question."  *Gautreaux v. Chicago Housing Authority*, 491 F.3d 649, 659-60 (7th Cir. 2007) (citation omitted).[1]  While an attorney's actual billing rate for comparable work may be presumptively reasonable, an attorney may have no fee-paying clients or may work for reduced fees, in which case the court should consider "evidence of rates similarly experienced attorneys in the community charge paying clients for similar work . . . ."  *Spegon v. Catholic Bishop of*

---

[1]The relevant "community of practitioners" may pertain to an area of the law "where the attorneys practicing it are highly specialized and the market for legal services in that area is a national market."  *Jeffboat, LLC v. Director, Office of Workers' Comp.  Programs*, 553 F.3d 487, 490 (7th Cir. 2009).

*Chicago*, 175 F.3d 544, 555 (7th Cir. 1999). "[A] particular attorney may have special skills or experience which raise the value of his time above the value of another attorney's time." *Chrapliwy v. Uniroyal, Inc*., 670 F.2d 760, 767 (7th Cir. 1982).

"'[R]easonable fees' under [42 U.S.C.] § 1988 are to be calculated according to the prevailing market rates in the relevant community, regardless of whether plaintiff is represented by private or nonprofit counsel." *Blum v. Stenson,* 465 U.S. 886, 895 (1984). A fee award under § 1988 should "be governed by the same standards which prevail in other types of equally complex Federal litigation, such as antitrust cases . . . ." *Id*. at 393 (quoting Senate report). Thus, a fee award for a nonprofit legal service organization is calculated according to prevailing market rates, not cost. *Id*. at 889.

Thus, the prevailing market rate may be recovered not just by for-profit firms, but also by "attorneys who practice privately and for profit but at reduced rates reflecting non-economic goals." *Save our Cumberland Mountains, Inc. v. Hodel,* 857 F.2d 1516, 1524 (D.C. Cir. 1988) (*en banc*). As *Barrow v. Falck*, 977 F.2d 1100, 1105 (7th Cir. 1992), explained:

Some lawyers dedicate their professional lives to causes they find admirable and worthy of support—to legal services for the poor, to the representation of unions. These lawyers are making contributions to their favored causes, not in money but in time. . . . Using opportunity cost as the measure of legal services means that the value of the lawyer's gift inures to the favored cause, and not to the adversary in litigation.

*Accord*, *Gusman v. Unisys Corp*., 986 F.2d 1146, 1149 (7th Cir. 1993); *Central States, Southeast & Southwest Areas Pension Fund v. Central Cartage Co.*, 76 F.3d 114, 117 (7th Cir. 1996).

## Reasonable Hourly Rate

I believe that legal services required to support Second Amendment rights should be affordable, and for that reason I charge rates that are lower than market rates for an attorney with a comparable background and experience. From the commencement of this litigation through the present, my hourly rates have been between $475 and $540 per hour, except that I performed services for one non-profit client at $400 per hour.

Given my unique 35-years experience in litigation and scholarship regarding Second Amendment rights, including numerous appeals and Supreme Court practice, an hourly rate of $600 per hour, if not higher, would be a reasonable fee for me. Nevertheless, I am requesting a reasonable hourly rate of only $540 an hour. The total time I expended in this litigation was 131.8 hours. Exhibit B. At $540 per hour, total reasonable fees amount to $71,172.

I declare under penalty of perjury that the foregoing is true and correct.


STEPHEN P. HALBROOK

Date: December 24, 2013

# EXHIBIT A

DECLARATION OF STEPHEN P. HALBROOK

EXHIBIT A

STEPHEN P. HALBROOK, PH.D.
ATTORNEY AT LAW
SUITE 403
3925 CHAIN BRIDGE ROAD
FAIRFAX, VIRGINIA  22030

TELEPHONE (703) 352-7276                              Protell@aol.com
FAX (703) 359-0938                                    www.stephenhalbrook.com

# R E S U M E

**BAR MEMBERSHIPS**

Virginia State Bar
District of Columbia Bar
U.S. Supreme Court
U.S. Courts of Appeals (D.C., 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 11th, Federal Circuits)
U.S. District Courts (D.C., E.D. Va., Md., N.D. Ga., S.D. Ohio, E.D. Ca., C.D. Ill., E.D. Mich., Ariz., E.D. Wis.)
U.S. Courts (Claims, Tax, Military Appeals)

**EDUCATION**

| | | |
|---|---|---|
| Georgetown University Law Center | J.D. | 1978 |
| Florida State University | Ph.D. Philosophy | 1972 |
| Florida State University | B.S. Business | 1969 |

**EMPLOYMENT**

Attorney at Law, Civil Litigation and Criminal Defense, 1978-Present
Assistant Professor of Philosophy - George Mason University, 1980-81; Howard University, 1974-79; Tuskegee Institute, 1972-74
Law Fellow/Coordinator, Barristers' Council, Georgetown University, 1975-77
Instructor of Philosophy, Florida State University, 1970-72

**COUNSEL IN REPORTED CASES**

*U.S. Supreme Court* (prevailed in all cases):

*McDonald v. City of Chicago*, 130 S. Ct. 3020 (2010) (on NRA brief).  Case history: *National Rifle Ass'n v. Village of Oak Park*, 617 F. Supp.2d 752 (N.D. Ill. 2008), *aff'd sub nom.*, *National Rifle Ass'n v. City of Chicago*, 567 F.3d 856 (7th Cir. 2009), *cert. granted sub nom.*, *McDonald v. City of Chicago*, 130 S.Ct. 48 (2009), *rev'd, McDonald v. City of Chicago*, 130 S. Ct. 3020 (2010), *cert. granted & remanded*, *NRA v. Chicago*, 2010 WL 2571876 (U.S. 2010). On remand, *NRA v.* Chicago, 393 F. App'x 390 (7th Cir. Aug. 25, 2010), *on further remand*, *NRA v. Village of Oak Park*, 755 F. Supp.2d 982 (N.D. Ill. 2010) (denying attorney's fees), *rev'd*, *NRA v. Chicago*, 646 F.3d 992 (7th Cir. 2011) (remanding for award of attorney's fees), 2012 WL 2396366 (N.D. Ill. 2012) (fee award).

*Small v. United States*, 544 U.S. 385, 125 S. Ct. 1752, 161 L.Ed.2d 651 (2005) (on brief).

*Castillo v. United States*, 530 U.S. 120, 120 S. Ct. 2090, 147 L. Ed. 2d 94 (2000) (argued). Case history: *United States v. Branch*, 91 F.3d 699 (5th Cir. 1996), *cert. denied sub nom., Castillo v. United States*, 520 U.S. 1185 (1997), *aff'd, after remand*, 179 F.3d 321 (5th Cir. 1999), *cert. granted*, 120 S.Ct. 865 (2000), oral argument: April 24, 2000, *final remand*, 220 F.3d 648 (5th Cir. 2000).  The Supreme Court reversed the Fifth Circuit decisions.  Oral argument in the Supreme Court may be heard at http://www.oyez.org/oyez/audio/1233/argument.smil.  The announcement of the decision by Justice Breyer may be heard at http://www.oyez.org/oyez/audio/1233/opinion.smil.

*Printz v. United States*, 521 U.S. 898, 117 S. Ct. 2365, 138 L. Ed. 2d 914 (1997) (argued), *oral argument*, 65 U.S.L.W. 3425 (Dec. 17, 1996), *rev'g Mack v. United States*, 66 F.3d 1025 (9th Cir. 1995), *rev'g* 856 F. Supp. 1372 (D. Ariz. 1994) and *rev'g Printz v. United States*, 854 F.Supp. 1503 (D. Mont. 1994).  Oral argument in the Supreme Court may be heard in *The Supreme Court's Greatest Hits* (CD, Northwestern University, 1999), and at the Oyez Project website http://www.oyez.org/oyez/resource/case/835/audioresources.

*United States v. Thompson/Center Arms Co.*, 504 U.S. 505, 112 S. Ct. 2102 , 119 L. Ed. 2d 308 (1992) (argued), *aff'g.* 924 F.2d 1041 (Fed. Cir. 1991), *rev'g* 19 Cl.Ct. 725 (1990).  *Earlier proceeding, Thompson/Center Arms Co. v. Baker*, 686 F. Supp. 38 (D.N.H. 1988).

***Federal and State Courts:***

*Baca v. New Mexico Dept. of Public Safety*, 132 N.M. 282, 47 P.3d 441 (2002) (Intervenors).

*Blaustein & Reich, Inc. v. Buckles*, 220 F. Supp.2d 535 (E.D. Va. 2002), *aff'd*, 365 F.3d 281 (4th Cir. 2004) (Plaintiff).

*Brown v. Continental Telephone Co. of Va., Inc.*, 670 F.2d 1364 (4th Cir. 1982) (Plaintiff).

*Coalition of New Jersey Sportsmen v. Whitman*, 44 F. Supp.2d 666 (D. N.J. 1999), *aff'd*,

263 F.3d 157 (3d Cir. 2001), *cert. denied*, 534 U.S. 1039 (2001) (Plaintiffs).

*Farmer v. Higgins*, 907 F.2d 1041 (11th Cir. 1990), *cert. denied*, 498 U.S. 1047 (1991) (Plaintiff).

*F.J. Vollmer Co., Inc. v. Higgins*, 23 F.3d 448 (D.C. Cir. 1994), *later proceeding, F.J. Vollmer Co., Inc. v. Magaw,* 102 F.3d 591 (D.C. Cir. 1996) (Plaintiff).

*Fresno Rifle & Pistol Club, Inc. v. Van de Kamp*, 746 F. Supp. 1415 (E.D. Cal. 1990), *aff'd*, 965 F.2d 723 (9th Cir. 1992) (Plaintiffs).

*Gilbert Equipment Co., Inc. v. Higgins*, 709 F. Supp. 1071 (S.D. Ala. 1989), *aff'd*, 894 F.2d 412 (11th Cir. 1990) (*mem.*) (Plaintiff).

*Gun Owners' Action League, Inc. v. Swift*, 284 F.3d 198 (1st Cir. 2002), *cert. denied*, 537 U.S. 827 (2002) (Plaintiffs).

*Heller v. District of Columbia*, 698 F. Supp.2d 179 (D. D.C. 2010), *aff'd in part & rev'd in part*, 670 F.3d 1244 2011 (D.C. Cir. 2011), *on remand*, 2013 WL 1143778 (D. D.C. 2013) (Plaintiffs).

*Intrac Arms International, L.L.C. v. Albright*, 1998 U.S. Dist. LEXIS 21858 (D. D.C. 1998) (Plaintiff).

*Koog/McGee v. United States*, 79 F.3d 452 (5th Cir. 1996), *cert. denied, United States v. Gonzalez*, 521 U.S. 1118, 117 S.Ct. 2507, 138 L.Ed.2d 1011 (1997), *rev'g Koog v. United States*, 852 F. Supp. 1376 (W.D. Tex. 1994), and *aff'g McGee v. United States*, 863 F. Supp. 321, *earlier proceeding* 849 F. Supp. 1147 (S.D. Miss. 1994) (Plaintiffs).

*Lomont v. Summers*, 135 F. Supp. 2d 23 (D. D.C. 2001), *aff'd*, 285 F.3d 9 (D.C. Cir. 2002) (Plaintiffs).

*National Rifle Ass'n v. Brady*, 914 F.2d 475 (4th Cir. 1990), *cert. denied*, 499 U.S. 959 (1991), *later proceeding, National Rifle Ass'n v. Bentsen*, 999 F.2d 772 (4th Cir. 1993) (Plaintiffs).

*National Rifle Ass'n v. City of South Miami*, 774 So. 2d 815 (Fla. 3rd DCA 2000), *later proceeding*, 812 So. 2d 504 (2002) (Plaintiffs).

*National Rifle Ass'n v. City of Evanston*, 2009 WL 1139130 (N.D. Ill. 2009) (Plaintiffs).

*National Rifle Ass'n v. Nagin,* 2005 WL 2428840 (E.D. La. 2005) (Plaintiffs).

3

*National Rifle Ass'n v. Reno*, 216 F.3d 122 (D.C. Cir. 2000), *cert. denied*, 533 U.S. 928 (2001) (Plaintiffs).

*National Shooting Sports Foundation, Inc. v. Jones*, 840 F. Supp.2d 310 (D. D.C. 2012), *aff'd.*, 716 F.3d 200 (D.C. Cir. 2013) (Plaintiffs).

*Peoples Rights Organization, Inc. v. City of Columbus*, 925 F. Supp. 1254 (S.D. Ohio 1996), *aff'd in part and rev'd in part*, 152 F.3d 522 (6th Cir. 1998) (Plaintiffs).

*Peoples Rights Organization, Inc. v. Montgomery*, 142 Ohio App. 3d 443, 756 N.E.2d 127 (2001), *appeal denied*, 93 Ohio St. 3d 1410, 754 N.E.2d 258 (2001) (Plaintiffs).

*Richmond Boro Gun Club, Inc. v. City of New York*, 896 F. Supp. 276 (E.D. N.Y. 1995), *aff'd*, 97 F.3d 681 (2nd Cir. 1996) (Plaintiffs).

*Robertson v. City of Denver*, 874 P.2d 325 (Colo. 1994), *appeal after remand*, 978 P.2d 156 (Colo. App. 1999) (Plaintiffs).

*RSM, Inc. v. Buckles*, 94 F. Supp. 2d 692 (D. Md. 2000), *rev'd*, 254 F.3d 61 (4th Cir. 2001) (Plaintiffs).

*Ruiz v. People Express Airlines*, 802 F.2d 1508 (4th Cir. 1986), *cert. denied*, 480 U.S. 934 (1987) (Plaintiffs).

*Seegars v. Ashcroft*, 297 F. Supp. 2d 201 (D. D.C. 2004), *rev'd. in part & aff'd in part*, 396 F.3d 1248 (D.C. Cir. 2005), *reh. denied*, 413 F.3d 1 (D.C. Cir. 2005) (with opinions), *cert. denied*, 456 U.S. 1157 (2006) (Plaintiffs).

*Sendra Corp. v. Magaw*, 111 F.3d 162 (D.C. Cir. 1997) (Plaintiff).

*Springfield Armory, Inc. v. City of Columbus*, 805 F. Supp. 489 (S.D. Ohio 1992), *rev'd*, 29 F.3d 250 (6th Cir. 1994) (Plaintiffs).

*Springfield, Inc. v. Buckles*, 116 F. Supp. 2d 85 (D. D.C. 2000), *aff'd*, 292 F.3d 813 (D.C. Cir. 2002) (Plaintiff).

*State v. Denver*, 139 P.2d 635 (Colo. 2006), oral argument available at mms://www.courts.state.co.us/supctoralarguments/051208_05sa22.wma (Plaintiff).

*Taylor v. United States*, 848 F.2d 715 (6th Cir. 1988) (Plaintiff).

*Torraco v. Port Authority of N.Y. & N.J.*, 615 F.3d 129 (2nd Cir. 2010) (Plaintiffs).

*United States v. Bundy*, 392 F.3d 641 (4ᵗʰ Cir. 2004) (Defendant).

*United States v. Evans*, 712 F. Supp. 1435 (D. Mont. 1989), *aff'd*, 928 F.2d 858 (9th Cir. 1991) (defendant in District Court).

*United States v. Fourteen Various Firearms*, 889 F. Supp. 875, *later proceeding*, 899 F. Supp. 249 (E.D. Va. 1995) (Defendant).

*United States v. Hunter*, 843 F. Supp. 235 (E.D. Mich. 1994) (Defendant).

*United States v. Leasure*, 1997 U.S. App. LEXIS 5823 (4ᵗʰ Cir. 1997) (Defendant).

*United States v. Rock Island Armory, Inc.*, 773 F. Supp. 117 (C.D. Ill. 1991), *appeal dismissed*, No. 91-2595, 1991 WL 224268 (7th Cir. Aug. 13, 1991) (Defendants).

*Williams v. State*, 10 A.3d 1167 (Md. 2011), *cert. denied*, 132 S.Ct. 93 (2011) (Petitioner)

*Wilson v. Cook County*, 348 Ill. Dec. 160, 943 N.E.2d 768 (1 Dist. 2011), appeal granted & argued in Ill. Sup. Ct., http://www.state.il.us/court/Media/On_Demand.asp (oral argument), rev'd, 2012 IL 112026, 968 N.E.2d 641 (2012) (Appellants).

## DRAFTED BRIEFS

*Commonwealth of Virginia v. United States*, No. 3:95v357 (E.D.Va. 1995). Prepared Tenth Amendment portions of Virginia's briefs challenging federal motor voter law.

*Kasler v. Lungren*, 61 Cal.App.4th 1237, 72 Cal.Rptr.2d 260 (1998), *rev'd.*, *Kasler v. Lockyer*, 23 Cal.4th 472, 2 P.3d 581 (2000), *cert. denied*, 531 U.S. 1149 (2001) (with Don Kates).

*United States v. Mack*, 164 F.3d 467 (9ᵗʰ Cir. 1999) (with Don Kates).

*United States v. Twelve Miscellaneous Firearms*, 816 F. Supp. 1316 (C.D. Ill. 1993).

## AMICUS BRIEFS

*Brooks v. State,* 128 S.W.3d 844 (Mo. 2004) (National Rifle Association)

*Bryan v. United States*, 524 U.S. 184 (1998) (National Association of Criminal Defense Lawyers).

*City of Chicago v. U.S. Dept. of Treasury, BATF*, 287 F.3d 628 (7ᵗʰ Cir. 2002), *vacated & remanded*, 537 U.S. 1229 (2003), *on remand*, 384 F.3d 429 (7ᵗʰ Cir. 2004), *further proceeding*, 423 F.3d 777 (7ᵗʰ Cir. 2005) (NRA).

*District of Columbia v. Heller*, 554 U.S. 570 (2008) (55 Members of U.S. Senate, President of U.S. Senate, 250 Members of U.S. House of Representatives).  2008 WL 383530; http://stephenhalbrook.com/lawsuits/Heller.brief.senators.pdf

*Dukakis v. U.S. Department of Defense*, 686 F. Supp. 30, *aff'd*, 859 F.2d 1066 (1st Cir. 1988), *cert. denied*, 490 U.S. 1020 (1989).

*Harris v. United States*, 536 U.S. 545 (2002) (the Cato Institute and National Association of Criminal Defense Lawyers).

*Houston v. City of New Orleans,* 675 F.3d 441, *vacated & remanded*, 682 F.3d 361 (5th Cir. 2012) (NRA)

*In re Jorge M.,* 23 Cal.4th 866, 4 P.3d 297 (2000) (International Wound Ballistics Association).

*Kalodimos v. Village of Morton Grove*, 103 Ill.2d 483, 470 N.E.2d 266 (1984) (Illinois Small Business Men's Association).

*Kellogg v. City of Gary*, 519 N.E.2d 570 (Ind. App. 1988), *rev'd*, 562 N.E.2d 685 (Ind. 1990).

*Logan v. United States*, 552 U.S. 23 (2007) (NRA)

*Millender v. County of Los Angeles*, 620 F.3d 1016 (9th Cir. 2010) (*en banc*), *rev'd*, *Messerschmidt v. Millender*, 132 S.Ct. 1235 (2012) (NRA, CRPA).

*Mosby v. Devine*, 851 A.2d 1031 (R.I. 2004) (NRA).

*Nordyke v. King*, 319 F.3d 1185 (9th Cir. 2003), *reh. denied*, 364 F.3d 1025 (9th Cir. 2004), *later proceeding*, 563 F.3d 439, *reh. en banc granted*, 575 F.3d 890 (9th Cir. 2009) (National Rifle Association), *later proceeding*, 2011 WL 1632063 (9th Cir. 2011), *later proceeding,* 2012 WL 1959239 (9th Cir. 2012) (*en banc*) (California Rifle & Pistol Association).

*Ohioans for Concealed Carry v. City of Clyde*, 120 Ohio St.3d 96, 896 N.E.2d 967 (2008) (National Rifle Association)

*Parker v. State*, 221 Cal. App.4th 340, 164 Cal. Rptr.3d 345 (5th Dist. 2013) (FFLGuard LLC & Gun Owners of California)

*Perpich v. U.S. Department of Defense*, 880 F.2d 11 (8th Cir. 1989), *aff'd*, 496 U.S. 334 (1990) (Firearms Civil Rights Legal Defense Fund).

6

*People v. Aguilar*,  2013 IL 112116, 2013 WL 5080118 (Ill. 2013) (Illinois State Rifle Association, Congress of Racial Equality, Pink Pistols).

*Quilici v. Village of Morton Grove*, 695 F.2d 261 (7th Cir. 1982), *cert. denied*, 464 U.S. 863 (1983).

*State v. Fisher*, 290 Wis.2d 121, 714 N.W.2d 495 (2006) (National Rifle Association).

*State v. McAdams*, 714 P.2d 1236 (Wyo. 1986).

*United States v. Drasen*, 845 F.2d 731 (7th Cir. 1988), *cert. denied*, 488 U.S. 909 (1988).

*United States v. Emerson*, 270 F.3d 203 (5th Cir. 2001) (Texas Justice Foundation).

*United States v. Murphree,* 783 F.2d 605 (6th Cir. 1986).

*United States v. Skoien*, 2010 WL 2735747 (7th Cir. 2010) (en banc)  (National Rifle Association).

*Voting Rights Coalition v. Wilson*, 60 F.3d 1411 (9th Cir. 1995), *cert. denied*, 516 U.S. 1093 (1996).  (Prepared portion of Virginia's amicus brief in Ninth Circuit; filed amicus brief for Sheriff Jay Printz in Supreme Court.)

*Woollard v. Gallagher*, 712 F.3d 865 (4th Cir. 2013) (California Rifle & Pistol Ass'n *et al.*).

## BOOKS

*Gun Control in the Third Reich: Disarming the Jews and "Enemies of the State."* Oakland: The Independent Institute, 2013.

*The Founders' Second Amendment: Origins of the Right to Bear Arms.*  Chicago: Ivan R. Dee, 2008. {Cited as authority in *McDonald v. City of Chicago*, 130 S. Ct. 3020, 3037 (2010) (majority opinion); *United States v. Skoien*, 614 F.3d 638, 640, 648-49 (7th Cir. 2010) (en banc) (majority and dissenting opinions).}

*The Swiss and the Nazis: How the Alpine Republic Survived in the Shadow of the Third Reich*.  Havertown, Pa.: Casemate Publishers; Gloucestershire, UK: Spellmount Ltd., 2006.

**Translations of *The Swiss and the Nazis*:**

*Schweizer Widerstand gegen Nazi-Deutschland - von Zeitzeugen erlebt und dokumentiert, eine Ergänzung zum Bergier-Bericht.*  Verlag Merker im Effingerhof, 2010.

*La Suisse face aux nazis*. Bière, CH: Editions Cabédita 2011.


*Target Switzerland: Swiss Armed Neutrality in World War II.*  Rockville Center, N.Y.: Sarpedon Publishers, 1998 (hardback); Cambridge, MA: Da Capo Press, 2003 (paperback); Kindle Edition.

**Awards for *Target Switzerland*:**

Stiftung für Abendländische Besinnung (Foundation for Western Thought) prize, Zürich, Nov. 9, 2002, which included publication of booklet *STAB-Preis 2002 für Stephen P. Halbrook und Angelo M. Codevilla*.  "'Kontrapunkt zur Diffamierung der Schweiz': Preisverleihung an Stephen Halbrook und Angelo Codevilla," *Neue Zürcher Zeitung*, 11.11.2002, Nr. 262, S. 27.

Max Geilinger Foundation prize for works contributing to Swiss and Anglo-American culture, Zürich, May 27, 2000, which included publication of booklet *Die Schweiz im Visier*.  "Auszeichnung für Stephen P. Halbrook: Überreichung des Preises der Max-Geilinger-Stiftung," *Neue Zürcher Zeitung*, 31. Mai 2000, S. 47.

**Translations of *Target Switzerland*:**

*Die Schweiz im Visier: Die bewaffnete Neutralität im Zweiten Weltkrieg.*  Verlage Novalis Schaffhausen/Rothenhäusler Stäfa, 1999.  2.Auflage 2000, Novalis Verlag, Schaffhausen.

*La Suisse encerclée: La neutralité armée suisse durant la Deuxième Guerre mondiale.*  Editions Slatkine Genève, 2000.

*La Svizzera nel mirino: La neutralità aramata della Svizzera nella seconda guerra mondiale.*  Coedizione Pedrazzini – Locarno/Alberti – Verbania, 2002.

*Cel: Szwajcaria*.  Warszawa: Dom Wydawniczy Bellona, 2003.


*Firearms Law Deskbook, 2012-2013 Edition: Federal and State Criminal Practice.*  St. Paul, MN: Thomson/West, 2012.  Previous editions with annual supplements by Clark Boardman Callaghan/Thomson/West Group, 1995-2012. {Cited as authority in *United States v. Dodson*, 2013 WL 2319849, *1 n.1 (6th Cir. 2013); *Garner v. Lambert*, 345 Fed. Appx. 66, 70 n.8 (6th Cir. 2009); *United States v. Coward,* 151 F. Supp.2d 544, 554 n.10 (E.D. Pa. 2001); *State v. Joshua A. Schultz*, 10-CM-13, Wis. Cir. Ct. (Oct. 12, 2010), http://www.wisconsinappeals.net/wp-content/uploads/2010/10/Schultz1.pdf.}

*Freedmen, the Fourteenth Amendment, and the Right to Bear Arms, 1866-1876.* Westport, Conn.: Praeger Publishers, 1998.  Updated Edition published as *Securing Civil Rights* (Independent Institute 2010).  {Cited as authority in *McDonald v. City of Chicago*, 130 S.Ct. 3020, 3038, 3042-43 (2010); *District of Columbia v. Heller*, 554 U.S. 570, 613, 615 (2008); *Nordyke v. King*, 563 F.3d 439, 456 (9th Cir. 2009); Office of Legal Counsel, U.S. Department of Justice, "Whether the Second Amendment Secures an Individual Right" (2004).}

*That Every Man Be Armed:  The Evolution of a Constitutional Right*.  Albuquerque: University of New Mexico Press, 1984, 2013.  Reprinted in 1994, 2000 by Independent Institute, Oakland, Ca. {Cited as authority in *Printz v. United States*, 521 U.S. 898, 939 n.2 (1997) (Thomas, J., concurring); *Silveira v. Lockyer*, 328 F.3d 567, 577 n.53 (9th Cir. 2003) (Kleinfeld, J., joined by Kozinski, O'Scannlain, & Nelson, dissenting); *United States v. Emerson*, 46 F. Supp.2d 598, 603-09 (N.D. Tex. 1999); *State v. Sieyes*, 168 Wash.2d 276, 284-85, 225 P.3d 995 (2010); *Mosby v. Devine*, 851 A.2d 1031, 1052 (R.I. 2004) (Flanders, J., dissenting); *State v. Hirsch*, 338 Or. 622, 658, 114 P.3d 1104, 1124 (2005); Office of Legal Counsel, U.S. Department of Justice, "Whether the Second Amendment Secures an Individual Right" (2004).}

*A Right to Bear Arms:  State and Federal Bills of Rights and Constitutional Guarantees*. Westport, Conn.: Greenwood Press, 1989. {Cited as authority in *Nordyke v. King*, 563 F.3d 439, 453 (9th Cir. 2009); *Mosby v. Devine*, 851 A.2d 1031, 1042 (R.I. 2004); Office of Legal Counsel, U.S. Department of Justice, "Whether the Second Amendment Secures an Individual Right" (2004).}

*Defectless Firearms Litigation* (edited, with Michael K. McCabe).  Washington, D.C.: NRA-ILA, 1984.

## LAW REVIEW ARTICLES AND BOOK CHAPTERS

"'Arms in the Hands of Jews Are a Danger to Public Safety': Nazism, Firearm Registration, and the Night of the Broken Glass," 21 *St. Thomas Law Review* 109-41 (2009). Reprinted in 21 *Journal on Firearms & Public Policy* 22 (Fall 2009).

"Bill of Rights Redivivus:  Amendment II," 17 *The Champion* (Natl. Assn. Criminal Def. Lawyers) 14-20 (Jan./Feb. 1993).

"Citizens in Arms: The Swiss Experience," *Texas Review of Law & Politics*, vol. 8, Issue 1 (Fall 2003), 142-74. http://www.stephenhalbrook.com/law_review_articles/citizens-in-arms.pdf.  Oral presentation in *A Question of Balance, International Symposium on Legal, Economic, and Human Rights Implications of Civilian Firearms Ownership and Regulation*, Tower of London, May 1-2, 2003 (DVD available from http://www.jamesswan.com/AQOBsgs.html).

"Congress Interprets the Second Amendment: Declarations by a Co-Equal Branch on the

9

Individual Right to Keep and Bear Arms," 62 *Tennessee Law Review* 597-641 (Spring 1995). http://www.stephenhalbrook.com/law_review_articles/congress.pdf

"The Constitutional Right to Hunt: New Recognition of an Old Liberty in Virginia," 19 *William & Mary Bill of Rights Journal*, Issue 1, 197-233 (2010), http://works.bepress.com/stephen_halbrook/3

"The Court Did Not Err," in *Issues on Trial: Gun Control* (Greenhaven Press 2007), 203.

"'A Crime to Possess a Firearm': Does the Second Amendment Apply in New York?"  14 *Government, Law & Policy Journal* 51-56 (Summer 2012).

"Defense of Self and Community: A Response to Professor Johnson," 45 *Connecticut Law Review* 1653 (July 2013).

"Encroachments of the Crown on the Liberty of the Subject:  Pre-Revolutionary Origins of the Second Amendment," 15 *University of Dayton Law Review*, 91-124 (Fall 1989). http://www.stephenhalbrook.com/law_review_articles/encroachments.pdf

"European History of 1799 as Seen From the USA," *Suworow in der Schweiz: Colloque Souvorov du bicentenaire 1799 - 1999* (Zurich: Thesis, 2001), 162-79.

"Firearms, the Fourth Amendment, and Air Carrier Security," 53 *Journal of Air Law and Commerce*, 585-680 (1987), reprinted in Serial No. 91, House Judiciary Committee, 100th Cong., 1st Sess., 174-270 (1987).

"The Freedmen's Bureau Act and the Conundrum Over Whether the Fourteenth Amendment Incorporates the Second Amendment," 29 *Northern Kentucky Law Review*, No. 4, 683-703 (2002).  http://www.stephenhalbrook.com/law_review_articles/fba.PDF

"From *Heller* to Chicagoland: Will Reconstruction Come to the Windy City?" 3 *Northeastern University Law Journal*, No. 1, 105 (2011), http://www.nulj.org/journal/Halbrook.pdf.

"Guns, Criminality and Federalism: Supreme Court Curbs Congressional Power; Reins in Courts of Appeals," 20 *The Champion* 12-15, 34 (June 1996).

"*Heller*, the Second Amendment, and Reconstruction: Protecting All Freedmen or Only Militiamen?" 50 *Santa Clara Law Review* 1073 (2010). http://stephenhalbrook.com/law_review_articles/heller_2nd_amendment.pdf

"The Jurisprudence of the Second and Fourteenth Amendments," 4 *George Mason University Law Review* 1-69 (Spring 1981).

10

http://www.stephenhalbrook.com/law_review_articles/jurisprudence.pdf

"Military Enforcement of the Drug Laws," in K. and E. Zeese, *Drug Law* 6-44 through 64 (Clark Boardman Callahan, 1993).

"Military Enforcement of Drug Laws Under the Posse Comitatus Act," 1 *Drug Law Report* 121-129 (Sept./Oct. 1984).

"*Miller versus Texas*: Police Violence, Race Relations, Capital Punishment, and Gun-toting," 9 *Journal of Law and Policy* (Brooklyn Law School), No. 3, 737-66 (2001) (with Cynthia Leonardatos & David Kopel).
http://www.stephenhalbrook.com/law_review_articles/miller_v_texas.htm

"Nazi Firearms Law and the Disarming of the German Jews," 17 *Arizona Journal of International and Comparative Law*, No. 3, 483-532 (2000).
http://www.stephenhalbrook.com/article-nazilaw.pdf.  Condensed version: Ch. 9 of Aaron Zelman & Richard W. Stevens, *Death by "Gun Control": The Human Cost of Victim Disarmament* (Hartford, WI: Mazel Freedom Press, 2001), 75-111.

"Nazism, the Second Amendment, and the NRA: A Reply to Professor Harcourt," 11 *Tex. Rev. L. & Pol.* 113 (2006).  http://stephenhalbrook.com/law_review_articles/nazism.nra.pdf

"No Right to 'Bear Arms'? A Critical Analysis of *United States v. Masciandaro*," 1 *Wake Forest Law Review Online* 116 (2011), http://wakeforestlawreview.com/no-right-to-bear-arms-a-critical-analysis-of-united-states-v-masciandaro

"NRA and Law Enforcement Opposition to the Brady Act: From Congress to the Courts" (with R. Gardiner), 10 *St. John's Jour. of Legal Commentary* 13-41 (Fall 1994).

"*NRA v. BATFE*: A Misinterpretation of History," Jurist, Nov. 9, 2012.
http://jurist.org/hotline/2012/11/stephen-halbrook-nra-batfe.php.

"'Only Law Enforcement Will Be Allowed to Have Guns': Hurricane Katrina and the New Orleans Firearm Confiscations," 18 Geo. Mason U. Civ. Rts. L.J. 339 (Spring 2008).  18 GMUCRLJ 339.

"Operation Sunrise: America's OSS, Swiss Intelligence, and the German Surrender 1945," in *"Operation Sunrise". Atti del convegno internazionale (Locarno, 2 maggio 2005)*, a cura di Marino Viganò - Dominic M. Pedrazzini (Lugano 2006), 103-30.

"The Original Understanding of the Second Amendment," in *The Bill of Rights: Original Meaning and Current Understanding*, E. Hickok ed. (Charlottesville: University Press of Virginia, 1991), 117-129.  Cited as authority in *State v. Hirsch*, 177 Ore. App. 441, 446, 34 P.3d

1209, 1211 (2001).

"Personal Security, Personal Liberty, and 'the Constitutional Right to Bear Arms': Visions of the Framers of the Fourteenth Amendment," 5 *Seton Hall Constitutional Law Journal* 341-434 (Spring 1995).  Abridgement printed in 7 *Jour. on Firearms and Public Policy* 135-214 (Fall 1995). http://www.stephenhalbrook.com/law_review_articles/security.pdf. {Cited as authority in *Ezell v. City of Chicago*, – F.3d – , 2011 WL 2623511, *12 n.11 (7th Cir. 2011)}

"Rationing Firearms Purchases and the Right to Keep Arms:  Reflections on the Bills of Rights of Virginia, West Virginia, and the United States," 96 *West Virginia Law Review*, No. 1, 1-83 (Fall 1993).  Cited as authority in *In re Dailey*, 195 W. Va. 330, 342, 465 S.E.2d 601, 613 (1995). http://www.stephenhalbrook.com/law_review_articles/rationing-firearms.html

"Redefining a 'Crime' as a Sentencing Factor to Circumvent the Right to Jury Trial: *Harris v. United States*," *Cato Supreme Court Review, 2001-2002* (Washington, D.C.: Cato Institute, 2002), 187-225. http://www.cato.org/pubs/scr/docs/2002/halbrook.pdf

"Restoring the Tenth Amendment: *Printz v. United States*," in Robert W. McGee ed., *Commentaries on Law & Public Policy*.  South Orange, N.J.: Dumont Institute for Public Policy Research, 1998.

"A Revolution in Second Amendment Law," *Delaware Lawyer* 12-16 (Winter 2011/2012).

"The Right of the People or the Power of the State:  Bearing Arms, Arming Militias, and the Second Amendment," 26 *Valparaiso University Law Review* 131-207 (Fall 1991). Abridgement printed in 6 *Jour. on Firearms and Public Policy* 69-163 (Fall 1994).  Cited as authority in *United States v. Emerson*, 270 F.3d 203, 220 n.12 (5th Cir. 2001). http://www.stephenhalbrook.com/law_review_articles/power.pdf

"Право народа на хранение и ношение оружия: вторая поправка билля о правах сша [The Right of the People to Keep and Bear Arms: the Second Amendment in the U.S. Bill of Rights]," *Ukrainian Law Journal "Law of the USA,"* Issue 2 (2013), 240-50. http://pravoua.com.ua/ua/store/pravo_usa/usalaw_1-2_13/Halbrook-usa_2_13/.

"The Right of Workers to Assemble and to Bear Arms: *Presser v. Illinois*, One of the Last Holdouts Against Application of the Bill of Rights to the States," 76 *University of Detroit Mercy Law Review* 943-89 (Summer 1999). http://www.stephenhalbrook.com/law_review_articles/presser.pdf

"The Right to Bear Arms in Texas," 41 *Baylor Law Review*, 629-88 (1989). http://www.stephenhalbrook.com/law_review_articles/texas.pdf

"The Right to Bear Arms in the First State Bills of Rights: Pennsylvania, North Carolina, Vermont, and Massachusetts," 10 *Vermont Law Review* 255-320 (1985). http://www.stephenhalbrook.com/law_review_articles/state-bills.pdf

"The Right to Keep and Bear Arms Under the Second and Fourteenth Amendments," 5 *Journal on Firearms and Public Policy* 7-28 (Fall 1993). http://www.stephenhalbrook.com/law_review_articles/right-to-keep.html

"'Sau Nazi!'  What the Swiss Really Thought of Hitler," *Swiss American Historical Society Review*, Vol. 37, No. 1, 3-21 (February 2001).

"The Second Amendment as a Phenomenon of Classical Political Philosophy," *Firearms and Violence: Issues of Regulation*, ed. Don B. Kates.   Cambridge, Mass.: Ballinger Pub. Co., 1984, reprinted in *The Militia in 20th Century America*, M. Norval ed. (Falls Church, Va. 1985), at 41-65.

"The Second Amendment in the Supreme Court: Where It's Been and Where It's Going," 29 *Hamline Law Review*, No. 3, 449-59 (Summer 2006).

"Second Amendment Symposium – Panelist," 10 *Seton Hall Constitutional Law Journal*, No. 3, 815-20 (Summer 2000).

"Second-Class Citizenship and the Second Amendment in the District of Columbia," 5 *George Mason University Civil Rights Law Journal*, Nos. 1 & 2, 105-178 (1995).  Cited as authority in *Kasler v. Lockyer*, 23 Cal.4th 472, 506, 2 P.3d 581 (2000) (Brown, J., concurring). http://www.stephenhalbrook.com/law_review_articles/citizenship.pdf

"The Spirit of Resistance: The Swiss 'Wochenshau' and 'Armeefilmdienst,'" in Leo Schelbert ed., *Switzerland Under Siege, 1939-1945: A Neutral Nation's Struggle for Survival* (Rockport, ME: Picton Press, 2000).

"St. George Tucker: The American Blackstone," 32 *Virginia Bar News* 45-50 (Feb. 1984).

"St. George Tucker's Second Amendment: Deconstructing 'The True Palladium of Liberty,'" 3 *Tennessee Journal of Law and Policy*, No. 2, 120-55 (Spring 2007). http://stephenhalbrook.com/law_review_articles/Deconstructing_The_True_Palladium_of_Liberty.pdf

"Suing the Firearms Industry: A Case for Federal Reform?"  7 *Chapman Law Review* 11-38 (Spring 2004).  http://www.stephenhalbrook.com/law_review_articles/suing.pdf

"The Swiss and the Nazis," 43 *Swiss American Historical Review*, No. 1, 4-30 (Feb. 2007).

"The Swiss Confederation in the Eyes of America's Founders," 48 *Swiss American Historical Review* No. 3, 32-69 (Nov. 2012).

13

"The Swiss Influence on the American Constitution," in Halbrook, *Die Schweiz im Visier* (Zurich: Max Geilinger-Stiftung 2000), 30-39.

"Tench Coxe and the Right to Keep and Bear Arms, 1787-1823" (with David B. Kopel), 7 *William & Mary Bill of Rights Journal*, Issue 2, 347-99 (Feb. 1999). http://ssrn.com/abstract=1272675, http://www.stephenhalbrook.com/law_review_articles/cox.pdf

"To Keep and Bear Their Private Arms:  The Adoption of the Second Amendment, 1787-1791," 10 *Northern Kentucky Law Review* 13-40 (1982), reprinted in CONG. REC., 99th Cong., 1st Sess., S9105-9111 (July 9, 1985). http://www.stephenhalbrook.com/law_review_articles/keep-and-bear.pdf

"Tort Liability for the Manufacture, Sale, and Ownership of Handguns?"  6 *Hamline University Law Review* 351-382 (1983). http://www.stephenhalbrook.com/law_review_articles/tort-liability.pdf

"Victims and Arms in Classical Legal Philosophy," *To Be a Victim: Encounters with Crime and Injustice*, Diane Sank and David I. Caplan eds. (New York: Plenum Publishers 1991), at 359-370.

"What the Framers Intended:  A Linguistic Analysis of the Right to 'Bear Arms,'" 49 *Law and Contemporary Problems* 401-412 (1986).  Cited as authority in *United States v. Emerson*, 270 F.3d 203, 220 n.12, 227 (5th Cir. 2001); *State v. Hirsch*, 338 Or. 622, 658, 115 P.3d 1104, 1124 (2005); *United States v. Li*, 2008 WL 4610318, *3 (E.D. Wis. 2008); *State v. Jorgenson*, 312 P.3d 960, 966 (Wash. 2013) (*en banc*). http://www.stephenhalbrook.com/law_review_articles/linguistic-analysis.pdf

"Why Can't We Be Like France?  How the Right to Bear Arms Got Left Out of the Declaration of Rights and How Gun Registration was Decreed Just in Time for the Nazi Occupation," XXXIX *Fordham Urban Law Journal*, No. 5, 1637-1694 (Oct. 2012).

## CONGRESSIONAL TESTIMONY AND REPORTS

"Banning Small Metal Firearms and Plastic Firearms," *Undetectable Firearms*, Hearings Before the Subcommittee on the Constitution, Senate Judiciary Committee, 100th Cong., 1st Sess., 57-105 (1987).

"Enforcement of the Second Amendment by Congress: The Intent of the Fourteenth Amendment" and "Supreme Court Cases on the Second Amendment," Hearings Before the Subcommittee on Constitution, Senate Judiciary Committee, 105th Cong. (1998).

"The Fourteenth Amendment and the Right to Keep and Bear Arms:  The Intent of the Framers," *The Right to Keep and Bear Arms*, Report of the Subcommittee on the Constitution, Committee on the Judiciary, U.S. Senate, 97th Cong., 2d Sess., 68-82 (1982).  Reprinted in R. Cottrol ed., *Gun Control and the Constitution* 360-74 (N.Y.: Garland Pub., 1994). http://www.stephenhalbrook.com/law_review_articles/14th-amendment.pdf

"'I Can't Have My Babies Back': Historical and Constitutional Objections to Use of the National Guard in Domestic Law Enforcement" (with David B. Kopel), Hearings Before the Subcommittee on Crime, House Judiciary Committee, Oct. 5, 1994, 29 pp.

"Infringements on the Right to Keep and Bear Arms," *Selected Crime Issues: Prevention and Punishment*, Hearings before the Subcommittee on Crime and Criminal Justice, House Judiciary Committee, 102nd Cong., 1st Sess., 849-897 (1991).

"Police Surveillance and Temporary Suspension of the Exercise of a Constitutional Right," *The Brady Handgun Violence Prevention Act*, Hearings before Subcommittee on the Constitution, Senate Judiciary Committee, 101st Cong., 1st Sess., 167-211, 234-36 (1991).

"Prepared Statement," *Assault Weapons*, Hearing Before the Committee on the Judiciary, U.S. Senate, 103rd Cong., 1st Sess., 148-56 (1994).

"Prior Restraint, Police Surveillance, and the Purchase of Constitutionally Protected Arms," Subcommittee on Crime, House Judiciary Committee, 100th Cong., 2d Sess. (Feb. 24, 1988); also in *Handgun Violence Prevention Act of 1987*, Hearing Before the Subcommittee on the Constitution, Senate Judiciary Committee, 100th Cong., 2d Sess., 132-156 (1989).

"Prohibition of Firearms as an Infringement on the Right to Keep and Bear Arms, House Judiciary Committee, April 25, 1994, 22 pp.

"The Prohibition of Semiautomatic Firearms and the Right to Keep Arms," Subcommittee on Crime, House Judiciary Committee, April 5-6, 1989, 47 pp.

"Semiautomatic Firearms and the Second Amendment," *Assault Weapons*, Subcommittee on the Constitution, Senate Judiciary Committee, 101 Cong., 1st Sess., 165-205 (1990).

"Should Congress Regulate Sporting Equipment Used by Martial Artists?" *Mailing of Dangerous Martial Arts Weapons*, Senate Judiciary Committee, U.S. Senate, 99th Cong., 1st Sess., 56-81 (1986).

"Testimony," *Federal Licensing Procedures for Importing and Selling Firearms*, Senate Governmental Affairs Committee, 103d Cong., 1st Sess., 31, 43-48 (1993).

Testimony on Nomination of Eric Holder as Attorney General, Senate Judiciary Committee, 111th Cong., 1st Sess., January 16, 2009. http://judiciary.senate.gov/hearings/testimony.cfm?id=3629&wit_id=7575 (written), http://www.independent.org/blog/?p=994 (oral).

Testimony on the Nomination of Sonia Sotomayor to Be an Associate Justice of the Supreme Court, 111th Cong., 1st Sess., July 16, 2009.

http://judiciary.senate.gov/pdf/07-16-09HalbrookTestimony.pdf (written); http://www.senate.gov/fplayers/CommPlayer/commFlashPlayer.cfm?fn=judiciary071609&st=xxx (oral testimony starting at minute 632)

"Testimony on Proposed Bans on Miniature, Unrecognizable and Nonmetal Firearms," *Firearms Which Escape Detection at Airport Security Checkpoints*, Subcommittee on Crime, House Judiciary Committee, 100th Cong., 1st Sess. 138-270, 292-302 (1987).

"Unconstitutional Features of the D.C. Strict Liability Act," Hearings on Gun Liability Amendments to H.R. 3709, House Committee on the District of Columbia, 102nd Cong. (Nov. 21, 1991), 44 pp.

"A Waiting Period for Handgun Purchases as an Infringement on the Right to Keep and Bear Arms," House Judiciary Committee, 103rd Cong., 1st Sess. (Sept. 30, 1993), 30 pp.

"Waiting Periods and Police Scrutiny for Exercise of Constitutional Rights," Subcommittee on the Constitution, Senate Judiciary Committee, 100th Cong., 1st Sess. (June 16, 1987), 19 pp.

## SHORT ARTICLES

"Afraid to Trust the People With Arms," 7 *The Free Market*, No. 6, 2, 5 (June 1989), reprinted in *The Economics of Liberty*, ed. L. Rockwell (Ludwig von Mises Institute 1990).

"An American's View of How the Swiss Coped with the Crisis in the 1990s," *Wir Ziehen Bilanz: Zur Auseinandersetzung um die Haltung der Schweiz im Zweiten Weltkrieg* (Stäfa: Th. Gut Verlag, Zürichsee Presse AG, 2005), 154-73.  Also in *La Suisse au pilori? Témoignages et bilan à la suite du Rapport Bergier* (Edition Cabédita, Yens-sur-Morges 2006).

"An Armed Society," *American Guardian*, Jan. 1998, 40-43, 57-58.

"Anatomy of a Lie," *America's 1st Freedom*, October 2001, 24-29, 52-53.

"Another Look at the Brady Law," *Washington Post*, October 8, 1994, A-18. http://www.stephenhalbrook.com/articles/brady-law.html

"Armed and Free," *Soldier of Fortune*, December 1994, 6.

"Armed school guards are our best bet to stop future Newtowns," *Newsday* (Long Island), Jan. 24, 2013, http://www.newsday.com/opinion/oped/halbrook-armed-school-guards-are-our-best-bet-to-stop-future-newtowns-1.4503320.

"Armed to the Teeth, and Free," *Wall Street Journal Europe*, June 3, 1999.

http://www.stephenhalbrook.com/articles/guns-crime-swiss.html

"'Arming America' or Disarming Reality?"  149 *American Rifleman* 69 (January 2001).

"The Arms of All the People Should Be Taken Away," 137 *American Rifleman* 26-29, 76-77 (March 1989).  http://www.nraila.org/Issues/Articles/Read.aspx?ID=9

"Attorney General Ashcroft & the Second Amendment." http://www.nraila.org/media/misc/halbrookresp.htm

"BATF vs. Supreme Court," 144 *American Rifleman* 4 (Apr. 1996).

"Bear Arms and Go to Jail," Part A1 of *We The People:  Community Forums on the Constitution*, American Bar Association Commission on Public Understanding About the Law (1987), 14 pp.

"Bearing arms a right, not rhetoric, *Savannah Morning News*, Dec. 15, 2007, http://savannahnow.com/node/415575

"Bearing Arms is a Right,"  *San Antonio Express-News*, April 16, 1991, 9-A.

"The Bush Administration and the Second Amendment," *ALEC Policy Forum*, vol. 4, no. 2, 42-45 (Summer/Fall 2002).

"Can the First Amendment Survive a Ban on Tobacco Advertising?"  *American Voices* 409-15 (New York 1987).

"Chicago versus the Second Amendment," *Washington Examiner*, Feb. 27, 2010, http://www.washingtonexaminer.com/opinion/columns/OpEd-Contributor/Chicago-versus-the-Second-Amendment-85683127.html

"Citizens' rights reloaded" (with U.S. Senator Kay Bailey Hutchison), *Washington Times*, June 29, 2008,  http://www.washingtontimes.com/news/2008/jun/29/citizens-rights-reloaded/

"The Darker Side of Gun Control," *National Law Journal*, May 24, 2004, 39. http://www.stephenhalbrook.com/articles/darker-side.html

"Das Nazi-Waffengesetz und die Entwaffnung der deutschen Juden," *Allgemeine Schweizerische Militärzeitschrift*, Nr. 12, Dezember 2001, 8-11. http://stephenhalbrook.com/law_review_articles/entwaffnung.pdf

"Debating the Second Amendment Point: The Constitution protects each American's right to own a firearm," *San Diego Union Tribune*, May 19, 2002, G1, 6.

http://www.independent.org/newsroom/article.asp?ID=420

"Deconstructing the Second Amendment," posted by Newsmax.com, http://www.newsmax.com/archives/articles/2000/11/3/220439.shtml (Nov. 3, 2000).

"Der freie Bürger und sein Recht, eine Waffe zu tragen," *Schweizerzeit*, 21. Februar 2003, 5.

"Die Fehler der Vereiningten Statten vermeiden," *Neue Zürcher Zeitung*, March 4, 1997, 18.

"Die Schweiz – immer auf Seiten der Freiheit," *STAB-Preis 2002 für Stephen P. Halbrook und Angelo M. Codevilla* (Stiftung für Abendländische Besinnung Zürich, 2002), 27-33.

"Die Schweiz im Visier," *Neue Zürcher Zeitung*, April 23, 2003, S. 14. http://nzz.gbi.de/NZZ.ein

"Die Schweiz ist ein Sonderfall," *Pro Libertate*, Juli-August 2010, S. 5.

"Does the United States Need a National Database for Ballistic Fingerprints?" *Insight Magazine*, Vol. 18, Issue 41, Nov. 26, 2002. http://www.independent.org/newsroom/article.asp?id=161

"Don't Confirm Holder," *Human Events*, Jan. 28, 2009, http://www.humanevents.com/article.php?id=30445#continueA

"Eine dringende Ergänzung zum Bergier-Bericht: Ein Interview mit dem Juristen und Buchautor Stephen P. Halbrook," *Schweizerzeit*, 28.Mai 2010, 5-6.

"Eine kleine Gruppe spielt alles hoch: Stephen P. Halbrook über Stuart Eizenstat," *Die Weltwoche*, Nr. 51/52, 19. Dezember 2002, S. 9-10. weltwoche.ch, Ausgabe 51/02. http://www.weltwoche.ch/artikel/default.asp?AssetID=3932&CategoryID=60

"*Emerson*'s Second Amendment," 2001. http://www.stephenhalbrook.com/articles/emerson-article.html

"The Extreme Makeover of St. George Tucker," *America's 1st Freedom* 25 (Jan. 2007).

"Fear and Loathing Out West," 12 *The Environmental Forum* 41-42 (Sept./Oct. 1995).

"Firearms: On Trial in Germany," *NRA Action*, 3 (August 1992).

"The Founders and Firearms," *Washington Times*, June 11, 2008,

18

http://www.washingtontimes.com/news/2008/jun/11/the-founders-and-firearms/

"Framers Didn't Want National Police Force," *National Law Journal*, Jan. 17, 1994, at 14. http://www.stephenhalbrook.com/articles/framers.html

"Girl Beats Guys: A Swiss Teen Rifle Festival; Das Zürcher Knabenschiessen," *Schiessen Schweiz*, Nov. 25, 2004, 18-19.  Also in *Woman's Outlook*, Feb. 2006, 57, 63. http://www.stephenhalbrook.com/articles/swiss_teen_rifle_festival.html

"Gun Control is not Constitutional," in Henny H. Kim ed., *Guns and Violence* (San Diego: Greenhaven Press, 1999), 109-112.

"Gun Laws," 2 *Libertarian Forum*, No. 20, 4-6 (Oct. 15, 1970).

 "Gun Ownership Rights Violated in *Messerschmidt v. Millender*," *Jurist – Hotline*, Dec. 16, 2011, http://jurist.org/hotline/2011/12/stephen-halbrook-gun-rights.php

"Guns and Prohibition, in Al Capone's Day and Now,"  *Wall Street Journal*, April 11, 1989, A22.  http://www.stephenhalbrook.com/articles/guns&prohibition.html

"Guns and Rights," *USA Today*, May 16, 1990, 11A.

"How the Nazis Used Gun Control," *National Review Online*, Dec. 2, 2013. http://www.nationalreview.com/article/365103/how-nazis-used-gun-control-stephen-p-halbrook

"How the Swiss Defeated the Gun Ban," *America's 1ˢᵗ Freedom*, July 2011, 22-25.

"It is a Wonderful Model" (interview), *Current Concerns*, June 2013, 5-8.

"In the Shadow of William Tell," *Guns*, September 1997, 20, 22.

"It Started in Kentucky . . . Our First Gun Law," *Gun Digest* 52-55, ed. K. Warner (DBI Books 1986).

"Kontraproduktiv! Das Geplante Schweizer Waffenrecht Aus Der Sicht Eines Amerikaners," *Deutsches Waffen-Journal*, May 1997, 772-73.

"Letter from Prague," *Chronicles* 33-35 (Jan. 1995).

"Martial Arts Injuries," (with R.B. Birrer, M.D.), 16 *American Journal of Sports Medicine* 408-410 (1988).

"Martial Arts Weapons Injuries," 24 *Black Belt* 70-74, 98-102 (June 1986).

19

"Massachusetts Target Censorship Violates the First Amendment," *The Message*, Aug. 1999, 8.

"National Rifle Association," 2 *Violence in America: An Encyclopedia*, Ronald Cottesman ed. (New York: Charles Scribner's Sons, 1999), 436-38.

"The Nazis' Gun Ban Facilitated Kristallnact," *History News Network* (GMU), Nov. 25, 2013.  http://hnn.us/article/154043#sthash.CLV9vNHC.xMw20nwA.dpuf

"*NRA v. BATFE*: A Misinterpretation of History," *Jurist - Hotline*, Nov. 9, 2012, http://jurist.org/hotline/2012/11/stephen-halbrook-nra-batfe.php

"No Controlling Legal Authority," *America's 1ˢᵗ Freedom*, Nov./Dec. 2000, 14.

"The People Retain the Right to Arm Themselves," *National Law Journal*, May 27, 1996, A14.  http://www.stephenhalbrook.com/articles/people-retain-right.html

"Personal Liberty Guarantee," *Washington Times*, May 21, 1995.

"'Printz' Will Have Effect on U.S. Gun Legislation," National Law Journal, Aug. 18, 1997, A18. http://www.stephenhalbrook.com/articles/printz-legislation.html

"Product Liability Law," 131 *American Rifleman* 34-35, 71 (May 1983).

"Registration: The Nazi Paradigm," *American Rifleman* 52-55, 91 (June 2001). http://www.stephenhalbrook.com/registration_article/registration.html. Portuguese-language version: "Repressão Nazista dos Donos de Armas." http://desarmamento.tripod.com/articles/stephen_halbrook1.html.

"Relief in Sight?  H.R. 2640," *America's First Freedom*, Sept. 2007, 44, & *American Rifleman*, Sept. 2007, 16.

"Reports of the Death of the Second Amendment Have Been Greatly Exaggerated: The *Emerson* Decision," Nov. 19, 2001.  http://www.independent.org/tii/news/011119Halbrook.html

"Restoring the Second and Tenth Amendments," *LEAA Advocate*, Summer-Fall 1997, 70-72.

"Rewriting the Second Amendment," *American Rifleman*, October 2001, 48-49, 88-89. http://www.stephenhalbrook.com/articles/rewriting.html

"The Right to Bear Arms Isn't Just for Militias," *National Law Journal* A22 (Oct. 9, 1995). http://www.stephenhalbrook.com/articles/arms-militias.html

"The Right of the People to Keep and Bear Arms," *The Message* (Northborough, MA), July 1999, 5-6.

"The Right to Bear Arms," 78 *SAR Magazine* (Sons of the American Revolution) 14-15 (Summer 1983).

"Right to Bear Arms," 3 *Violence in America: An Encyclopedia*, Ronald Cottesman ed. (New York: Charles Scribner's Sons, 1999), 436-38.

"2nd Amendment: A Right to Own Arms?" *USA Today*, Nov. 20, 1991, 11A.

"Second Amendment: Post-Sniper Policy," *National Law Journal*, Nov. 11, 2002, A17. http://www.stephenhalbrook.com/articles/post-sniper-policy.html

"The Second Amendment Stands," *USA Today*, January 16, 1991, 8A.

"Securing Civil Rights," *America's First Freedom*, Oct. 2010, 46-50.

"Semiautomatic Article Draws BATF Response," 136 *American Rifleman* 34-35 (Dec. 1988).

"Should All Gun Sales Be Registered in a National Database?" 23 *CQResearcher*, No. 10, 249 (March 8, 2013). http://library.cqpress.com/cqresearcher/document.php?id=cqresrre2013030800

"Supreme Court Sides with Gun Owners," *American Rifleman* 46-48, 90-91 (August 1992).

"Swiss Mess: Homeland defense, the wrong way" (with Dave Kopel & Carlo Stagnaro), *National Review Online* (October 30, 2001). http://www.nationalreview.com/kopel/kopel103001.shtml

"Swiss Schuetzenfest," *American Rifleman*, 46-47, 74-75 (May 1993).

"Switzerland and Its Armed Citizenry," *Chronicles* 38-40 (Jan. 1998).

"Switzerland's Feldschiessen," *Gun Digest* 20-26 (1996/50th Annual Edition).

"Switzerland, Gun Laws," *Guns in American Society: An Encyclopedia of History, Politics, Culture, and the Law*, Gregg Lee Carter ed. (Santa Barbara, CA: ABC-CLIO, 2002), 569-72.  2012 edition, 802-06.

"Terror Law Trap for Gun Owners?" *Washington Times*, Mar. 14, 1996, A19.

"To Bear Arms for Self-Defense," 132 *American Rifleman* 28-29, 67-68 (Nov. 1984).

"To Keep and Bear Arms," *The Republic* (Columbus, IN), May 19, 1995. http://www.independent.org/newsroom/article.asp?ID=345

"To Trust the People with Arms," *New Federalist Papers*, No. 117 and 118, Public Research Syndicated (published in affiliated newspapers Aug. 1985).

"The War Against Semi-Automatics," 136 *American Rifleman* 40-41, 80 (June 1988).

"Tragödien gibt es überall," *Südkurier*, Feb. 28, 2011, http://www.suedkurier.de/news/brennpunkte/politik/hintergrund-politik/-bdquo-Tragoedien-gibt-es-ueberall-ldquo-;art475018,4749661

"Were the Founding Fathers in Favor of Gun Ownership?" *Washington Times*, Nov. 5, 2000, B5.  http://www.independent.org/newsroom/article.asp?ID=251  Spanish version: "¿Estaban los Padres Fundadores a Favor de la Tenencia de Armas?" http://www.elindependent.org/articulos/article.asp?id=251

"What Made the Nazi Holocaust Possible?" *Washington Times*, Nov. 7, 2013. http://www.washingtontimes.com/news/2013/nov/7/halbrook-the-key-to-this-german-pogrom-is-confisca/

"Where Kids and Guns Do Mix," *Wall Street Journal*, June 10, 1999, A26.  Spanish version: "Donde los Niños y las Armas se Entremezclan," http://www.elindependent.org/articulos/article.asp?id=347

"Why Switzerland?" *Current Concerns*, April 2000, 3-4.

"The World's Largest Rifle Shooting Match: Switzerland 1995," *The 1996 Precision Shooting Annual* (Manchester, CT: Precision Shooting, Inc., 1996).

**ARTICLES FEATURING**

John Gibeaut, "Bringing Lawyers, Guns and Money," *ABA Journal*, Oct. 2008, http://www.abajournal.com/magazine/bringing_lawyers_guns_and_money

John Gleeson, "Recoil from Evil: U.S. Spurned Gun Registration as Hitler's Handy Tool," *Winnipeg Sun*, Aug. 20, 2004. http://www.canoe.ca/NewsStand/Columnists/Winnipeg/John_Gleeson/2004/08/20/592781.html.

"Halbrook, Stephen P.," *Guns in American Society: An Encyclopedia of History, Politics, Culture, and the Law*, Gregg Lee Carter ed. (Santa Barbara, CA: ABC-CLIO, 2002), 277-81.

"Motor-Voter Foes Find Ally in Fairfax Lawyer," *Washington Post*, Aug. 24, 1995, Fairfax Weekly, 1, 3.

"Nelson County Blues: The New Proving Ground for Hunters' Rights," *Free Hunters*, Jan. 2005, 33.  http://www.freehunters.org/article.aspx?id=365

Peter Finn, "How the NRA helped reshape views of the Second Amendment," *Washington Post*, March 14, 2013, A1, 9.  http://www.washingtonpost.com/world/national-security/nra-money-helped-reshape-gun-law/2013/03/13/73d71e22-829a-11e2-b99e-6baf4ebe42df_story.html.

"The 2nd Amendment," *Wall Street Journal*, May 25, 1999, A1, 13.

"Stephen P. Halbrook," in Marjolijn Bijlefeld, *People For and Against Gun Control: A Biographical Reference* (Westport, Conn.: Greenwood Press, 1999), 105-10.

"10th Amendment's Hired Gun," *Legal Times*, June 19, 1995, 1, 12-13.

## LECTURES AND TALKS

American Bar Association, National Association of Criminal Defense Lawyers, Fairfax Bar Association, U.S. Congress Constitutional Forum, Heritage Foundation, Federalist Society, American Constitution Society, Cato Institute, American Enterprise Institute, American Civil Liberties Union, American Society for Legal History

Law Schools: Georgetown University, University of Virginia, American University, University of Richmond, St. Johns University, Touro University, Valparasio University, University of Arizona, George Mason University, University of Maine, Stetson University, St. Thomas University, University of Iowa, Chapman University, George Washington University, University of Arkansas, University of Denver, Wake Forest University, William Mitchell College, Hamline University, University of St. Thomas, City University of New York, Texas Wesleyan University, Southern Methodist University, University of Texas, Baylor University, Regent University, Syracuse University, Florida Coastal University, Florida State University, University of North Carolina, Campbell University, University of Missouri, Washington University, Saint Louis University, Temple University, Chicago-Kent, University of Kentucky, University of Louisville, Northern Kentucky University, University of Georgia, Santa Clara University, University of South Carolina, Gonzaga University, University of Idaho, Lewis and Clark University, Willamette University, University of Oregon, University of Hawaii, Rutgers University - Newark

Universities: Yale University, Norwich University

ABC News NOW, CNN, Phil Donahue Show, Court TV, Voice of America, numerous TV/radio shows

C-SPAN, interviews & Congressional testimony, 1988-2009, http://www.c-spanvideo.org/stephenhalbrook

"Justice" with Judge Jeanine Pirro, Fox News - http://www.stephenhalbrook.com/videos/jeanine.mp4
http://www.foxnews.com/on-air/justice-jeanine/index.html#/v/2186710402001/second-american-revolution-on-the-horizon/?playlist_id=163706
http://video.foxnews.com/v/2557453394001/were-trayvon-martins-civil-rights-violated/?playlist_id=163706

Glen Beck - Fox News  http://www.independent.org/blog/?p=1614

Lou Dobbs - CNN  http://www.independent.org/blog/?p=1405

CPAC  http://www.ustream.tv/recorded/1193402

Intelligence Squared - NPR:
http://www.npr.org/templates/player/mediaPlayer.html?action=1&t=1&islist=false&id=96409853&m=96566792

C-SPAN Washington Journal - http://www.c-span.org/Watch/watch.aspx?MediaId=SCourt-A-9370

Fourth Annual Right to Keep and Bear Arms Rally, Pennsylvania State Capitol, April 21, 2009, http://www.repmetcalfe.com/

Secret Passages: Episode 5 (Jaffe Productions), broadcast on History Channel (2002) (commentary on Swiss Alpine fortifications).

## AFFILIATIONS AND COMMITTEE SERVICE

Committee on Hearings, National Rifle Association
Ethics Forum, Fairfax Hospital Association
Research Fellow, Independent Institute, Oakland, CA
Public Information Committee, Virginia State Bar
Board of Scholars, Virginia Institute for Public Policy

## CONTINUING LEGAL EDUCATION SEMINARS TAUGHT (selected)

"Constitutional Law – The Right to Bear Arms," Texas Bar CLE, Ft. Worth, Sept. 27, 2013

"Constitutional Law: To the Supreme Court and Beyond," National Firearms Law Seminar, Orlando, April 25, 2003

"The Constitutional Right to Hunt," National Firearms Law Seminar, Pittsburgh, April 29, 2011

"The Constitutional Right to Hunt," National Firearms Law Seminar, St. Louis, April 13, 2007

"Ethical Issues: Counseling Clients in Possession of Unregistered Firearms," Virginia

24

CLE, Richmond, Nov. 10, 2011

"Ethical Issues in Firearms Law" and "Second Amendment Litigation," University of San Diego School of Law, October 15, 2011

"Ethical Issues: Counseling Clients in Possession of Unregistered Firearms" and "The Right to Bear Arms under the Virginia and United States Constitutions," Virginia CLE, Fairfax, Nov. 6, 2013

"Extent of the Individual Right to Gun Ownership," GMU Civil Rights Law Journal Symposium, Arlington, VA, Oct. 17, 2007

"Federal Constitutional Law Update," National Firearms Law Seminar, Houston, April 15, 2005

"Federal Firearms Law Issues" and "Counseling Clients in Illegal Possession of Firearms," Firearms Law in Tennessee, Lorman Educational Services, Nashville, May 12, 2005

"Federal Litigation Panel" and "Second Amendment Scholarship," University of Denver Law School, Oct. 12, 2013

"Firearms Confiscations During Emergencies," National Firearms Law Seminar, Louisville, May 16, 2008

"Firearms Law and the Second Amendment Symposium," George Mason University Law School, Arlington, VA, Sept. 24, 2005

"From Heller to Chicagoland: Incorporation of the Second Amendment into the Fourteenth Amendment?" National Firearms Law Seminar, Charlotte, May 14, 2010

"Habeas Corpus and the Rights of Firearms Owners," National Association of Criminal Defense Lawyers, Washington, D.C., May 21, 1996

"*Heller* in Chicagoland," George Mason University Law School, Arlington, VA, Nov. 19, 2008

"*Heller* in Chicagoland," National Firearms Law Seminar, Phoenix, May 15, 2009

"Interpreting the Second Amendment," Texas Bar CLE, Dallas, May 23, 2007

"Jury Nullification," American Bar Association, Washington, D.C., March 31, 1997

"Litigating Firearms Law Cases in the Supreme Court," National Firearms Law Seminar,

25

Charlotte, May 19, 2000

"Litigating the Right to Keep and Bear Arms," Federal Bar Association, Pittsburgh, Dec. 7, 2006

"A Right to Bear Arms (But Only at Home?)," National Firearms Law Seminar, St. Louis, April 13, 2012

"The Right to Bear Arms," Kentucky Bar Association Annual Convention, Covington, June 16, 2006

"The Right to Bear Arms in the Post *Heller/McDonald* World," Texas Bar CLE, San Antonio, Sept. 28, 2012

"The Right to Bear Arms under the Virginia and U.S. Constitutions," Virginia CLE, Richmond, Nov. 10, 2011

"The Second Amendment and the Right to Bear Arms," American Bar Association Annual Meeting, Atlanta, August 11, 1991

"Second Amendment Update" and "Zealous Representation With*out* the Bounds of the Law," National Firearms Law Seminar, June 11, 1999

"State and Federal Constitutional Issues Related to Firearms Law," Firearms Law in Virginia, Virginia CLE, Richmond, June 23, 2005

"Suing the Firearms Industry," Consumer Law Symposium, Chapman University Law School, Jan. 30, 2004

"The Supreme Court and Second Amendment Litigation," National Firearms Law Seminar, Milwaukee, May 19, 2006

"The Supreme Court and the Second Amendment" and "Suppression of Exculpatory Evidence: the Waco Prosecution," First Annual Firearms Law Seminar, Philadelphia, June 5, 1998

"Supreme Court Update" and "Ethical Issues: Candor Toward the Tribunal," National Firearms Law Seminar, Reno, April 26, 2002

"What is a Non-Frivolous, Good Faith Argument for the Reversal of Existing Law?" and "The Supreme Court's *Apprendi-Castillo* Decisions and the Right to Jury Trial," National Firearms Law Seminar, Kansas City, May 18, 2001

26

# EXHIBIT B

**DECLARATION OF STEPHEN P. HALBROOK**

**EXHIBIT B**

| Date | Service Performed | Hours |
|------|-------------------|-------|
| 5/6/11 | Ill. CCW - Email, Review of Files | 1.2 |
| 5/9/11 | Email, Legal Research, Review of Complaint | 1.5 |
| 5/10/11 | Legal Research, Email | 1.6 |
| 5/11/11 | Email, Preparation of Comments - Complaint | 3.6 |
| 5/12/11 | Draft Complaint, Email - Parties, Forum | 4.8 |
| 5/13/11 | Review of Complaint drafts, Email | 3.6 |
| 5/15/11 | Email - Plaintiff Issue | 0.3 |
| 5/16/11 | Email, Preparation of Memo - Carry Issue | 5.8 |
| 5/17/11 | Email, Preparation of Memo - Public Understanding | 4.8 |
| 5/18/11 | Preparation of Memo | 3.4 |
| 5/19/11 | Preparation of Memo | 4.0 |
| 5/24/11 | Preparation of Memo, Legal Research | 1.2 |
| 5/26/11 | Phone Conference with Counsel, Review of Aguilar File | 2.8 |
| 5/27/11 | Email Aguilar, Review of Petition, Decision Preparation of Memo | 1.6 |
| 6/13/11 | Legal Research, Preparation of Memo - Bear Arms | 2.8 |
| 6/22/11 | Review of Docket, Motion | 0.2 |
| 6/27/11 | Review of Alderman Letter, Email, Legal Research | 1.0 |
| 7/8/11 | Review of Declaration, P.I. Motion, Legal Research, Preparation of Comments | 2.8 |

1

| | | |
|---|---|---|
| 7/11/11 | Review of P.I. Memo | 0.5 |
| 7/14/11 | Email P.I. | 0.2 |
| 7/18/11 | Legal Research, Preparation of Memo | 0.6 |
| 7/21/11 | Review of Masciandaro Petition | 1.0 |
| 7/22/11 | Email - Brady Amicus | 0.2 |
| 7/25/11 | Review of Opp. to Injunction, Review of Motion to Dismiss | 2.5 |
| 7/26/11 | Review of Briefs | 0.5 |
| 7/27/11 | Email - Dismiss, MSJ | 0.4 |
| 7/28/11 | Review of Brady Motions, Email | 0.4 |
| 8/5/11 | Review Summary Judgment Draft, Comments | 1.2 |
| 8/6/11 | Review of Opposition, Brady Amicus | 2.5 |
| 8/7/11 | Preparation of Reply Brief | 5.4 |
| 8/8/11 | Preparation of Reply Brief | 3.2 |
| 8/14/11 | Review of Draft Opposition Dismiss, Email | 1.2 |
| 8/19/11 | Review of Response Motion Dismiss | 0.6 |
| 8/29/11 | Review of Madigan Reply | 0.4 |
| 9/5/11 | Review of Motion to Defer | 0.4 |
| 9/6/11 | Legal Research - Kachalsky | 0.8 |
| 9/19/11 | Review of Opposition to Summary Judgment | 0.3 |
| 9/21/11 | Legal Research - New Cases | 0.4 |
| 9/22/11 | Review of Response to Supp. Authority | 1.0 |
| 9/27/11 | Phone Conference with Counsel | 0.3 |

2

| | | |
|---|---|---|
| 9/29/11 | Review of Ezell Order Mootness | 0.4 |
| 9/30/11 | Legal Research - Hightower, New Cases | 0.8 |
| 10/19/11 | Legal Research - P. Charles L. Rev. | 0.6 |
| 11/16/11 | Review of Order, Email | 0.2 |
| 11/17/11 | Conf. Call Counsel, Email | 0.4 |
| 11/27/11 | Legal Research - Montyce H. | 0.8 |
| 12/19/11 | Legal Research - New Cases | 1.6 |
| | Email Extension | 0.1 |
| 1/3/12 | Prepare Memo - Preemption | 3.8 |
| 1/4/12 | Review Petition Rehear and Brady Amicus | |
| | Review Kachalsky Petition | 2.4 |
| 1/9/12 | Review Filings, Email | 0.4 |
| 1/26/12 | Conference Call with Counsel- Status | 0.5 |
| 2/5/12 | Review of Moore, Gonzales Decisions | 1.5 |
| 2/7/12 | Conference Call with Counsel | |
| | Review of Hightower Brief | 0.6 |
| 2/8/12 | Response to Motion to Supplement | 0.3 |
| 3/5/12 | Review of Md. Decision, Comments, Prepare Letter to Court | 3.4 |
| 3/12/12 | Review of Woollard Filings - Stay | 0.6 |
| 3/16/12 | Review of Moore Appeal Brief | 0.6 |
| 3/20/12 | Review of Nordyke Oral Argument | |
| | Legal Research - Standard of Review | 1.4 |
| 3/21/12 | Review of Woollard Opp. to Stay | |
| | Court Questions, Email | 0.6 |

3

| | | |
|---|---|---|
| 5/11/12 | Email - Amici | 0.2 |
| 5/16/12 | Review Amici Briefs, Legal Research, Prepare Response | 2.2 |
| 5/22/12 | Review Drafts, Prepare Comments - Reply | 1.2 |
| 5/24/12 | Review Moore Reply | 0.6 |
| 5/30/12 | Legal Research | 0.6 |
| 6/1/12 | Legal Research, Review Briefs | 2.4 |
| 6/4/12 | Review Briefs, Moot Court | 2.4 |
| 6/7/12 | Review Oral Argument - Mass. | 1.0 |
| 6/12/12 | Review Oral Argument - 7th Cir. | 1.3 |
| 6/18/12 | Review Woollard Appeal Brief | 0.4 |
| 6/29/12 | Legal Research- New Cases- Standard of Review | 0.5 |
| 7/6/12 | Review of Historians Brief- Aguilar, Email | 1.6 |
| 7/12/12 | Review of Woollard Amicus | 0.4 |
| 7/30/12 | Review Woollard Briefs | 0.8 |
| 8/6/12 | Review Historians Brief - Woollard | 0.8 |
| 11/28/12 | Review Supplemental Authority, Email | 0.7 |
| 11/30/12 | Review Response Kachalsky, Prepare Comments | 0.8 |
| 12/11/12 | Review Opinion (7th Circuit), Prepare Memo | 1.6 |
| 12/13/12 | Review Supp. Letters, Email | 0.4 |
| 12/14/12 | Review Opinion, Prepare Memo | 0.8 |
| 12/18/12 | Review Motion Rehear Extension, Email | 0.2 |
| 1/22/13 | Review Opposition to Rehear draft, Prepare Comments | 1.2 |

4

| | | |
|---|---|---|
| 2/22/13 | Email - Denial Rehearing, Review Dissent | 1.4 |
| 3/14/13 | Review Kachalsky Opposition | 0.4 |
| 3/22/13 | Review Woollard Opinion | 1.0 |
| 3/24/13 | Legal Research - New Cases | 1.5 |
| 3/26/13 | Legal Research - New Cases | 0.6 |
| 3/27/13 | Review Kalchasky Reply, New Decisions | 1.8 |
| 4/29/13 | Review of App. Extend Time- Cert. | 0.2 |
| 6/7/13 | Legal Research- New Cases | <u>0.6</u> |
| | Total Hours | 121.6 |

*Services related to preparation of motion for attorney's fee*

| | | |
|---|---|---|
| 12/5/13 | Phone Conference w/Counsel, Compile Fee Info | 0.4 |
| 12/12/13 | Review of Draft Brief, Case Records | 1.4 |
| | Preparation of Declaration | 1.5 |
| 12/13/13 | Preparation of Declaration Fees | 3.2 |
| 12/16/13 | Review of Time Sheet- Reasonableness, Preparation of Declaration | <u>2.8</u> |
| | Total Hours | 10.2 |
| | GRAND TOTAL HOURS | 131.8 |