IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MARY E. SHEPARD and the ILLINOIS STATE RIFLE ASSOCIATION,**　　　　　　　　　　)<br>)<br>)<br>**Plaintiffs,**　　　　　　　　　　　　　　　　　　　)<br>)<br>v.　　　　　　　　　　　　　　　　　　　　　　　　)<br>)<br>**LISA M. MADIGAN, solely in her official capacity as ATTORNEY GENERAL OF ILLINOIS, GOVERNOR PATRICK L. QUINN, solely in his official capacity as Governor of the State of Illinois, TYLER R. EDMONDS, solely in his official capacity as the State's Attorney of Union County, Illinois, and SHERIFF DAVID LIVESAY, solely in his official capacity as Sheriff of Union County,**　　　　　　)<br>)<br>**Defendants.**　　　　　　　　　　　　　　　　) | NO. 11-CV-405-WDS |

## O R D E R

**STIEHL, District Judge:**

This matter is before the Court on plaintiffs' motion for attorney's fees (Doc. 106) and defendants' motion for an extension of time to file a response to fee request and to conduct discovery (Doc. 108). The plaintiffs have filed an objection to the request for an extension of time and for discovery (Doc. 109).

In their petition for attorneys' fees, plaintiffs seek in excess of $627,000.00, expenses of $12,441.65, and taxable costs of $791.00 and have filed a bill of costs in support of the motion, together with several affidavits of counsel as to the fee request. Defendants seek an extension of 90 days in which to conduct limited discovery (in the form of written interrogatories and possibly the

depositions of plaintiffs' counsel). Plaintiffs, in response to defendants' request for additional time, assert that a limited extension of time is acceptable, but that the need for discovery has not been established.

Upon review of the record, the Court **FINDS** that limited discovery and an extension of time may be of assistance to the Court for resolution of the issue of the appropriateness of the request for attorneys' fees and costs. The defendants in this case are represented by the State of Illinois, and, although a fee award against them is wholly appropriate, it is reasonable to allow a meaningful response to such a large fee request.

Accordingly, the Court **GRANTS** defendant's motion for additional time to file a response to plaintiffs' motion for fees and costs. Defendants may propound not more than 15 written interrogatories to plaintiffs directed to specific issues in the motion for fees and costs. The Court is not persuaded at this time that deposition of the attorneys involved in this litigation is necessary. The interrogatories shall be tendered on or before February 17, 2014. Plaintiffs shall submit their answers to the interrogatories on or before March 3, 2014. Defendants' response to the motion for attorneys' fees and costs shall be filed on or before March 17, 2014. Plaintiffs may file a reply to the response on or before March 28, 2014.

**IT IS SO ORDERED.**

**DATE:**  **17 January, 2013**

　　　　　　　　　　　　　　　　　　　　　　**/s/   WILLIAM D. STIEHL**
　　　　　　　　　　　　　　　　　　　　　　　　**DISTRICT JUDGE**