IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARY E. SHEPARD and the ILLINOIS )
STATE RIFLE ASSOCIATION, )
　　　　　　　　　　　　　　　　　　　　　　)
　　　　Plaintiffs, )
　　　　　　　　　　　　　　　　　　　　　　)
　　　　-vs- ) No. 11-405
　　　　　　　　　　　　　　　　　　　　　　)
LISA M. MADIGAN, solely in her official )
capacity as ATTORNEY GENERAL OF )
ILLINOIS, GOVERNOR PATRICK J. )
QUINN, solely in his official capacity as )
Governor of the State of Illinois, )
TYLER R. EDMONDS, solely in his )
official capacity as the State's Attorney )
of Union County, Illinois, and SHERIFF )
DAVID LIVESAY, solely in his official )
capacity as Sheriff of Union County, )
　　　　　　　　　　　　　　　　　　　　　　)
　　　　Defendants. )

## MOTION FOR EXTENSION OF TIME TO
## RESPOND TO FEE PETITION AND BILL OF COSTS

COME NOW the defendants, Lisa Madigan, in her official capacity as Attorney General of the State of Illinois, Governor Patrick Quinn, and Tyler R. Edmonds, by and through their counsel, LISA MADIGAN, Attorney General of the State of Illinois, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, request an extension of time, up to and including April 15, 2014, to respond to the fee petition filed by plaintiff's attorneys and the bill of costs. In support thereof, the following statements are made.

1. Plaintiffs filed a motion for attorneys' fees in excess of $627,000; expenses in excess of $12,000; and costs of nearly $800 on December 27, 2013 [Doc. 106,107].

2. On January 6, 2014, defendants requested an extension of time to respond to the plaintiffs' motion for attorneys' fees. [Doc. 108]

3. On January 10, 2014, this Court granted defendants' motion for extension of time [Doc. 117].

4. The parties are currently working on resolving a discovery dispute and discussing settlement.

5. This motion is not made for the purpose of delay, but is made to adequately defend the fee petition and bill of costs.

6. Plaintiffs' counsel has indicated that they have no objection to a three week extension of time to attempt to resolve any discovery disputes and for defendants to file a response to the petition for fees.

WHEREFORE for the above and foregoing reasons, defendants, Lisa Madigan, in her official capacity as Attorney General of the State of Illinois, Governor Patrick Quinn, and Tyler R. Edmonds, respectfully request this honorable Court to grant them up to and including, April 15, 2014, to respond to the fee petition filed by plaintiffs' attorneys and the bill of costs.

Respectfully submitted,

LISA MADIGAN, PATRICK QUINN, and TYLER R. EDMONDS,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendants.

By: /s/Karen L. McNaught
Karen L. McNaught #6200462
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, IL 62706
Telephone: (217) 782-1841
Facsimile: (217) 524-5091
kmcnaught@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARY E. SHEPARD and the ILLINOIS STATE RIFLE ASSOCIATION, | ) ) ) | |
| Plaintiffs, | ) ) | |
| -vs- | ) ) | No. 11-405 |
| LISA M. MADIGAN, solely in her official capacity as ATTORNEY GENERAL OF ILLINOIS, GOVERNOR PATRICK J. QUINN, solely in his official capacity as Governor of the State of Illinois, TYLER R. EDMONDS, solely in his official capacity as the State's Attorney of Union County, Illinois, and SHERIFF DAVID LIVESAY, solely in his official capacity as Sheriff of Union County, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**Certificate of Service**

I hereby certify that on March 14, 2014, I electronically filed Motion for Extension of Time with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

William N. Howard
Jeffrey M. Cross
Freeborn & Peters LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
whoward@freebornpeters.com
jcross@freebornpeters.com

Charles J. Cooper
David H. Thompson
National Rifle Association of America, Inc.
1523 New Hampshire Avenue NW
Washington, D.C. 20036
ccooper@cooperkirk.com
dthompson@cooperkirk.com

Joseph A. Bleyer
K. Rockne Bleyer
Bleyer & Bleyer
601 W. Jackson Street
P.O. Box 487
Marion, IL 62959
jableyer@bleyerlaw.com
kbleyer@bleyerlaw.com

Jonathan L. Diesenshaus
Hogan, Lovells US, LLP
555 Thirteenth Street NW
Washington, D.C. 20004
jonathan.diesenhaus@hoganlovells.com

and I hereby certify that on March 14, 2014, I mailed by United States Postal Service, the document to the following non-registered participant:

None

Respectfully submitted,

/s/Karen L. McNaught
Karen L. McNaught #6200462
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-1841
Facsimile:  (217) 524-5091
kmcnaught@atg.state.il.us