IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARY E. SHEPARD AND THE ILLINOIS STATE RIFLE ASSOCIATION, | ) ) ) | |
| Plaintiffs | ) ) ) | |
| vs. | ) ) | No. 3:11-cv-00405-MJR-PMF |
| LISA M. MADIGAN, solely in her official capacity as ATTORNEY GENERAL OF ILLINOIS, GOVERNOR PATRICK J. QUINN, solely in his official capacity as Governor of the State of Illinois, TYLER EDMONDS, solely in his official capacity as the State's Attorney of Union County, Illinois, and SHERIFF DAVID LIVESAY, solely in his official capacity as Sheriff of Union County, Illinois, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION FOR EXTENSION OF TIME TO FILE
## A RESPONSIVE PLEADING PURSUANT TO RULE 6(b)
## OF THE FEDERAL RULES OF CIVIL PROCEDURE

NOW Comes the Defendant, Sheriff David Livesay, solely in his official capacity as Sheriff of Union County, by Joseph A. Bleyer of Bleyer and Bleyer, his attorneys, and for his Motion to Join the State Defendants' Motion for Extension of Time to File a Response to Plaintiffs' Fee Peition (Doc 111) Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, say:

1. That the Defendant, Sheriff David Livesay joins in the State Defendant's Motion for Time.

WHEREFORE, Defendant, Sheriff David Livesay, prays that this Court enter an Order granting the Defendant Sheriff David Livesay to and including April 15, 2014, to file a response to the Plaintiffs' fee petition..

        BLEYER and BLEYER

        S/Joseph A. Bleyer
        Attorney Registration No. 6193192
        Attorneys for Defendant, Sheriff David Livesay

BLEYER AND BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone:  (618)997-1331
Facsimile:  (618)997-6559
e-mail:  jableyer@bleyerlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2014, I electronically filed a Motion for Extension of Time on behalf of Sheriff David Livesay, solely in his official capacity as Sheriff of Union County, with the Clerk of the Court using CM/ECF System which will send notifications of such filing to the following:

    William N. Howard
    Freeborn & Peters LLP
    311 S. Wacker Drive, Suite 3000
    Chicago, IL 60606

    Terence Corrigan
    Karen McNaught
    Assistant Attorney General
    Lisa Madigan, Attorney General
    500 South Second
    Springfield, IL 62706-0001

I hereby certify that on March 14, 2014, I mailed by United States Postal Service, the documents to the following nonregistered participants:

    None

    S/JOSEPH A. BLEYER

BLEYER AND BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone:  (618)997-1331
Facsimile:  (618)997-6559
e-mail:  jableyer@bleyerlaw.com