IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARY E. SHEPARD and the ILLINOIS STATE RIFLE ASSOCIATION, | ) ) ) |
| Plaintiffs, | ) ) |
| -vs- | ) No. 11-405 ) |
| LISA M. MADIGAN, solely in her official capacity as ATTORNEY GENERAL OF ILLINOIS, GOVERNOR PATRICK J. QUINN, solely in his official capacity as Governor of the State of Illinois, TYLER R. EDMONDS, solely in his official capacity as the State's Attorney of Union County, Illinois, and SHERIFF DAVID LIVESAY, solely in his official capacity as Sheriff of Union County, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## **MOTION FOR LEAVE TO FILE IN EXCESS OF TWENTY PAGES**

Now come the defendants, Lisa Madigan, Patrick J. Quinn and Tyler R. Edmonds, by their attorney, Lisa Madigan, Attorney General of the State of Illinois, and hereby move this honorable Court for relief from that portion of Local Rule 7.1(d) which limits memoranda of law to twenty pages. In support thereof, defendants make the following statements:

1. On December 27, 2013, Plaintiffs filed a motion for attorneys' fees, expenses and taxable costs.

2. Defendants were granted an extension of time to respond on or before April 18, 2014.

3. Plaintiffs' motion for fees is extensive due to the large number of attorneys working for plaintiffs in this matter.

4. In order to adequately address the number of arguments raised in plaintiffs'

motion for attorneys' fees, defendants response exceeds the page limitation imposed by Rule 7.1(d).

WHEREFORE, defendants pray this honorable Court grant them leave to file a memorandum of law in excess of twenty pages.

    Respectfully submitted,

    LISA MADIGAN, GOVERNOR PARTICK J. QUINN and TYLER R. EDMONDS,

    Defendants,

    LISA MADIGAN, Attorney General
    State of Illinois,

Terence J. Corrigan, #6191237    Attorney for Defendants.
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
(217)782-5819    By:   s/Terence J. Corrigan
    TERENCE J. CORRIGAN
Of Counsel.    Assistant Attorney General

# Certificate of Service

I hereby certify that on April 18, 2014, I electronically filed Defendants' Motion for Leave to File in Memorandum in Excess of Twenty Pages with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

whoward@freebornpeters.com    ccooper@cooperkirk.com
jcross@freebornpeters.com     dthompson@cooperkirk.com

jonathan.diesenhaus@hoganlovells.com

jableyer@bleyerlaw.com
kbleyer@bleyerlaw.com

and I hereby certify that on April 18, 2014, I mailed by United States Postal Service, the document to the following non-registered participant:

None

Respectfully submitted,

/s/Terence J. Corrigan
Terence J. Corrigan
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-5819
Facsimile:  (217) 524-5091
tcorrigan@atg.state.il.us