IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | | |
|---|---|---|
| MARY E. SHEPARD and the ILLINOIS STATE RIFLE ASSOCIATION, | ) ) ) | |
| Plaintiffs, | ) ) | No. 3:11-cv-00405-WDS-PMF |
| v. | ) ) ) | Honorable Judge Michael J. Reagan |
| LISA M. MADIGAN, solely in her official capacity as ATTORNEY GENERAL OF ILLINOIS, GOVERNOR PATRICK J. QUINN, solely in his official capacity as Governor of the State of Illinois, TYLER R. EDMONDS, solely in his official capacity as the State's Attorney of Union County, Illinois, and SHERIFF DAVID LIVESAY, solely in his official capacity as Sheriff of Union County, | ) ) ) ) ) ) ) ) ) ) ) | Magistrate Judge Philip M. Frazier |
| Defendants. | ) | |

## PLAINTIFFS' MOTION TO CITE SUPPLEMENTAL AUTHORITY

Plaintiffs respectfully request this Court's leave to cite Order of July 3, 2014, *Illinois Ass'n of Firearms Retailers, Inc. v. City of Chicago* (N.D. Ill.) (attached as Exhibit A), as supplemental authority in support of their motion for an award of attorneys' fees, expenses, and taxable costs. In support of this request, Plaintiffs state as follows:

1. In *Illinois Ass'n of Firearms Retailers*, the Northern District of Illinois struck down the City of Chicago's ban on the sale and transfer of firearms. *See* 961 F. Supp.2d 928, 947 (N.D. Ill. 2014). The City did not appeal the decision.

2. On June 25, 2014, the plaintiffs in *Illinois Ass'n of Firearms Retailers* filed a motion seeking an award of attorneys' fees and expenses totaling $940,000. The City of Chicago did not oppose the motion.

1

Case 3:11-cv-00405-MJR-PMF   Document 121   Filed 07/15/14   Page 2 of 3   Page ID #1581

3. Cooper & Kirk, which represents Plaintiffs in this case, also represented the plaintiffs in *Illinois Ass'n of Firearms Retailers*. The *Illinois Ass'n of Firearms Retailers* plaintiffs sought hourly rates for Cooper & Kirk attorneys that exceed the rates Plaintiffs seek for the same Cooper & Kirk attorneys in this case. *Compare* Joint Statement at 1, *Illinois Ass'n of Firearms Retailers* (N.D. Ill. June 25, 2014) (attached as Exhibit B) (rates of Charles J. Cooper, David H. Thompson, Howard C. Nielson, Jr., and Peter A. Patterson), *with* Declaration of David H. Thompson, Exhibit A at 1-2 (Doc. 106-1 at 17-18) (Dec. 27, 2013) (same). (The difference is explained by the fact that those plaintiffs sought the attorneys' 2014 rates, while Plaintiffs here seek their 2011-2013 rates.)

4. On July 3, 2014, the Northern District of Illinois granted the fee petition filed by the *Illinois Ass'n of Firearms Retailers* plaintiffs. The court expressly found that the requested award of $940,000 was reasonable: "Upon a review of the hours and hourly rates in the Joint Statement, the Court finds that the total reasonable attorney's fees and costs awarded to Plaintiffs is $940,000 . . . ." Exhibit A at 1-2.

5. For the foregoing reasons, the Northern District of Illinois's order provides further support for Plaintiffs' fee petition in this case.

Dated: July 15, 2014                                  Respectfully submitted,

William N. Howard                                    s/ Charles J. Cooper
LOCKE LORD LLP                                       Charles J. Cooper*
111 S. Wacker Dr.                                    David H. Thompson*
Chicago, IL 60606                                    COOPER & KIRK, PLLC
Tel: (312) 443-0333                                  1523 New Hampshire Avenue, N.W.
Fax: (312) 896-6433                                  Washington, D.C. 20036
whoward@lockelord.com                                Tel: (202) 220-9600
                                                     Fax: (202) 220-9601
                                                     ccooper@cooperkirk.com
                                                     *Admitted *pro hac vice*.

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned attorney states that he caused a true and correct copy of **Plaintiffs' Motion to Cite Supplemental Authority** to be served upon the parties of record, as shown below, via the Court's CM/ECF system on the **15th** day of **July, 2014**.

By:   s/ Charles J. Cooper

## SERVICE LIST

Terence J. Corrigan
Illinois Attorney General's Office
500 South Second Street
Springfield, IL 62706
Tel: (217) 782-5819
Fax: (217) 524-5091
tcorrigan@atg.state.il.us

Jonathan Lee Diesenhaus
HOGAN LOVELLS LLP
555 13th Street, N.W.
Washington, D.C. 20004
Tel: (202) 637-5416
Fax: (202) 637-5910
jonathan.diesenhaus@hoganlovells.com

Karen L. McNaught
Illinois Attorney General's Office - Springfield
500 South Second Street
Springfield, IL 62706
Tel: (217) 782-1841
Fax: (217) 524-5091
kmcnaught@atg.state.il.us

Joseph A. Bleyer
K. Rockne Bleyer
BLEYER & BLEYER
601 West Jackson
P.O. Box 487
Marion, IL 62959
Tel: (618) 997-1331
jableyer@bleyerlaw.com

Karl Triebel
Illinois Attorney General's Office - Chicago 2
100 West Randolph Street
12th Floor
Chicago, IL 60601
Tel (312) 814-2391
Fax: (312) 814-2253
ktriebel@atg.state.il.us