IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | | |
|---|---|---|
| MARY E. SHEPARD and the ILLINOIS STATE RIFLE ASSOCIATION, | ) ) ) | |
| Plaintiffs, | ) ) | No. 3:11-cv-00405-MJR-PMF |
| v. | ) ) ) | Honorable Judge Michael J. Reagan |
| LISA M. MADIGAN, solely in her official capacity as ATTORNEY GENERAL OF ILLINOIS, GOVERNOR PATRICK J. QUINN, solely in his official capacity as Governor of the State of Illinois, TYLER R. EDMONDS, solely in his official capacity as the State's Attorney of Union County, Illinois, and SHERIFF DAVID LIVESAY, solely in his official capacity as Sheriff of Union County, | ) ) ) ) ) ) ) ) ) ) ) | Magistrate Judge Philip M. Frazier |
| Defendants. | ) | |

## **PLAINTIFFS' SUPPLEMENTAL MOTION FOR ATTORNEYS' FEES**

Pursuant to this Court's order of September 29, 2014, Doc. 124 ("Order"), Plaintiffs submit this supplemental request for attorneys' fees reflecting expenses of securing their fee award that were not included in their initial fee petition. Plaintiffs request a supplemental award in the amount of $116,133.50.

"Where a plaintiff has obtained excellent results, his attorney should recover a fully compensatory fee. Normally this will encompass all hours reasonably expended on the litigation," *Hensley v. Eckerhart*, 461 U.S. 424, 435 (1983), including "the hours reasonably required . . . 'for the collection of fees,'" Order 15 (quoting *Johnson v. GDF, Inc.*, 668 F.3d 927, 933 (7th Cir. 2012)). Plaintiffs obtained excellent results in this case; as this Court recognized, their "victory was comprehensive." *Id.* at 22. They thus are "entitled to recover fees reflecting

1

Cooper & Kirk and Locke Lord attorneys' work on" securing their fee award that were not included in the initial fee petition.  *Id.* at 23.  Those fees are detailed below.

## I.     Cooper & Kirk

Plaintiffs' initial fee petition included Cooper & Kirk's fees through November 2013.  *See* Thompson Decl. ¶ 6, Doc. 106-1.  With this supplemental motion, Plaintiffs submit additional Cooper & Kirk fees in the amount of $92,756.00.  *See* Thompson Supp. Decl., Exhibit A, at 1.  Of that amount, $25,197.00 reflects work related to the filing of the fee petition.  *See id.* at 1-3.  The remainder—$67,379.00—primarily reflects work responding to the State's discovery requests, its "unpersuasive" legal arguments, Order 5, and its "niggling" objections to Plaintiffs' time sheets that sought to "punish Plaintiffs by . . . decontextualizing every description of the work their attorneys performed," *id.* at 16, 17.  *See* Thompson Supp. Decl., Exhibit A, at 1, 3-6.  Plaintiffs attempted to eliminate the necessity of much of this work by extending an offer to settle the fee litigation in March 2014, but the State declined to engage in substantive settlement discussions.  *See* Thompson Supp. Decl. ¶ 8 & Exhibit B.

## II.    Locke Lord

With this supplemental motion, Plaintiffs request $23,377.50 for Locke Lord fees that were not included in their initial fee petition.  *See* Howard Supp. Decl. ¶ 4.  Of that amount, $16,815.00 reflects work related to the filing of the fee petition, *see id.* Exhibit A, at 3, while the remainder primarily reflects work related to responding to the State's discovery requests and its opposition to the fee petition.

In conclusion, Plaintiffs request a supplemental fee award in the amount of $116,133.50 as compensation for the amount of additional time their attorneys spent securing their fee award.

Dated: October 17, 2014

William N. Howard
LOCKE LORD LLP
111 S. Wacker Drive
Chicago, IL 60606
Tel: (312) 443-0333
Fax: (312) 896-6433
whoward@lockelord.com

Respectfully submitted,

s/ Charles J. Cooper
Charles J. Cooper*
David H. Thompson*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
ccooper@cooperkirk.com
*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned attorney states that he caused a true and correct copy of **PLAINTIFFS' SUPPLEMENTAL MOTION FOR ATTORNEYS' FEES** to be served upon the parties of record, as shown below, via the Court's CM/ECF system on the **17th** day of **October, 2014**.

By:   s/ Charles J. Cooper

## SERVICE LIST

Terence J. Corrigan
Illinois Attorney General's Office
500 South Second Street
Springfield, IL 62706
Tel: (217) 782-5819
Fax: (217) 524-5091
tcorrigan@atg.state.il.us

Joseph A. Bleyer
K. Rockne Bleyer
BLEYER & BLEYER
601 West Jackson
P.O. Box 487
Marion, IL 62959
Tel: (618) 997-1331
jableyer@bleyerlaw.com

Jonathan Lee Diesenhaus
HOGAN LOVELLS LLP
555 13th Street, N.W.
Washington, D.C. 20004
Tel: (202) 637-5416
Fax: (202) 637-5910
jonathan.diesenhaus@hoganlovells.com

Karl Triebel
Illinois Attorney General's Office - Chicago 2
100 West Randolph Street
12th Floor
Chicago, IL 60601
Tel (312) 814-2391
Fax: (312) 814-2253
ktriebel@atg.state.il.us

Karen L. McNaught
Illinois Attorney General's Office - Springfield
500 South Second Street
Springfield, IL 62706
Tel: (217) 782-1841
Fax: (217) 524-5091
kmcnaught@atg.state.il.us

4