## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS
## BENTON DIVISION

MARY E. SHEPARD and the ILLINOIS )
STATE RIFLE ASSOCIATION )
  )
        Plaintiffs, )
  )
  )
    vs. )     Case No. 3:11-cv-00405-MJR
  )
LISA M. MADIGAN, solely in her official )     Honorable Judge Michael J. Reagan
capacity as ATTORNEY GENERAL OF )
ILLINOIS, GOVERNOR PATRICK J. QUINN, )
solely in his official capacity as Governor of the )
State of Illinois, TYLER R. EDMONDS, solely )
in his official capacity as the State's Attorney of )
Union County, Illinois, and SHERIFF DAVID )
LIVESAY, solely in his official capacity as )
Sheriff of Union County, )
  )
        Defendants. )

### SUPPLEMENTAL DECLARATION OF WILLIAM N. HOWARD

My name is William N. Howard.  Pursuant to 28 U.S.C. § 1746, I make this Declaration on personal knowledge.  I am an attorney of record in the above-entitled action. I am over the age of 18 years and competent to testify to the matters set forth herein.

1.      The original fee petition filed in this case contained invoices through October 31, 2013.  Since the submission of the original fee petition, I billed 10.7 hours at $450.00, for a total charge to Plaintiffs of $4,815.00.  *See* Ex. "A".  This work was necessary to adequately represent Plaintiffs' interests.  Additionally, attorney Keith L. Gibson and paralegal Vickie Waide assisted me with the additional work on this case.

2.      Keith Gibson is an attorney at LL that assisted me in the above-entitled action. Keith Gibson has been actively practicing law for over 16 years.  Since the submission of the

original fee petition, Keith Gibson billed 33.1 hours at $425.00, for a total charge to Plaintiffs of $14,067.50.  *See* Ex. "A".

3.     Vickie Waide is a paralegal at LL that assisted me in the above-entitled action. Vickie Waide has been actively working as a paralegal for 29 years.  Since the submission of the original fee petition, Vickie Waide billed 15.5 hours at $290.00, for a total charge to Plaintiffs of $4,495.00.  *See* Ex. "A".

4.     In total, LL charged the Plaintiffs $23,377.50 in fees and costs since the original Petition for Fees was submitted.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: 10-17-14                                    _____
                                                   William N. Howard

# EXHIBIT A



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

National Rifle Association
11250 Waples Mill Rd.
Fairfax, VA 22030

January 16, 2014
Invoice No.: 1047973

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through December
31, 2013

███████ **$16,870.00**

File Number:   1006337.00001
RE:   Illinois Concealed Carry Law / Shepard

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| ████ | ██ | ████████████████████████ | ██ |
| ████ | ██ | ████████████████████ | ██ |
| ████ | ██ | ███████████████████ | ██ |
| 11/08/13 | WNH | Tended to issues related to Bill of Costs. | 0.50 |
| 11/08/13 | KLG | Exchange emails with counsel regarding status of filing of mandate and filing of petition for fees and costs. | 0.30 |
| 11/08/13 | KLG | Review of file materials and legal research regarding filing of mandate and petition for fees and costs. | 0.40 |
| 12/02/13 | WNH | Tended to issues pertaining to fees and costs recover. | 0.80 |
| 12/05/13 | KLG | Initial review of invoices for fee petition; prepare email to W. Howard regarding status of same. | 0.40 |
| 12/06/13 | KLG | Exchange emails with counsel regarding status of fee petition. | 0.20 |
| 12/09/13 | WNH | Tended to bill of costs issues including affidavits, securing billing records and related matters. | 0.80 |
| 12/09/13 | KLG | Exchange emails regarding production of Freeborn & Peters invoices. | 0.30 |

National Rifle Association
File No.: 1006337.00001

Invoice Date: January 16, 2014
Invoice No.: 1047973
Page: 2

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 12/10/13 | KLG | Review of draft fee petition; review of invoices in support of fee petition. | 2.40 |
| 12/11/13 | WNH | Tended to bill of costs issues including affidavits, securing billing records and related matters. | 0.80 |
| 12/11/13 | KLG | Exchange emails with counsel regarding status of preparation of attorneys fees petition. | 0.20 |
| 12/11/13 | KLG | Review of invoices in preparation of declaration in support of petition for attorneys fees. | 2.60 |
| 12/11/13 | VLW | Begin preparation of list of all attorneys who worked on this matter, all hours billed, rates at which times were billed and total fees incurred. | 3.10 |
| 12/11/13 | VLW | Office conference with K. Gibson regarding assistance needed in preparing Memorandum in Support of Attorney's Fees in this matter. | 0.20 |
| 12/11/13 | VLW | Preparation of Declaration of William N. Howard. | 1.10 |
| 12/12/13 | KLG | Work on attorneys fees petition including declaration of B. Howard, preparation of exhibits and review of invoices and bill of costs. | 3.50 |
| 12/12/13 | VLW | Preparation of list of attorneys who worked on this matter, all hours billed, rates at which times were billed and total fees incurred, and office conference with K. Gibson regarding revisions needed. | 3.50 |
| 12/12/13 | VLW | Preparation of Declaration of William N. Howard and office conference with K. Gibson regarding revisions needed. | 1.40 |
| 12/13/13 | VLW | Correspond with Locke Lord billing coordinator to obtain copies of various invoices for inclusion in Declaration of William N. Howard. | 0.20 |
| 12/13/13 | VLW | Attention to rechecking list of hours billed, rates at which times were billed and total fees incurred for inclusion in Declaration of William N. Howard. | 0.90 |
| 12/16/13 | WNH | Continued work on fees motions and materials; work with K Gibson regarding same. | 0.30 |
| 12/16/13 | KLG | Work on draft declaration of William Howard, review invoices and prepare supporting exhibits for petition for attorneys fees; prepare draft bill of costs. | 6.60 |
| 12/16/13 | VLW | Office conference with K. Gibson re: status of Declaration and continued preparation of attachments to Declaration and prepare Bill of Costs. | 5.10 |
| 12/20/13 | KLG | Exchange emails with counsel (Patterson) regarding status of | 0.20 |

National Rifle Association
File No.: 1006337.00001

Invoice Date: January 16, 2014
Invoice No.: 1047973
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | fee petition. | |
| 12/20/13 | KLG | Continued preparation and edit/revision of draft declaration of W. Howard; continued preparation of supporting exhibits to fee petition. | 2.50 |
| 12/23/13 | KLG | Exchange numerous emails with counsel (Patterson) regarding preparation of fee petition and bill of costs. | 0.80 |
| 12/27/13 | KLG | Final preparation of declaration, bill of costs, invoices and exhibits for petition for attorneys fees. | 5.20 |
| | | **TOTAL HOURS** | ▮ 44.3 |
| | | **TOTAL FEES** | ▮ $16,815.00 |

------------------------------ BILLING PROFESSIONALS ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| W. N. Howard | Partner | 450.00 | 3.2 ▮ | ▮ 1,440.00 |
| K. L. Gibson | Senior Counsel | 425.00 | 25.6 ▮ | ▮ 10,880.00 |
| V.L. Waide-Ashmore | Paralegal | 290.00 | 15.50 | 4,495.00 |
| **TIMEKEEPER TOTALS** | | | **45.70** | $ ▮ 16,815.00 |

| DATE | EXPENSES | VALUE |
|------|----------|-------|
| | Photocopies | 55.00 |
| | TOTAL EXPENSES | $55.00 |

| | | |
|---|---|---|
| TOTAL FEES | | $ ▮ $ 16,815.00 |
| TOTAL EXPENSES | | $55.00 |
| TOTAL FEES AND EXPENSES | | $ ▮ $16,870.00 |
| **TOTAL BALANCE DUE** | | $ ▮ $16,870.00 |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546

ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call W. N. Howard of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Tim Langston @ (312) 528-9533, can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above.  It does not include the unpaid balance of any prior statement.)



# Locke Lord
### LLP
## Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

National Rifle Association
11250 Waples Mill Rd.
Fairfax, VA 22030

January 16, 2014
Invoice No.: 1047973

---

## REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through December 31, 2013

File Number: 1006337.00001
RE: Illinois Concealed Carry Law / Shepard

Total Fees ................................................................................ $̶ ̶ ̶ **$16,815.00**

Total Expenses ......................................................................... $55.00

**Total Due this Statement** ....................................................... ̶ ̶ ̶ **$16,870.00**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call W. N. Howard of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Tim Langston @ (312) 528-9533 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

National Rifle Association
11250 Waples Mill Rd.
Fairfax, VA 22030

April 18, 2014
Invoice No.: 1065662

Total amount due for the legal services rendered and expenses incurred in connection with the referenced matter through February 28, 2014

██████  **$3,551.30**

File Number:    1006337.00001
RE:    Illinois Concealed Carry Law / Shepard

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 01/07/14 | KLG | Review of Defendants' Motion for Extension of Time to Response to Fee Petition and for Leave to Conduct Discovery; exchange emails with P. Patterson and conference with B. Howard regarding same; telephone call to Judge's clerk regarding filing of response to same | 1.20 |
| 01/08/14 | KLG | Telephone call with court clerk (Fix) regarding filing of response to defendant's motion for leave to conduct discovery and for extension of time to respond to fee petition | 0.30 |
| 01/08/14 | KLG | Exchange emails with counsel (Patterson) regarding response to defendant's motion for leave to conduct discovery and for extension of time to respond to fee petition | 0.30 |
| 01/13/14 | KLG | Review of draft response memorandum in opposition to defendants motion for extension and leave to conduct discovery; conference with B. Howard and exchange emails with P. Patterson regarding same | 1.50 |
| 02/11/14 | KLG | Exchange emails with P. Patterson regarding status of discovery responses; review of defendant's discovery requests to plaintiffs | 0.40 |
| 02/12/14 | WNH | Review of discovery filed by Defendant with regard to fees. | 0.50 |
| 02/18/14 | WNH | Tended to securing information required for discovery responses. | 0.30 |
| ██████ | ██ | ████████████████████. | ███ |

National Rifle Association
File No.: 1006337.00001

Invoice Date: April 18, 2014
Invoice No.: 1065662
Page: 2

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 02/25/14 | WNH | Tended to discovery issues and communication with team regarding proper responses to same. | 0.80 |
| 02/26/14 | WNH | Tended to discovery issues and communication with team regarding proper responses to same. | 0.80 |
| 02/26/14 | KLG | Review of file materials regarding status of discovery responses. | 0.40 |
| 02/27/14 | WNH | Tended to discovery issues ad communication with team regarding proper responses to same. | 0.80 |
| 02/28/14 | WNH | Tended to discovery issues and communication with team regarding proper responses to same. | 0.80 |
| | | **TOTAL HOURS** | ▇ 8.1 |
| | | **TOTAL FEES** | ▇ $3,542.50 |

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE | |
|---|---|---|---|---|---|
| W. N. Howard | Partner | 450.00 | 4.00 | 1,800.00 | |
| ▇ | | ▇ | ▇ | ▇ | |
| K. L. Gibson | Senior Counsel | 425.00 | 4.10 | 1,742.50 | |
| **TIMEKEEPER TOTALS** | | | 8.1 ▇ | ▇ | $3,542.50 |

| DATE | EXPENSES | VALUE |
|---|---|---|
| | Photocopies | 5.80 |
| | PACER Online Research | 3.00 |
| | TOTAL EXPENSES | $8.80 |

| | | |
|---|---|---|
| TOTAL FEES | ▇ | $3,542.50 |
| TOTAL EXPENSES | | $8.80 |
| TOTAL FEES AND EXPENSES | ▇ | $3,551.30 |
| **TOTAL BALANCE DUE** | ▇ | $3,551.30 |

**PLEASE REMIT PAYMENT:**

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

<u>Via Wire:</u>
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call W. N. Howard of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Tim Langston @ (312) 528-9533, can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above.  It does not include the unpaid balance of any prior statement.)



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

National Rifle Association
11250 Waples Mill Rd.
Fairfax, VA 22030

April 18, 2014
Invoice No.: 1065662

---

## REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through February 28, 2014

File Number:   1006337.00001
RE:  Illinois Concealed Carry Law / Shepard

Total Fees .................................................................................. $                **$3,542.50**

Total Expenses ......................................................................... $8.80

**Total Due this Statement** ................................................... $            **$3,551.30**

---

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call W. N. Howard of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Tim Langston @ (312) 528-9533 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

National Rifle Association
11250 Waples Mill Rd.
Fairfax, VA 22030

June 4, 2014
Invoice No.: 1074449

---

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through April 30,
2014

███████ **$2,289.90**

File Number:   1006337.00001
RE:   Illinois Concealed Carry Law / Shepard

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 03/01/14 | WNH | Review of discovery materials from co-counsel and work on finalizing same. | 0.50 |
| 03/03/14 | WNH | Tended to discovery issues. | 1.30 |
| ██████ | ██ | ████████████████████████████████████ | ██ |
| 03/10/14 | WNH | Tended to discovery conference issues. | 0.50 |
| 03/11/14 | KLG | Telephone conference with defendants attorneys regarding discovery responses related to fee petition. | 0.40 |
| 03/13/14 | WNH | Follow-up on status of discovery responses and information. | 0.30 |
| 03/13/14 | KLG | Exchange emails with attorney Patterson regarding production of documents to defendants. | 0.40 |
| 03/21/14 | WNH | Tended to discovery issues and communication with team regarding same; review of communications from team regarding same. | 0.30 |
| 03/21/14 | KLG | Review of email from attorney Patterson and production of documents to defendants regarding attorneys fees petition. | 0.40 |
| 03/25/14 | KLG | Review of letter from attorney Patterson regarding amended response to defendant's interrogatories. | 0.20 |

National Rifle Association
File No.:  1006337.00001

Invoice Date: June 4, 2014
Invoice No.:  1074449
Page: 2

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 03/28/14 | KLG | Telephone call with attorney Patterson regarding status of production of documents and status of settlement | 0.20 |
| ███ | ███ | ████████████████████ | ███ |
| 04/23/14 | WNH | Review of motion for extension of time and for additional pages for Reply. | 0.30 |
| 04/25/14 | WNH | Review of fee petition objections. | 0.30 |
| | | **TOTAL HOURS** | ███ 5.1 |
| | | **TOTAL FEES** | ███ $2,255.00 |

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | | VALUE | |
|---|---|---|---|---|---|---|
| W. N. Howard | Partner | 450.00 | 3.5 | ███ | ███ | $1,575.00 |
| K. L. Gibson | Senior Counsel | 425.00 | 1.6 | ███ | ███ | $680.00 |
| **TIMEKEEPER TOTALS** | | | | ███ | ███ | $2,255.00 |

| DATE | EXPENSES | VALUE |
|---|---|---|
| | PACER Online Research | 6.10 |
| | Binding Supplies | 28.80 |
| | TOTAL EXPENSES | $34.90 |

| | | | |
|---|---|---|---|
| TOTAL FEES | | ███ | $2,255.00 |
| TOTAL EXPENSES | | | $34.90 |
| TOTAL FEES AND EXPENSES | | ███ | $2,289.90 |
| **TOTAL BALANCE DUE** | | ███ | $2,289.90 |

Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call W. N. Howard of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Tim Langston @ (312) 528-9533, can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above.  It does not include the unpaid balance of any prior statement.)



# Locke Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

National Rifle Association
11250 Waples Mill Rd.
Fairfax, VA 22030

June 4, 2014
Invoice No.: 1074449

---

**REMITTANCE ADVICE**

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through April 30, 2014

File Number:  1006337.00001
RE:  Illinois Concealed Carry Law / Shepard

Total Fees ..................................................................................................... **$2,255.00**

Total Expenses .................................................................................. $34.90

**Total Due this Statement** ....................................................................... **$2,289.90**



**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call W. N. Howard of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Tim Langston @ (312) 528-9533 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

# Locke Lord
### LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

National Rifle Association
11250 Waples Mill Rd.
Fairfax, VA 22030

August 21, 2014
Invoice No.: 1088929

---

Total amount due for the legal services rendered in connection with the
referenced matter through June 30, 2014                                    $595.00

File Number:   1006337.00001
RE:   Illinois Concealed Carry Law / Shepard

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/27/14 | KLG | Review and edit/revision of draft reply brief in support of plaintiffs' motion for attorneys fees. | 1.20 |
| 05/27/14 | KLG | Telephone call with attorney Patterson regarding edits to reply brief. | 0.20 |
| | | **TOTAL HOURS** | **1.40** |
| | **TOTAL FEES** | | **$595.00** |

------------------------------ BILLING PROFESSIONALS ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| K. L. Gibson | Senior Counsel | 425.00 | 1.40 | 595.00 |
| **TIMEKEEPER TOTALS** | | | **1.40** | **$595.00** |
| **TOTAL BALANCE DUE** | | | | **$595.00** |

PLEASE REMIT PAYMENT:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

Box #24259

712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call W. N. Howard of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Tim Langston @ (312) 528-9533, can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above.  It does not include the unpaid balance of any prior statement.)



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

National Rifle Association
11250 Waples Mill Rd.
Fairfax, VA 22030

August 21, 2014
Invoice No.: 1088929

---

## REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through June 30, 2014

    File Number:   1006337.00001
          RE:   Illinois Concealed Carry Law / Shepard

Total Fees ................................................................................ $595.00

**Total Due this Statement** ............................................. **$595.00**



PLEASE REMIT PAYMENT:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call W. N. Howard of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Tim Langston @ (312) 528-9533 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above.  It does not include the unpaid balance of any prior statement.)

# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

National Rifle Association
11250 Waples Mill Rd.
Fairfax, VA 22030

September 16, 2014
Invoice No.: 1093797

---

Total amount due for the legal services rendered in connection with the
referenced matter through August 31, 2014

<u>$765.00</u>

File Number:   1006337.00001
RE:   Illinois Concealed Carry Law / Shepard

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/15/14 | KLG | Review of draft motion to cite supplemental authority in support of fee petition; exchange emails with counsel regarding same. | 0.40 |
| | | **TOTAL HOURS** | **0.40** |
| | **TOTAL FEES** | | **$170.00** |

------------------------------- **BILLING PROFESSIONALS** -------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| K. L. Gibson | Senior Counsel | 425.00 | 0.40 | 170.00 |
| **TIMEKEEPER TOTALS** | | | **0.40** | **$170.00** |

| | |
|---|---|
| BALANCE DUE FROM PREVIOUS STATEMENT | $595.00 |
| **TOTAL BALANCE DUE** | **$765.00** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX 77002

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call W. N. Howard of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Tim Langston @ (312) 528-9533, can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above.  It does not include the unpaid balance of any prior statement.)



# Locke Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

National Rifle Association
11250 Waples Mill Rd.
Fairfax, VA 22030

September 16, 2014
Invoice No.: 1093797

---

## REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through August 31, 2014

File Number:  1006337.00001
RE:  Illinois Concealed Carry Law / Shepard

Total Fees ........................................................................... $170.00

**Total Due this Statement** ................................................ **$170.00**

Balance Due from Previous Statement ................................. $595.00

**Total Balance Due** ........................................................... **$765.00**



**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call W. N. Howard of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Tim Langston @ (312) 528-9533 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above.  It does not include the unpaid balance of any prior statement.)