IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | | |
|---|---|---|
| MARY E. SHEPARD and the ILLINOIS STATE RIFLE ASSOCIATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| -vs- | ) ) | No. 11-405-MJR-PMF |
| LISA M. MADIGAN, solely in her official capacity as ATTORNEY GENERAL OF ILLINOIS, GOVERNOR PATRICK J. QUINN, solely in his official capacity as Governor of the State of Illinois, TYLER R. EDMONDS, solely in his official capacity as the State's Attorney of Union County, Illinois, and SHERIFF DAVID LIVESAY, solely in his official capacity as Sheriff of Union County, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION FOR EXTENSION OF TIME**

NOW COME defendants, Lisa Madigan, Governor Patrick J. Quinn, and Tyler R. Edmonds, by and through their counsel, Lisa Madigan, Attorney General of the State of Illinois, and, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, move this honorable Court for an extension of time of six (6) business days, up to and including November 3, 2014, in which to respond to plaintiff's Supplemental Fee Petition.

In support thereof, it is stated:

1. Defendants response to plaintiffs' Supplemental Fee Petition was due on October 24, 2014.

2. The undersigned inadvertently calendared the response as due October 31, 2014.

3. The undersigned has been extremely busy with other matters, including preparation of motions to dismiss in 23 state court cases which were due October 27, 2014.

4. The undersigned apologizes to the court and counsel for the error.

5. Plaintiffs' counsel has made a settlement offer which was forwarded to the Chicago Office of the Attorney General for a decision.

6. The undersigned has not received a response to plaintiffs' offer.

7. The undersigned wishes to avoid responding to the petition, if the settlement offer will be accepted.

8. The undersigned seeks a brief extension to respond to the settlement offer, and, if necessary respond to plaintiffs' Petition.

WHEREFORE, defendants respectfully request an extension of time of six (6) business days, up to and including November 3, 2014, in which to respond to plaintiffs' Supplemental Fee Petition.

    Respectfully submitted,

    LISA MADIGAN, GOVERNOR PATRICK J. QUINN, and TYLER R. EDMONDS,

    Defendants,

Terence J. Corrigan, #6191237     LISA MADIGAN, Attorney General
Assistant Attorney General     State of Illinois,
Attorney for Defendants
500 South Second Street     Attorney for Defendants.
Springfield, IL 62706
Telephone: (217) 782-5819     By: /s/Terence J. Corrigan
Facsimile: (217) 524-5091     TERENCE J. CORRIGAN
tcorrigan@atg.state.il.us     Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | |
|---|---|
| MARY E. SHEPARD and the ILLINOIS STATE RIFLE ASSOCIATION,<br><br>Plaintiff,<br><br>-vs-<br><br>LISA M. MADIGAN, solely in her official capacity as ATTORNEY GENERAL OF ILLINOIS, GOVERNOR PATRICK J. QUINN, solely in his official capacity as Governor of the State of Illinois, TYLER R. EDMONDS, solely in his official capacity as the State's Attorney of Union County, Illinois, and SHERIFF DAVID LIVESAY, solely in his official capacity as Sheriff of Union County,<br><br>Defendants. | No. 11-405-MJR-PMF |

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2014, the foregoing document, *Motion for Extension of Time*, was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Charles J Cooper | ccooper@cooperkirk.com |
| David H. Thompson | dthompson@cooperkirk.com, |
| Jonathan L. Diesenhaus | jonathan.diesenhaus@hoganlovells.com |
| Joseph A. Bleyer | jableyer@bleyerlaw.com |
| K. Rockne Bleyer | kbleyer@bleyerlaw.com |
| William N Howard | whoward@lockelord.com |

    Respectfully submitted,

  By: /s/Terence J. Corrigan
    Terence J. Corrigan, #6191237
    Assistant Attorney General
    Attorney for Defendants
    500 South Second Street
    Springfield, IL 62706
    Telephone: (217) 782-5819
    Facsimile: (217) 524-5091
    tcorrigan@atg.state.il.us