IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | | |
|---|---|---|
| MARY E. SHEPARD and the ILLINOIS STATE RIFLE ASSOCIATION, | ) ) ) | |
| Plaintiffs, | ) ) | No. 3:11-cv-00405-MJR-PMF |
| v. | ) ) ) | Honorable Judge Michael J. Reagan |
| LISA M. MADIGAN, solely in her official capacity as ATTORNEY GENERAL OF ILLINOIS, GOVERNOR PATRICK J. QUINN, solely in his official capacity as Governor of the State of Illinois, TYLER R. EDMONDS, solely in his official capacity as the State's Attorney of Union County, Illinois, and SHERIFF DAVID LIVESAY, solely in his official capacity as Sheriff of Union County, | ) ) ) ) ) ) ) ) ) ) ) ) | Magistrate Judge Philip M. Frazier |
| Defendants. | ) | |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR EXTENSION OF TIME**

On October 28, 2014, Defendants filed a motion seeking to extend the deadline for responding to Plaintiffs' Supplemental Motion for Attorneys' Fees from October 24 to November 3, 2014.  Plaintiffs do not oppose Defendants' motion, but they do respectfully request that they be given the same opportunity to file a reply as provided by the original schedule—i.e., that the deadline for a reply not to exceed two pages be set for seven days after the new due date for Defendants' response.

Dated:  October 29, 2014                  Respectfully submitted,

| | |
|---|---|
| William N. Howard | s/ Charles J. Cooper |
| LOCKE LORD LLP | Charles J. Cooper* |
| 111 S. Wacker Drive | David H. Thompson* |
| Chicago, IL 60606 | COOPER & KIRK, PLLC |
| Tel: (312) 443-0333 | 1523 New Hampshire Avenue, N.W. |
| Fax: (312) 896-6433 | Washington, D.C. 20036 |

whoward@lockelord.com

Tel: (202) 220-9600
Fax: (202) 220-9601
ccooper@cooperkirk.com
*Admitted *pro hac vice*.

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned attorney states that he caused a true and correct copy of **PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR EXTENSION OF TIME** to be served upon the parties of record, as shown below, via the Court's CM/ECF system on the **29th** day of **October, 2014**.

By:    s/ Charles J. Cooper

**SERVICE LIST**

| | |
|---|---|
| Terence J. Corrigan | Joseph A. Bleyer |
| Illinois Attorney General's Office | K. Rockne Bleyer |
| 500 South Second Street | BLEYER & BLEYER |
| Springfield, IL 62706 | 601 West Jackson |
| Tel: (217) 782-5819 | P.O. Box 487 |
| Fax: (217) 524-5091 | Marion, IL 62959 |
| tcorrigan@atg.state.il.us | Tel: (618) 997-1331 |
| | jableyer@bleyerlaw.com |
| | |
| Jonathan Lee Diesenhaus | Karl Triebel |
| HOGAN LOVELLS LLP | Illinois Attorney General's Office - |
| 555 13th Street, N.W. | Chicago 2 |
| Washington, D.C. 20004 | 100 West Randolph Street |
| Tel: (202) 637-5416 | 12th Floor |
| Fax: (202) 637-5910 | Chicago, IL 60601 |
| jonathan.diesenhaus@hoganlovells.com | Tel (312) 814-2391 |
| | Fax: (312) 814-2253 |
| | ktriebel@atg.state.il.us |
| | |
| Karen L. McNaught | |
| Illinois Attorney General's Office - | |
| Springfield | |
| 500 South Second Street | |
| Springfield, IL 62706 | |
| Tel: (217) 782-1841 | |
| Fax: (217) 524-5091 | |
| kmcnaught@atg.state.il.us | |