IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | | |
|---|---|---|
| MARY E. SHEPARD and the ILLINOIS STATE RIFLE ASSOCIATION, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | No. 11-405-MJR-PMF |
| LISA M. MADIGAN, solely in her official capacity as Attorney General of Illinois, GOVERNOR PATRICK J. QUINN, solely in his official capacity as Governor of the State of Illinois, TYLER R. EDMONDS, solely in his official capacity as the State's Attorney of Union County, Illinois, and SHERIFF DAVID LIVESAY, solely in his official capacity as Sheriff of Union County, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | The Honorable Michael Reagan, Judge Presiding, and The Honorable Philip M. Frazier, Magistrate |
| Defendants. | | |

## NOTICE OF APPEAL

Notice is hereby given that defendants LISA MADIGAN, PATRICK J. QUINN, and TYLER R. EDMONDS, hearby appeal to the United States Court of Appeals for the Seventh Circuit from the district court's September 29, 2014 order awarding $533,603.80 in fees, expenses, and costs to the plaintiffs (Doc. 124).

                                                  Respectfully submitted,

                                                  LISA MADIGAN, Attorney General,
                                                  State of Illinois

                                   By:   /s/ Terence J. Corrigan
                                            Terence J. Corrigan
                                            Assistant Attorney General
                                            500 South Second Street
                                            Springfield, Illinois 62706
                                            Telephone: (217) 782-5819
                                            Facsimile:  (217) 524-5091
                                            tcorrigan@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | |
|---|---|
| MARY E. SHEPARD and the ILLINOIS STATE RIFLE ASSOCIATION,<br><br>    Plaintiff,<br><br>    -vs-<br><br>LISA M. MADIGAN, solely in her official capacity as ATTORNEY GENERAL OF ILLINOIS, GOVERNOR PATRICK J. QUINN, solely in his official capacity as Governor of the State of Illinois, TYLER R. EDMONDS, solely in his official capacity as the State's Attorney of Union County, Illinois, and SHERIFF DAVID LIVESAY, solely in his official capacity as Sheriff of Union County,<br><br>    Defendants. | No. 11-405-MJR-PMF |

## CERTIFICATE OF SERVICE

    I hereby certify that on October 28, 2014, the foregoing document, Notice of Appeal, was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Charles J Cooper | ccooper@cooperkirk.com |
| David H. Thompson | dthompson@cooperkirk.com, |
| Jonathan L. Diesenhaus | jonathan.diesenhaus@hoganlovells.com |
| Joseph A. Bleyer | jableyer@bleyerlaw.com |
| K. Rockne Bleyer | kbleyer@bleyerlaw.com |
| William N Howard | whoward@lockelord.com |

    Respectfully submitted,

By:  /s/Terence J. Corrigan
    Terence J. Corrigan, #6191237
    Assistant Attorney General
    500 South Second Street
    Springfield, IL  62706
    Telephone:  (217) 782-5819
    Facsimile:  (217) 524-5091
    tcorrigan@atg.state.il.us