

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

**JUSTINE FLANAGAN**
ACTING CLERK OF COURT

TEL: 618.439.7760
FAX: 618.435.2409

**OFFICE OF THE CLERK**
**301 WEST MAIN STREET**
**BENTON, ILLINOIS 62812**

## NOTICE OF THE FILING OF A NOTICE OF APPEAL

Re: *Shepard, et al, v. Madigan, et al*
    11-cv-405-MJR-PMF

A Notice of Appeal has been filed in the above-captioned case. The record on this appeal is due to be prepared on or before November 13, 2014.

You should consult the Federal Rules of Appellate Procedure and the Circuit Rules of the United States Court of Appeals for the Seventh Circuit concerning the record on appeal, the appeal fee, the docketing statement, and other procedural requirements for perfecting the appeal.

Circuit Rule 10(a) provides that the entire record (except for certain pleadings listed in the rule) be forwarded to the Court of Appeals. If any of the automatically excluded items need to be included in the record, the appellant has 14 days from the filing of the notice of appeal to inform the district court clerk by specifying which items are required and the date on which they were filed. Please respond by e-filing or by mail (if pro se) to the office location listed above.

Counsel must ensure that exhibits to be included in the record which are not in the possession of the district court are furnished to the clerk of the district court within 14 days after the notice of appeal is filed.

Federal Rule of Appellate Procedure 10(b) requires that within 14 days of the filing of the notice of appeal, the appellant must order from the court reporter a transcript of the parts of the proceedings not already on file which are necessary for the

record. If the appellant orders less than the entire transcript, the appellant must file and serve on the appellee a description of the parts ordered. When this is done, the appellee has 14 days after service within which to order any additional parts of the transcript. A blank "Seventh Circuit Transcript Information Sheet" is attached. This form should be electronically filed in the district court case when ordering transcripts or certifying that none will be ordered.

Very truly yours,


*s/ Abbie McNew*
Deputy Clerk

# SEVENTH CIRCUIT TRANSCRIPT INFORMATION SHEET

**PART I** – Must be completed by part or party's attorney pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure and Rule 11 (a) of the Circuit Rules.  The appellant must file this form with the court reporter within 14 days of filing the notice of appeal, whether transcript is being ordered or note.  (FRAP 10(b)).  "Satisfactory arrangements with the court reporter for payment of the cost of the transcripts" must be made at the time (FRAP 10(b)(4)) (Note: Appellees as well as appellants are expected us use this form when ordering transcripts.)

| Short Title | District | D.C. Docket No. |
|---|---|---|
| | District Judge | Court Reporter |

☐ I am ordering transcript
☐ I am not ordering transcript because:

☐ The transcript has been prepared.

*Sign below and return original and one copy to court reporter. Distribute remaining copies to Clerk of the District Court and opposing party, retaining one copy for yourself.*

Indicate proceeding for which transcript if required.  Dates must be provided:            Date(s)
☐ VoirDire
☐ Pre-trial proceedings.    Specify: _____
Trial or hearing.    Specify: _____

☐ Opening Statement
☐ Instruction conference
☐ Closing statement
☐ Court instructions
☐ Post-trial proceedings    Specify: _____
☐ Sentencing
☐ Other Proceedings    Specify:_____

Method of Payment     ☐ Cash     ☐ Check or Money Order     ☐ C.J.A. Voucher
Status of Payment:     ☐ Full Payment     ☐ Partial Payment     ☐ No Payment Yet
Signature: _____     Telephone No. _____
Address: _____
_____

**Part II** – Must be completed by Court Reporter pursuant to Rule 11(b) of the Federal Rules of Appellate Procedure.  By signing this Part II, the Court Reporter certifies that satisfactory arrangements for payment have been made.

| USCA –Docket No. | Date Order Received | Estimated Completion Date | Estimated Length |
|---|---|---|---|
| | | | |

Signature of Court Reporter: _____     Date:_____

**Notice:** The Judicial conference of the United States, by its resolution of March 11, 1982, has provided that a penalty of 10 percent must apply, unless a waiver is granted by the Court of Appeals' Clerk, when a "transcript of a case on appeal is not delivered within 30 days of the date ordered and payment received therefor."  The penalty is 20 percent for transcript not delivered within 60 days.

Copies to: USCA–Clerk, District Court – Clerk, Party/Counsel Ordering Transcript