IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | |
|---|---|
| MARY E. SHEPARD and the ILLINOIS STATE RIFLE ASSOCIATION, <br><br> Plaintiffs, <br><br> v. <br><br> LISA MADIGAN, in her official capacity as Attorney General of Illinois, PATRICK J. QUINN, in his official capacity as Governor of Illinois, TYLER R. EDMUNDS, in his official capacity as State's Attorney of Union County, Illinois, and DAVID LIVESAY, Sheriff of Union County, Illinois, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 3:11-cv-00405 |

**PLAINTIFFS' MOTION TO WITHDRAW THEIR
SUPPLEMENTAL MOTION FOR ATTORNEYS' FEES**

WHEREAS in final settlement of this dispute, Defendants Lisa Madigan, in her official capacity as Attorney General of Illinois, Patrick J. Quinn, in his official capacity as Governor of Illinois, and Tyler R. Edmunds, in his official capacity as State's Attorney of Union County, Illinois have agreed to dismiss with prejudice their appeal to the U.S. Court of Appeals for the Seventh Circuit of this Court's judgment granting an award of attorney's fees to Plaintiffs Mary E. Shepard and the Illinois State Rifle Association;

PLAINTIFFS HEREBY MOVE to withdraw their Supplemental Motion for Attorneys Fees (Docket No. 125), provided that should full payment fail to be made

pursuant to the terms of the parties' settlement agreement, which is contingent upon appropriations to be made as part of the Illinois Fiscal Year 2016 budget, Defendants have agreed not to oppose the re-filing of a supplemental petition for attorney's fees on timeliness grounds.

| | |
|---|---|
| Dated:  July 6, 2015 | Respectfully submitted, |
| | |
| William N. Howard | /s/ Charles J. Cooper |
| Locke Lord LLP | Charles J. Cooper* |
| 111 S. Wacker Drive | David H. Thompson* |
| Chicago, IL 60606 | Cooper & Kirk, PLLC |
| Tel:  (312) 443-0333 | 1523 New Hampshire Avenue |
| Fax:  (312) 896)-6433 | Washington, D.C. 20036 |
| whoward@lockelord.com | Tel:  (202) 220-9600 |
| | Fax:  (202) 220-9601 |
| | ccooper@cooperkirk.com |
| | *Admitted *pro hac vice* |
| | |
| | *Attorneys for Plaintiffs* |

CERTIFICATE OF SERVICE

The undersigned attorney states that he caused a true and correct copy of PLAINTIFFS' MOTION TO WITHDRAW THEIR SUPPLEMENTAL MOTION FOR ATTORNEYS' FEES to be served upon the parties of record, as shown below, via the Court's CM/ECF system on the 6th day of July, 2015.

By: /s/ Charles J. Cooper

SERVICE LIST

Terence J. Corrigan
Illinois Attorney General's Office
500 South Second Street
Springfield, IL 62706
Tel: (217) 782-5819
Fax: (217) 524-5091
tcorrigan@atg.state.il.us

Joseph A. Bleyer
K. Rockne Bleyer
BLEYER & BLEYER
601 West Jackson
P.O. Box 487
Marion, IL 62959
Tel: (618) 997-1331
jableyer@bleyerlaw.com

Jonathan Lee Diesenhaus
HOGAN LOVELLS LLP
555 13th Street, N.W.
Washington, D.C. 20004
Tel: (202) 637-5416
Fax: (202) 637-5910
jonathan.diesenhaus@hoganlovells.com

Karl Triebel
Illinois Attorney
General's Office –
Chicago 2
100 West Randolph St.
12th Floor
Chicago, IL 60601
Tel (312) 814-2391
Fax: (312) 814-2253
ktriebel@atg.state.il.us

Karen L. McNaught
Illinois Attorney General's Office - Springfield
500 South Second Street
Springfield, IL 62706
Tel: (217) 782-1841
Fax: (217) 524-5091
kmcnaught@atg.state.il.us